# EXHIBIT 3

**Corcept Therapeutics Incorporated Loss Chart**
**from August 2, 2017 through February 5, 2019**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $ 11.93226 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert Baffa | 12/17/2018 | 1000 | ($15.80) | ($15,800.00) | | | | | 1000 | $11,932.26 | ($3,867.74) | |