**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Email: amccall@zlk.com

*Attorneys for Movant James L. Ferraro &*
*Ferraro Family Foundation, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MELUCCI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, and CHARLES ROBB,<br><br>Defendants. | No. 5:19-cv-1372-LHK-SVK<br><br>Hon. Lucy H. Koh<br><br>**DECLARATION OF ADAM C. MCCALL IN SUPPORT OF JAMES L. FERRARO AND FERRARO FAMILY FOUNDATION INC.'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date: September 12, 2019<br>Time: 1:30 p.m.<br>Courtroom: 8-4th Floor |

I, Adam C. McCall, hereby declare as follows:

1.  I am an associate at the law firm of Levi & Korsinsky, LLP, counsel for James L. Ferraro and the Ferraro Family Foundation, Inc. ("Movants"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movants' Motion for Appointment as Lead Plaintiff, and Approval of Lead Counsel in the above-captioned action (the "Action").

2.  Attached hereto as Exhibit A are true and correct copies of the sworn certifications signed by James L. Ferraro.

3.  Attached hereto as Exhibit B are true and correct copies of the loss charts detailing the losses sustained by James L. Ferraro and Ferraro Family Foundation, Inc..

4.  Attached hereto as Exhibit C is a true and correct copy of the press release originally published on March 14, 2019, on *Business Wire* announcing the pendency of the first-filed securities lawsuit.

5.  Attached hereto as Exhibit D is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 13th day of May, 2019.

/s/ Adam C. McCall
Adam C. McCall

MCCALL DECLARATION IN SUPPORT OF JAMES L. FERRARO AND  FERRARO FAMILY FOUNDATION INC.'S MOTION APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL
No. 5:19-cv-1372-LHK-SVK
1