# EXHIBIT A

**CERTIFICATION OF NAMED PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, James Ferraro, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in this action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Corcept Therapeutics Incorporated securities which are the subject of this litigation during the class period (are) set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case except

a. Kniffin v. Micron Technology, Inc. et al., 1:19-cv-00678 (S.D.N.Y.)

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Executed this 2nd day of April 2019.

NAME: James L. Ferraro

Signed:

| Case Name | Corcept Therapeutics Incorporated |
|---|---|
| Ticker | CORT |
| Class Period | 08-02-2017 to 02-05-2019 |

## Client Name

James L. Ferraro

**Acct. #1**

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 11-02-2017 | P | 4761 | $ 19.34 |
| 11-02-2017 | P | 1600 | $ 19.27 |
| 11-02-2017 | P | 1400 | $ 19.27 |
| 11-02-2017 | P | 1200 | $ 19.26 |
| 11-02-2017 | P | 1129 | $ 19.30 |
| 11-02-2017 | P | 200 | $ 19.28 |
| 11-02-2017 | P | 200 | $ 19.29 |
| 11-02-2017 | P | 100 | $ 19.27 |
| 11-02-2017 | P | 100 | $ 19.33 |
| 08-27-2018 | S | -100 | $ 13.66 |
| 08-27-2018 | S | -700 | $ 13.68 |
| 08-27-2018 | S | -1279 | $ 13.67 |
| 08-27-2018 | S | -3611 | $ 13.66 |
| 12-12-2018 | P | 15480 | $ 18.72 |
| 12-12-2018 | P | 1000 | $ 18.69 |
| 12-12-2018 | P | 1000 | $ 18.69 |
| 12-12-2018 | P | 660 | $ 18.70 |
| 12-12-2018 | P | 600 | $ 18.66 |
| 12-12-2018 | P | 500 | $ 18.62 |
| 12-12-2018 | P | 400 | $ 18.70 |
| 12-12-2018 | P | 200 | $ 18.69 |
| 12-12-2018 | P | 160 | $ 18.67 |

**Acct. #2**

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 10-27-2017 | P | 25000 | $ 18.61 |
| 11-06-2018 | P | 50000 | $ 13.50 |
| 12-12-2018 | P | 100000 | $ 18.91 |
| 01-25-2019 | S | -175000 | $ 12.01 |

**CERTIFICATION OF NAMED PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, James Ferraro, individually and on behalf of the Ferraro Family Foundation Inc. ("Movant/Plaintiff"), for which I am the President and duly authorized to act, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. Movant/Plaintiff has reviewed a complaint filed in the action(s).

2. Movant/Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Movant/Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Movant/Plaintiff's transaction(s) in Ferraro Family Foundation Inc. securities which are the subject of this litigation during the class period (are) set forth in the chart attached hereto.

5. Within the last 3 years, Movant/Plaintiff has not sought to serve nor have I served as a class representative in any federal securities fraud case except in:

a. Kniffin v. Micron Technology, Inc. et al., 1:19-cv-00678 (S.D.N.Y.)

6. Movant/Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of May, 2019.

NAME: James L. Ferraro

Signed:

| Case Name | Corcept Therapeutics Incorporated |
|---|---|
| Ticker | CORT |
| Class Period | 08-02-2017 to 02-05-2019 |

**Entity Name**

Ferraro Family Foundation Inc.

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 10-26-2017 | P | 50000 | $ 18.40 |
| 12-12-2018 | P | 50000 | $ 18.74 |
| 01-25-2019 | S | -100000 | $ 11.62 |