# EXHIBIT B

| Client Name | Ferraro Family Foundation, Inc. |
|---|---|
| Company Name | Corcept Therapeutics Incorporated |
| Ticker Symbol | CORT |
| Class Period Start | 08-02-2017 |
| Class Period End | 02-05-2019 |
| 90-DAY Lookback Period Start | 02-06-2019 |
| 90-DAY Lookback Period | 05-07-2019 |
| 90-DAY Lookback | $ 11.93 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss (Ferraro Family Foundation, Inc.) | $ 694,425.0000 |
| Gross Shares Purchased | 100,000.00 |
| Net Shares Retained | 0 |
| Net Funds Expended | $ 694,425.00 |

### Ferraro Family Foundation Inc.

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | | LIFO Gain and (Losses) |
| 10-26-2017 | 50000 | 18.3956 | $ 919,780.00 | 01-25-2019 | 50000 | | $ 11.62 | $ 581,230.00 | | - | - | - | $ 11.93 | | $ 338,550.00 |
| 12-12-2018 | 50000 | 18.7421 | $ 937,105.00 | 01-25-2019 | 50000 | | $ 11.62 | $ 581,230.00 | | - | - | - | $ 11.93 | | $ 355,875.00 |
| **Total:** | **100,000.00** | | **$ 1,856,885.00** | | **100,000.00** | | | **$ 1,162,460.00** | | | | | | | **$ 694,425.00** |

| Client Name | James L Ferraro |
|---|---|
| Company Name | Corcept Therapeutics Incorporated |
| Ticker Symbol | CORT |
| Class Period Start | 08-02-2017 |
| Class Period End | 02-05-2019 |
| 90-DAY Lookback Period Start | 02-06-2019 |
| 90-DAY Lookback Period | 05-07-2019 |
| 90-DAY Lookback | $ 11.93 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss (Ferraro Acct. # 1) | $ 204,552.2722 |
| Gross Shares Purchased | 30,690.00 |
| Net Shares Retained | 25,000.00 |
| Net Funds Expended | $ 502,830.05 |

### James L. Ferraro - Acct. # 1

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | | LIFO Gain and (Losses) |
| 11-02-2017 | 4761 | 19.34 | $ 92,077.74 | | | | | | | 4761 | 4761 | $ 11.93 | $ 56,804.02 | | $ 35,273.72 |
| 11-02-2017 | 1361 | 19.27 | $ 26,226.47 | 08-27-2018 | 1361 | | $ 13.66 | $ 18,591.26 | | - | - | $ 11.93 | | | $ 7,635.21 |
| 11-02-2017 | 239 | 19.27 | $ 4,605.53 | | | | | | | 239 | 239 | $ 11.93 | $ 2,851.54 | | $ 1,753.99 |
| 11-02-2017 | 1400 | 19.27 | $ 26,978.00 | 08-27-2018 | 1400 | | $ 13.66 | $ 19,124.00 | | - | - | $ 11.93 | | | $ 7,854.00 |
| 11-02-2017 | 350 | 19.26 | $ 6,741.00 | 08-27-2018 | 350 | | $ 13.67 | $ 4,784.50 | | - | - | $ 11.93 | | | $ 1,956.50 |
| 11-02-2017 | 850 | 19.26 | $ 16,371.00 | 08-27-2018 | 850 | | $ 13.66 | $ 11,611.00 | | - | - | $ 11.93 | | | $ 4,760.00 |
| 11-02-2017 | 200 | 19.3 | $ 3,860.00 | 08-27-2018 | 200 | | $ 13.68 | $ 2,736.00 | | - | - | $ 11.93 | | | $ 1,124.00 |
| 11-02-2017 | 929 | 19.3 | $ 17,929.70 | 08-27-2018 | 929 | | $ 13.67 | $ 12,699.43 | | - | - | $ 11.93 | | | $ 5,230.27 |
| 11-02-2017 | 200 | 19.28 | $ 3,856.00 | 08-27-2018 | 200 | | $ 13.68 | $ 2,736.00 | | - | - | $ 11.93 | | | $ 1,120.00 |
| 11-02-2017 | 200 | 19.29 | $ 3,858.00 | 08-27-2018 | 200 | | $ 13.68 | $ 2,736.00 | | - | - | $ 11.93 | | | $ 1,122.00 |
| 11-02-2017 | 100 | 19.27 | $ 1,927.00 | 08-27-2018 | 100 | | $ 13.68 | $ 1,368.00 | | - | - | $ 11.93 | | | $ 559.00 |
| 11-02-2017 | 100 | 19.33 | $ 1,933.00 | 08-27-2018 | 100 | | $ 13.66 | $ 1,366.00 | | - | - | $ 11.93 | | | $ 567.00 |
| 12-12-2018 | 15480 | 18.72 | $ 289,785.60 | | | | | | | 15480 | 15480 | $ 11.93 | $ 184,693.60 | | $ 105,092.00 |
| 12-12-2018 | 1000 | 18.69 | $ 18,690.00 | | | | | | | 1000 | 1000 | $ 11.93 | $ 11,931.11 | | $ 6,758.89 |
| 12-12-2018 | 1000 | 18.69 | $ 18,690.00 | | | | | | | 1000 | 1000 | $ 11.93 | $ 11,931.11 | | $ 6,758.89 |
| 12-12-2018 | 660 | 18.7 | $ 12,342.00 | | | | | | | 660 | 660 | $ 11.93 | $ 7,874.53 | | $ 4,467.47 |
| 12-12-2018 | 600 | 18.66 | $ 11,196.00 | | | | | | | 600 | 600 | $ 11.93 | $ 7,158.67 | | $ 4,037.33 |
| 12-12-2018 | 500 | 18.62 | $ 9,310.00 | | | | | | | 500 | 500 | $ 11.93 | $ 5,965.56 | | $ 3,344.44 |
| 12-12-2018 | 400 | 18.7 | $ 7,480.00 | | | | | | | 400 | 400 | $ 11.93 | $ 4,772.44 | | $ 2,707.56 |
| 12-12-2018 | 200 | 18.69 | $ 3,738.00 | | | | | | | 200 | 200 | $ 11.93 | $ 2,386.22 | | $ 1,351.78 |
| 12-12-2018 | 160 | 18.67 | $ 2,987.20 | | | | | | | 160 | 160 | $ 11.93 | $ 1,908.98 | | $ 1,078.22 |
| **Total:** | **30,690.00** | | **$ 580,582.24** | | **5,690.00** | | | **$ 77,752.19** | | **25,000.00** | **25,000.00** | | **$ 298,277.78** | | **$ 204,552.27** |

| Client Name | James L Ferraro |
|---|---|
| Company Name | Corcept Therapeutics Incorporated |
| Ticker Symbol | CORT |
| Class Period Start | 08-02-2017 |
| Class Period End | 02-05-2019 |
| 90-DAY Lookback Period Start | 02-06-2019 |
| 90-DAY Lookback Period | 05-07-2019 |
| 90-DAY Lookback | $ 11.93 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss (Ferraro Acct. # 2) | $ 929,072.5000 |
| Gross Shares Purchased | 175,000.00 |
| Net Shares Retained | 0 |
| Net Funds Expended | $ 929,072.50 |

| James L. Ferraro - Acct. # 2 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchases | | | | Sales | | | | | | Retained | | | Losses |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO Gain and (Losses) |
| 10-27-2017 | 25000 | 18.6091 | $ 465,227.50 | 01-25-2019 | 25000 | | $ 12.01 | $ 300,310.00 | | - | - | - | $ 11.93 | | $ 164,917.50 |
| 11-06-2018 | 50000 | 13.4995 | $ 674,975.00 | 01-25-2019 | 50000 | | $ 12.01 | $ 600,620.00 | | - | - | - | $ 11.93 | | $ 74,355.00 |
| 12-12-2018 | 100000 | 18.9104 | $ 1,891,040.00 | 01-25-2019 | 100000 | | $ 12.01 | $ 1,201,240.00 | | - | - | - | $ 11.93 | | $ 689,800.00 |
| Total: | 175,000.00 | | $ 3,031,242.50 | | 175,000.00 | | | $ 2,102,170.00 | | | | | | | $ 929,072.50 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 1,828,049.77 |
| Gross Shares Purchased | 305,690 |
| Net Shares Retained | 25,000 |
| Net Funds Expended | $2,126,327.55 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.