ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICHOLAS MELUCCI, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>CORCEPT THERAPEUTICS INCORPORATED, et al.,<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:19-cv-01372-LHK<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF BUCKS COUNTY EMPLOYEES RETIREMENT FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

DATE:        September 12, 2019
TIME:        1:30 p.m.
CTRM:      8, 4th Floor
JUDGE:     Hon. Lucy H. Koh

1563393_1

I, DANIELLE S. MYERS, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiff Bucks County Employees Retirement Fund.  I make this declaration in support of the Retirement Fund's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published on *Business Wire*, a national business-oriented wire service, on March 14, 2019;

Exhibit B:    The Retirement Fund's Sworn Certification;

Exhibit C:    The Retirement Fund's estimate of losses, prepared by counsel; and

Exhibit D:    Robbins Geller Rudman & Dowd LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13th day of May, 2019, at San Diego, California.

s/ Danielle S. Myers
DANIELLE S. MYERS

DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF BUCKS COUNTY EMPLOYEES RETIREMENT FUND'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL - 5:19-cv-01372-LHK

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 13, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dmyers@rgrdlaw.com

1563393_1

# Mailing Information for a Case 5:19-cv-01372-LHK Melucci v. Corcept Therapeutics Incorporated et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael Kang**
  michaelkang@quinnemanuel.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Lesley F. Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com,lesley-portnoy-3007@ecf.pacerpro.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Pavithra Rajesh**
  prajesh@glancylaw.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)