# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date* | Shares Sold | Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Bucks County Employees Retirement Fund** | 01/16/2018 | 8,686 | $21.35 | $185,485.19 | 02/15/2019 | 10,562 | $11.67 | $123,231.08 | |
| | 03/19/2018 | 1,876 | $18.09 | $33,934.03 | | | | | |
| **Movant's Total** | | **10,562** | | **$219,419.21** | | **10,562** | | **$123,231.08** | **($96,188.13)** |

*For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
  will be used depending on which value is higher.