GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
Charles H. Linehan (#307439)
Pavithra Rajesh (#323055)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email:  lportnoy@glancylaw.com

*Counsel for Movant*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MELUCCI, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, and CHARLES ROBB,<br><br>Defendants. | Case No.: 3:19-cv-01372-LHK<br><br>**DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF NICHOLAS MELUCCI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>Date:  September 12, 2019<br>Time:  1:30 p.m.<br>Crtm:  Courtroom 8 - 4th Floor<br>Judge:  Hon. Lucy H. Koh |

DECLARATION OF LESLEY F. PORTNOY

I, Lesley F. Portnoy, declare as follows:

1.    I am a partner with the law firm of Glancy Prongay & Murray LLP, [proposed] lead counsel for [proposed] lead plaintiffs Nicholas Melucci ("Movant") and for the class in the above-captioned action.  I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice published in *Business Wire* on March 14, 2019, announcing the pendency of the securities class action against defendants herein: *Melucci v. Corcept Therapeutics Incorporated, et al.*, Case No. 3:19-cv-1372;

Exhibit B:    Signed PSLRA Certification of Movant;

Exhibit C:    Table of Movant's calculated losses, as a result of transactions in Corcept Therapeutics Incorporated securities; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP;

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of May 2019, at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On May 13, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 13, 2019, at Los Angeles, California.


                                        *s/ Lesley F. Portnoy*
                                        Lesley F. Portnoy