# EXHIBIT A





# Glancy Prongay & Murray LLP Files a Securities Class Action on Behalf of Corcept Therapeutics Incorporated Investors (CORT)

March 14, 2019 05:05 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Northern District of California, captioned *Melucci v. Corcept Therapeutics Incorporated*, (Case No. 3:19-cv-01372), on behalf of persons and entities that purchased or otherwise acquired Corcept Therapeutics Incorporated (NASDAQ: CORT) ("Corcept" or the "Company") securities between **August 2, 2017 and February 5, 2019**, inclusive (the "Class Period"). Plaintiff pursues claims under the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, at 310-201-9150, Toll-Free at 888-773-9224, or by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com.

On January 25, 2019, Southern Investigative Reporting Foundation published a report alleging that Corcept paid doctors to prescribe its drug Korlym for off-label uses in 2016 - 2017. The report condemned the company for exploiting regulatory loopholes, charging patients an excessive price for its lone drug product, and touting evidence for the drug's effectiveness that - according to SIRF – doesn't exist. On this news, shares of Corcept fell $1.52, or 11%, to close at $12.29 on January 25, 2019, thereby injuring investors.

Then, on January 31, 2019, likely due to the increased scrutiny of its illicit sales practices, the Company forecast a sharp slowdown in sales of Korlym, projecting full-year 2019 revenue of $285 million to $315 million while investors and analysts had expected approximately $328 million. On this news, the Company's share price fell $1.15, or more than 10%, to close at $10.03 per share on February 1, 2019, on unusually heavy trading volume.

On February 5, 2019, Blue Orca Capital published a report alleging that Corcept's "sole specialty pharmacy and exclusive distributor is an undisclosed related party" and that the relationship "creates a material risk that the Company is using its captured pharmacy to boost sales, hide losses, or engage in other financial shenanigans."

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company had improperly paid doctors to promote its drug Korlym; (2) that the Company aggressively promoted Korlym for off-label uses; (3) that the Company's

sole specialty pharmacy was a related party; (4) that the Company artificially inflated its revenue and sales using illicit sales practices through a related party; (5) that such practices are reasonably likely to lead to regulatory scrutiny; and (6) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased Corcept securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay and Murray LLP, Los Angeles

Lesley Portnoy, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

## #Hashtags

#CLASSACTION     #FRAUD     #INVESTORS

## $Cashtags

$CORT