# EXHIBIT C

Loss Chart

**Company Name:** Corcept Therapeutics Incorporated
**Ticker:** CORT
**Class Period:** Aug 2, 2017 to Feb 5, 2019
**Name:** Nicholas Melucci

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 09/14/2017 | 300 | $18.0590 | -$5,417.7000 | | $0.0000 | -$5,417.70 |
| 09/14/2017 | 100 | $18.0550 | -$1,805.5000 | | $0.0000 | -$1,805.50 |
| 11/07/2017 | 170 | $17.4892 | -$2,973.1640 | | $0.0000 | -$2,973.16 |
| 01/30/2019 | -570 | | $0.0000 | $11.7850 | $6,717.4500 | $6,717.45 |

| Shares Remaining: | 0 | | | | | |
|---|---|---|---|---|---|---|
| | | **90-Day Average Price*** | **Shares Remaining** | | **Subtotal:** | **-$3,478.91** |
| | | $11.9040 | 0 | | **90-Day Average:** | $0.00 |
| | | | | | **Total:** | **-$3,478.91** |

*Using the average closing price between  Feb 5, 2019 and May 5, 2019.