# EXHIBIT A

**Corcept Therapeutics Incorporated (CORT)**
**Class Period: Aug 02, 2017 through Feb 05, 2019**
**Nova Scotia Health Employees' Pension Plan ("NSHEPP")**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $11.8287 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NSHEPP | 11/29/2018 | 3,200 | $13.7650 | ($44,048) | | | | | | | |
| NSHEPP | 11/30/2018 | 15,200 | $14.0130 | ($212,998) | | | | | | | |
| NSHEPP | 12/3/2018 | 26,800 | $13.8810 | ($372,011) | | | | | | | |
| NSHEPP | 12/4/2018 | 26,800 | $13.6300 | ($365,284) | | | | | | | |
| **NSHEPP** | | **72,000** | | **($994,340)** | | | | | **72,000** | **$851,667** | **($142,673)** |

*Avg Closing Prices from Feb 1 to May 1