# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.       I, Stefan Cowell, on behalf of the Nova Scotia Health Employees' Pension Plan ("NSHEPP"), as Chief Executive Officer, with authority to enter into litigation on behalf of NSHEPP, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.       I have reviewed a Complaint against Corcept Therapeutics Incorporated ("Corcept") and authorize the filing of a motion on NSHEPP's behalf for appointment as lead plaintiff.

3.       NSHEPP did not purchase or acquire Corcept securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.       NSHEPP is willing to serve as a representative party on behalf of a class of investors who purchased or acquired Corcept securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.       To the best of my current knowledge, the attached sheet lists all of NSHEPP's transactions in Corcept securities during the Class Period.

6.       During the three-year period preceding the date on which this Certification is signed, NSHEPP has sought to serve as a representative party in the following actions:

- *Edwards v. McDermott International, Inc. et al.*, 4:18-cv-04330 (S.D. Tex.);

- *In re Aegean Marine Petroleum Network Inc. Securities Litigation*, 1:18-cv-04993 (S.D.N.Y.); and

- *Shenk v. Mallinckrodt plc et al.*, 1:17-cv-00145 (D.D.C.).

7.       NSHEPP agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs

and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury that the foregoing is true and correct.

Executed ____ April 30/19 ____
(Date)

_____
(Signature)
Stefan Cowell
Chief Executive Officer
Nova Scotia Health Employees' Pension Plan

**Corcept Therapeutics Incorporated (CORT)**    **Nova Scotia Health Employees' Pension Plan ("NSHEPP")**

**List of Purchases and Sales**

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|----------------------|---------------------|
| 11/29/2018 | Purchase | 3,200 | $13.7650 |
| 11/30/2018 | Purchase | 15,200 | $14.0130 |
| 12/3/2018 | Purchase | 26,800 | $13.8810 |
| 12/4/2018 | Purchase | 26,800 | $13.6300 |