ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
       – and –
DANIELLE S. MYERS (259916)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MELUCCI, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:19-cv-01372-LHK |
| Plaintiff, | CLASS ACTION |
| vs. | RESPONSE TO COURT'S ORDER DENYING STIPULATION APPOINTING CO-LEAD PLAINTIFFS AND APPROVING CO-LEAD COUNSEL AND RENEWING LEAD PLAINTIFF MOTION |
| CORCEPT THERAPEUTICS INCORPORATED, et al., | |
| Defendants. | DATE:        September 12, 2019 |
| | TIME:        1:30 p.m. |
| | CTRM:        8, 4th Floor |
| | JUDGE:        Hon. Lucy H. Koh |

4818-7962-7676.v1

On May 13, 2019, five investors timely moved for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), including the Bucks County Employees Retirement Fund:

| ECF No. | Movant | Claimed Financial Interest |
|---|---|---|
| 17 | James L. Ferraro and Ferraro Family Foundation Inc. | $1.8 million |
| 32 | Nova Scotia Health Employees Pension Plan | $142,673 |
| **24** | **Bucks County Employees Retirement Fund** | **$96,188** |
| 15 | Robert Baffa | $3,867 |
| 29 | Nicholas Melucci | $3,478 |

Because the Retirement Fund did not possess the largest financial interest, its motion was withdrawn without prejudice to the Retirement Fund's membership in the proposed class and its right to share in any future recovery. *See* ECF No. 42.

Thereafter, the Ferraro Family Foundation and NSHEPP initially opposed each other's appointment and then switched gears before the reply brief deadline, teaming up in a co-lead plaintiff and co-lead counsel arrangement. *See* ECF Nos. 50, 51, 54. The Court denied the stipulation "[i]n the interest of a cost-effective resolution of the instant case." ECF No. 55. Now, the Ferraro Family Foundation and NSHEPP reverse course yet again and oppose each other's motions. *See* ECF Nos. 56-57.

In light of the Court's Order denying the stipulation and the ever-changing positions of the Ferraro Family Foundation and NSHEPP, the Retirement Fund renews its motion to serve as lead plaintiff in this case. As a single, accomplished institutional investor represented by a single law firm with an office in this District, the Retirement Fund and Robbins Geller easily meet the PSLRA's requirements. *See* ECF No. 24 at 4-6. As a public pension fund with over $785 million in assets under management, as well as prior experience serving as a lead plaintiff and class

representative in securities cases like this, the Retirement Fund is well-suited to serve as lead plaintiff.

*Schriver v. Impac Mortg. Holdings, Inc.*, 2006 WL 6886020 (C.D. Cal. May 2, 2006) is instructive. Like here, several movants filed lead plaintiff motions, and thereafter, two groups (the Impac Investors Group and IMH Investor Group) stipulated to combine into a single group. *Id.* at *5. In denying the stipulation, Judge Carney was particularly concerned that "the decision to combine the Impac and IMH groups was made by the groups' counsel, with no apparent involvement by the group members, does not bode well for the members' ability to supervise their attorneys." *Id.* at *8. Like this Court, Judge Carney was also "concerned that this multiplicity of counsel could impede the progress of the litigation, complicate discovery and communication among the parties, and increase the potential for conflict among the plaintiff class." *Id.* Consequently, the court found that "the Impac/IMH Group is not entitled to the presumption that it is the most adequate plaintiff because it has not made the required preliminary showing that it would adequately represent the class." *Id.*

Thereafter, "[a]t the hearing on this motion[s] . . . , counsel for the Impac/IMH Group stated to the Court that, if the Court were inclined not to appoint the combined Impac/IMH Group as lead plaintiff, it should consider appointing either the Impac Investors Group or the IMH Investor Group, or appointing Mr. Karpeles himself as lead plaintiff." *Id.* at *9. While Judge Carney "appreciate[d] the Impac/IMH Group's flexibility, the Court decline[d] to follow its suggestion." *Id.* In particular, the court noted that "the circumstances surrounding the Impac and IMH Groups' request for consolidation and then for separate consideration in this case increases the Court's concern that the Impac Investors Group's members are unable effectively to monitor their counsel." *Id.* The court further explained that "[n]o evidence has been presented that the members had any role in the decision to form or combine the groups or in the decision to preserve the option of keeping them separate," and "[t]his absence of input, and the fact that the group consists of six apparently unrelated individuals who may lack experience managing attorneys or litigating securities cases, suggests that the Impac Investors Group's counsel will not be adequately supervised." *Id.*

Consequently, the court declined to appoint either the Impac Investors Group or IMH Investor Group as lead plaintiff, instead looking to the next movant.

Here, the movant with the next largest financial interest is the Retirement Fund. Accordingly, the Retirement Fund respectfully renews its motion for appointment as lead plaintiff, which was withdrawn before the events leading to the denial of the stipulation transpired.

DATED:  July 11, 2019                              Respectfully submitted,

                                                  ROBBINS GELLER RUDMAN
                                                    & DOWD LLP
                                                  DANIELLE S. MYERS
                                                  JUAN CARLOS SANCHEZ


                                                      s/ Danielle S. Myers
                                                   DANIELLE S. MYERS

                                                  655 West Broadway, Suite 1900
                                                  San Diego, CA  92101
                                                  Telephone:  619/231-1058
                                                  619/231-7423 (fax)

                                                  ROBBINS GELLER RUDMAN
                                                    & DOWD LLP
                                                  SHAWN A. WILLIAMS
                                                  Post Montgomery Center
                                                  One Montgomery Street, Suite 1800
                                                  San Francisco, CA  94104
                                                  Telephone:  415/288-4545
                                                  415/288-4534 (fax)

                                                  [Proposed] Lead Counsel for [Proposed] Lead
                                                  Plaintiff

RESPONSE TO COURT'S ORDER DENYING STIPULATION APPOINTING CO-LEAD PLAINTIFFS
AND APPROVING CO-LEAD COUNSEL AND RENEWING LEAD PLAINTIFF MOTION - 5:19-cv-
01372-LHK                                                                        - 3 -
4818-7962-7676.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 11, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

4818-7962-7676.v1

# Mailing Information for a Case 5:19-cv-01372-LHK Melucci v. Corcept Therapeutics Incorporated et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Michael Kang**
  michaelkang@quinnemanuel.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Gregory Mark Nespole**
  gnespole@zlk.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,disaacson@pomlaw.com,cgarcia@pomlaw.com,abarbosa@pomlaw.com

- **Lesley F. Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com,lesley-portnoy-3007@ecf.pacerpro.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Pavithra Rajesh**
  prajesh@glancylaw.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Matthew Laurence Tuccillo**
  mltuccillo@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,1101510420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`