# EXHIBIT A

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole *admitted pro hac vice*
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Email: gnespole@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movant James L. Ferraro &*
*Ferraro Family Foundation, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MELUCCI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, and CHARLES ROBB,<br><br>Defendants. | No. 5:19-cv-1372-LHK-SVK<br><br>Hon. Lucy H. Koh<br><br>**FERRARO GROUP'S SUR-REPLY RESPONSE TO BUCKS COUNTY EMPLOYEES RETIREMENT FUND'S SUBMISSION**<br><br>Date: September 12, 2019<br>Time: 1:30 p.m.<br>Courtroom: 8-4th Floor |

Movant James L. Ferraro and Ferraro Family Foundation Inc. (the "Ferraro Group") hereby briefly responds to Bucks County Employee Retirement Fund's July 12, 2019 submission concerning the appointment of lead plaintiff and lead counsel in this action. *See* ECF No 58.

The Ferraro Group's motion for Lead Plaintiff and Approval of Selection of Counsel (*See* ECF 17) should be granted notwithstanding the position taken by Bucks County Employees Retirement Fund (*See* ECF 58) and that of Nova Scotia Health Employees Pension Plan ("NSHEPP").

As discussed in the Ferraro Group's memorandum of law in support of their Motion for Lead Plaintiff and Approval of Selection of Counsel (*See* ECF 17), the Ferraro Group is the most adequate Lead Plaintiff candidate pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and should be appointed as such. 15 U.S.C. §§ 78u-4. The Ferraro Group suffered losses of more than $1.8 million, exponentially higher than any other movant (whether it withdrew or not). Accordingly, the Ferraro Group is the presumptive Lead Plaintiff. 15 U.S.C. § 78u-4(3)(B)(iii)(I). The presumption may be rebutted only upon proof by a class member that the presumptively most adequate plaintiff "will not fairly and adequately protect the interests of the class" or "is subject to unique defenses that render such plaintiff incapable of adequately representing the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II). Bucks County has made no such showing.

While the Ferraro Group initially opposed the application of NSHEPP, it concluded after reviewing the submissions that it was a better use of judicial resources to avoid an unseemly, internecine dispute among plaintiffs and their counsel that would burden a very busy Court.

*Schriver v. Impac Mortg. Holdings, Inc.*, 2006 WL 6886020 (C.D. Cal May 2, 2006) is of no moment. In *Schriver*, two law firms grouped together nine unrelated plaintiffs after lead plaintiff motions were made to defeat competing motions. There was not any indication that a group that large could steward the litigation. Indeed, the motivation to form an unweidly group appeared to be for the benefit of counsel securing lead counsel status over competitors. Here,

the Ferraro Group (consisting of a practicing attorney and his charitable foundation) joined with an institutional investor to avoid the unpleasantries of a lead plaintiff dispute among themselves, not to defeat others, and save judicial rescources.  Given the Court's ruling, the Ferraro Group reasserts to its initial position that it is the presumptive lead plaintiff and otherwise does not suffer under the weight of any infirmities that would rebut the presumption.  *See In re Cavanaugh*, 306 F. 3d 726, 729 (9th Cir. 2002).

Accordingly, the Ferraro Group, having suffered $1.8 million in losses in this matter should be appointed Lead Plaintiff and its concomitant selection of Lead Counsel so ordered.

Dated: July 12. 2019                    Respectfully submitted,


**LEVI & KORSINSKY, LLP**

*/s /Gregory M. Nespole___*
Gregory M. Nespole *admitted pro hac vice*
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Email: gnespole@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movants James L. Ferraro and Ferraro Family Foundation, Inc., and Proposed Lead Counsel for the Class*