POMERANTZ LLP
Matthew L. Tuccillo
(*admitted pro hac vice*)
Jeremy A. Lieberman
(*admitted pro hac vice*)
J. Alexander Hood II
(*admitted pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: mltuccillo@pomlaw.com
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

*Counsel for Lead Plaintiff Movant the Nova Scotia Health
Employees' Pension Plan and Proposed Lead Counsel for the Class*

(*additional counsel on signature page*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS MELUCCI, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, and CHARLES ROBB, <br><br> Defendants. | Case No.: 5:19-cv-01372-LHK <br><br> NOTICE OF MOTION FOR LEAVE TO FILE REPLY MEMORANDUM AND SUPPLEMENTAL DECLARATION IN FURTHER SUPPORT OF THE MOTION OF THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL <br><br> CLASS ACTION <br><br> Date:  September 12, 2019 <br> Time:  1:30 p.m. <br> Judge:  Hon. Lucy H. Koh <br> Courtroom:  8 – 4th Floor |

NOTICE OF MOTION FOR LEAVE TO FILE REPLY MEMORANDUM AND SUPPLEMENTAL DECLARATION
IN FURTHER SUPPORT OF THE MOTION OF THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 5:19-cv-01372-LHK

Lead Plaintiff Movant the Nova Scotia Health Employees' Pension Plan ("NSHEPP") respectfully requests leave to file a Reply Memorandum and a Supplemental Declaration in further support of its Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (Dkt. No. 32).  A copy of NSHEPP's proposed Reply and of its Supplemental Declaration, executed by NSHEPP's Chief Executive Officer on July 12, 2019, are submitted herewith as Exhibits A and B, respectively.

Pursuant to Civil L.R. 7-3(c), NSHEPP's reply was initially due on June 4, 2019. However, because NSHEPP opted to submit a stipulation proposing a co-lead plaintiff leadership structure, along with and competing movants James L. Ferraro and the Ferraro Family Foundation, Inc. (collectively, the "Ferraro Group"), rather than consume the Court's time and resources by continuing to litigate their competing lead plaintiff motions, NSHEPP did not file its reply at that time.  Since then, the Court rejected the proposed stipulation and expressed a desire for a single lead plaintiff.

Consequently, NSHEPP respectfully requests leave to file its Reply along with its Supplemental Declaration now, so that NSHEPP can: (i) address the arguments raised in the Ferraro Group's opposition brief (Dkt. No. 50), which had been made prior to the proposed stipulation's submission and which NSHEPP has not previously briefed; (ii) address the belated argument first raised on July 11, 2019, by on-again, off-again movant Bucks County Employees Retirement Fund ("Bucks County"), which previously withdrew its lead plaintiff motion, in its "response" to the Court's Order rejecting the stipulation (Dkt. No. 55); and (iii) provide the Court with the declaration of NSHEPP's Chief Executive Officer, executed on July 12, 2019, attesting to NSHEPP's close oversight of these proceedings, including its express authorization to enter into the leadership stipulation, confirming NSHEPP's ongoing desire to serve as lead plaintiff, and directly refuting Bucks County's speculation and insinuation as to NSHEPP's motivations, attentiveness, and supervision of its counsel.

NOTICE OF MOTION FOR LEAVE TO FILE REPLY MEMORANDUM AND SUPPLEMENTAL DECLARATION
IN FURTHER SUPPORT OF THE MOTION OF THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 5:19-cv-01372-LHK

Dated:  July 17, 2019

Respectfully submitted,

POMERANTZ LLP

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo
(*admitted pro hac vice*)
Jeremy A. Lieberman
(*admitted pro hac vice*)
J. Alexander Hood II
(*admitted pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: mltuccillo@pomlaw.com
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone:  (310) 405-7190
Email:  jpafiti@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
(*admitted pro hac vice*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Counsel for Lead Plaintiff Movant the Nova Scotia Health Employees' Pension Plan and Proposed Lead Counsel for the Class*

2

NOTICE OF MOTION FOR LEAVE TO FILE REPLY MEMORANDUM AND SUPPLEMENTAL DECLARATION
IN FURTHER SUPPORT OF THE MOTION OF THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 5:19-cv-01372-LHK

**<u>PROOF OF SERVICE</u>**

I hereby certify that on July 17, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Matthew L. Tuccillo*
Matthew L. Tuccillo

NOTICE OF MOTION FOR LEAVE TO FILE REPLY MEMORANDUM AND SUPPLEMENTAL DECLARATION IN FURTHER SUPPORT OF THE MOTION OF THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 5:19-cv-01372-LHK