# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS MELUCCI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, and CHARLES ROBB,<br><br>Defendants. | Case No.: 5:19-cv-01372-LHK<br><br>CLASS ACTION |

DECLARATION OF STEFAN COWELL IN FURTHER SUPPORT OF THE
MOTION OF THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

1.      I, Stefan Cowell, am Chief Executive Officer of the Nova Scotia Health Employees' Pension Plan ("NSHEPP"), with authority to bind NSHEPP and enter into litigation on its behalf. I have personal knowledge of the facts set forth herein. I make this Declaration in further support of NSHEPP's motion for appointment as Lead Plaintiff for the Class and approval of NSHEPP's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel for the Class (the "Lead Plaintiff Motion").

2.      NSHEPP's counsel, Pomerantz, has kept me informed throughout this litigation of all significant developments.

3.      Following dialogue with NSHEPP's counsel, Pomerantz, I authorized the filing of NSHEPP's Lead Plaintiff Motion.

4.      Following dialogue with NSHEPP's counsel, Pomerantz, I authorized entry into a stipulation proposing a Co-Lead Plaintiff leadership structure consisting of (i) NSHEPP and (ii) competing movants the Ferraro Family Foundation, Inc. and James L. Ferraro (the "Co-Lead

1

Stipulation"). I, along with NSHEPP's counsel, Pomerantz, considered this to be an appropriate arrangement, as we believed that it would achieve the important goal of having NSHEPP, an institutional investor, have a leadership role overseeing this litigation.

5. I am aware that the Court has declined to enter the Co-Lead Stipulation. Given this development, NSHEPP continues to seek appointment as the sole Lead Plaintiff in this litigation, and I have authorized our counsel, Pomerantz, to continue to seek such appointment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _July 12th_, 2019, at _Bedford, Nova Scotia_.
(Date)

_Stefan Cowell_
(Signature)
Stefan Cowell
Chief Executive Officer
Nova Scotia Health Employees' Pension Plan

2