# EXHIBIT I

# Provider Information for 1043378292

Search (/registry/)  /  Back to Results  /  NPI View

### DR. MITCHELL S SILVERMAN MD

### Gender: MALE

NPI: 1043378292

Last Updated:     2008-10-23
Certification Date:

# Details

| Name | Value |
|------|-------|
| NPI | 1043378292 |
| Enumeration Date | 2006-12-04 |
| NPI Type | 1 - Individual |
| Sole Proprietor | YES |
| Status | Active |
| Mailing Address | 2333 MORRIS AVE B-9 <br> UNION, NJ 07083-5714 <br> United States <br><br> Phone: 908-964-5511 \| Fax: 908-964-5718 <br> View Map (/registry/map-view?q=2333 MORRIS AVE, UNION, NJ, 070835714, United States) |

| Name | Value |
|---|---|
| Primary Practice Address | 2333 MORRIS AVE B-9 <br> UNION, NJ 07083-5714 <br> United States <br><br> Phone: 908-964-5511 \| Fax: 908-964-5718 <br> View Map (/registry/map-view?q=2333 MORRIS AVE, UNION, NJ, 070835714, United States) |

### Health Information Exchange

| Endpoint Type | Endpoint | Endpoint Description | Use | Content Type | Affiliation | Endpoint Location |
|---|---|---|---|---|---|---|
| | | | | | | |

### Other Identifiers

| Issuer | State | Number |
|---|---|---|
| MEDICAID | NJ | 1042700 |

### Taxonomy

| Primary Taxonomy | Selected Taxonomy | State | License Number |
|---|---|---|---|
| Yes | 207RE0101X - Internal Medicine Endocrinology, Diabetes & Metabolism | NJ | MA05161300 |



(http://hhs.gov)  A federal government website managed by the
U.S. Centers for Medicare & Medicaid Services (http://cms.hhs.gov)
7500 Security Boulevard, Baltimore, MD 21244