**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

**LEVI AND KORSINSKY, LLP**
Shannon L. Hopkins
    (to be admitted *pro hac vice*)
Sebastiano Tornatore (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: stornatore@zlk.com

*Counsel for Lead Plaintiff the*
*Ferraro Family Foundation, Inc. and*
*James L. Ferraro*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS MELUCCI,<br><br>    Plaintiff,<br><br>v.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, and CHARLES ROBB<br><br>    Defendants. | Case No. 19-CV-01372-LHK<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION REGARDING AMENDMENT TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE**<br><br>Judge: Hon. Lucy H. Koh<br>Courtroom: 8, 4th floor |

Pursuant to the Local Rule 7-12, Lead Plaintiff Ferraro Family Foundation, Inc. and James L. Ferraro (collectively, "Lead Plaintiff") and Defendants Corcept Therapeutics Incorporated ("Corcept" or the "Company"), Joseph K. Belanoff, and Charles Robb (collectively, the "Defendants" and, together

with Lead Plaintiff, the "Parties") in the above-captioned action hereby jointly stipulate and agree as follows:

WHEREAS, on October 17, 2019, the Parties entered into a Joint Stipulation Regarding Schedule for Filing and Responding to Amended Complaint and [Proposed] Order (the "Joint Scheduling Stipulation") (ECF No. 86);

WHEREAS, on October 21, 2019, the Court so ordered the Joint Scheduling Stipulation, establishing the schedule by which, *inter alia*, Lead Plaintiff would file its amended pleading and Defendants would respond;

WHEREAS, on December 6, 2019, Lead Plaintiff filed its First Amended Complaint (ECF No. 91);

WHEREAS, on January 21, 2020 Defendants filed a motion to dismiss the First Amended Complaint (ECF No. 95);

WHEREAS, pursuant to the Joint Scheduling Stipulation, Lead Plaintiff is due to file its opposition to the motion to dismiss no later than March 12, 2020;

WHEREAS, on March 9, 2020, Lead Plaintiff and Defendants met and conferred to discuss Lead Plaintiff's desire to amend its First Amended Complaint and file a Second Amended Complaint;

WHEREAS, Defendants have stated that they do not object to Lead Plaintiff's request to amend;

WHEREAS, Fed. R. Civ. P. 15(a)(2) permits a party to amend its complaint with the consent of the opposing party or the Court's leave, and states that "[t]he court should freely give leave when justice so requires;"

WHEREAS, the Parties anticipate that Defendants will respond to Lead Plaintiff's Second Amended Complaint by filing a motion to dismiss;

WHEREAS, the Parties agree that the complexity of this case requires an extension of the briefing schedule otherwise called for by the Federal Rules related to Defendants' anticipated motion to dismiss;

WHEREAS, the Parties have conferred and agreed upon a schedule for Lead Plaintiff to file its Second Amended Complaint and a briefing schedule for Defendants' anticipated motion to dismiss the Second Amended Complaint;

JOINT STIPULATION REGARDING AMENDMENT TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE

WHEREAS, granting leave to amend in securities class actions is not unusual. *See, e.g., In re Celera Corp. Sec. Litig.*, No. 10-cv-02604-JW(HRL) (N.D. Cal. Mar. 24, 2011) (Ware J.) (Order Re Stipulation) (so ordering parties' stipulation to amend the complaint and set a new briefing schedule on defendant's anticipated motion to dismiss) (ECF No. 40).

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, as follows:

1. Lead Plaintiff shall not respond to Defendants' motion to dismiss;

2. Lead Plaintiff shall file its Second Amended Complaint on or before March 20, 2020;

3. Defendants shall file their answer or motion to dismiss the Second Amended Complaint or Answer no later than May 11, 2020 (52 days from the filing of Lead Plaintiff's Second Amended Complaint);

4. Lead Plaintiff shall file an opposition to the motion, if any, no later than June 25, 2020 (45 days from the filing of Defendants' motion to dismiss);

5. If Defendants move to dismiss, Defendants will file their reply brief in support of their motion to dismiss on or before July 27, 2020 (32 days from the filing of Lead Plaintiff's opposition to Defendants' motion to dismiss);

6. Defendants reserve all rights to object to any further amendment of the pleadings in this action; and

7. The Initial CMC shall be postponed until thirty (30) days after the Court issues a decision on Defendants' motion to dismiss, or another date selected by the Court following full briefing on any motion to dismiss by the Parties.

**IT IS SO STIPULATED**.

//

//

//

//

//

//

JOINT STIPULATION REGARDING AMENDMENT TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE

Dated: March 10, 2020

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**

*/s/Sebastiano Tornatore*

*/s/Corey Worcester*

Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

Corey Worcester, *admitted pro hac vice*
Renita Sharma, *admitted pro hac vice*
Jesse Bernstein, *admitted pro hac vice*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
coreyworcester@quinnemanuel.com
renitasharma@quinnemanuel.com
jessebernstein@quinnemanuel.com

Shannon L. Hopkins
    (to be admitted *pro hac vice*)
Sebastiano Tornatore
    (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: stornatore@zlk.com

Michael Kang (SBN 287507)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
michaelkang@quinnemanuel.com

*Counsel for Lead Plaintiff the Ferraro Family Foundation, Inc. and James L. Ferraro*

*Counsel for Defendants Corcept Therapeutics Incorporated, Joseph K. Belanoff, and Charles Robb*

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of the document has been obtained from each of the signatories above.

*/s/Sebastiano Tornatore*
Sebastiano Tornatore

JOINT STIPULATION REGARDING AMENDMENT TO FIRST AMENDED COMPLAINT AND
BRIEFING SCHEDULE

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of the Parties, **IT IS SO ORDERED.**


Dated: _____, 2020      _____

Hon. Lucy H. Koh
United States District Court Judge

JOINT STIPULATION REGARDING AMENDMENT TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE