QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Corey Worcester (Admitted *Pro Hac Vice*)
  coreyworcester@quinnemanuel.com
  Renita Sharma (Admitted *Pro Hac Vice*)
  renitasharma@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 443-7100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Terry L. Wit (SBN 233473)
  terrywit@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants Corcept Therapeutics, Inc., Joseph K.*
*Belanoff, Charles Robb, and Sean Maduck*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC. and JAMES L. FERRARO.  Individually and on behalf of all others similarly situated, | CASE NO. 5:19-CV-01372-LHK |
| Plaintiffs, | DECLARATION OF RENITA SHARMA IN SUPPORT OF DEFENDANTS CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, AND SEAN MADUCK'S MOTION TO DISMISS |
| vs. | |
| CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, and SEAN MADUCK, | |
| Defendants. | Judge:          Hon. Lucy H. Koh<br>Hearing Date:  October 8, 2020<br>Hearing Time:  1:30 p.m.<br>Courtroom:      8, 4th Floor |
| | Trial Date: None Set |

## DECLARATION OF RENITA SHARMA

I, Renita Sharma, state that:

1.    I am an attorney admitted to practice *pro hac vice* before the Court.  I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants Corcept Therapeutics, Inc., Joseph K. Belanoff, Charles Robb, and Sean Maduck (collectively, "Defendants") in this matter.  I make this declaration in support of Defendants' Motion to Dismiss the Second Amended Complaint, filed concurrently herewith.  I have personal, firsthand knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently hereto.

1.    Attached as Exhibit A is a true and correct copy of *The Diagnosis of Cushing's Syndrome: An Endocrine Society Clinical Practice Guideline*, as published by The Endocrine Society.

2.    Attached as Exhibit B is a true and correct copy of publicly-available Medicare Part D data reflecting payments by Corcept Therapeutics, Inc. to physicians in 2017, as published by the U.S. Centers for Medicare & Medicaid Services.

3.    Attached as Exhibit C is a true and correct copy of an internet publication titled, "Corcept Therapeutics: The Company That Perfectly Explains the Health Care Crisis," published by the Southern Investigative Reporting Foundation ("SIRF"), now known as the Foundation for Financial Journalism, on January 25, 2019.

4.    Attached as Exhibit D is a true and correct copy of Corcept Therapeutic Inc.'s Form 8-K and accompanying Exhibit 99.1, a press release filed with the U.S. Securities and Exchange Commission on January 31, 2019.

5.    Attached as Exhibit E is a true and correct copy of publicly-available Open Payments data reflecting payments by Corcept Therapeutics, Inc. to physicians in 2018, as published by the U.S. Centers for Medicare & Medicaid Services.

6.    Attached as Exhibit F is a true and correct copy of Loriaux, D. Lynn, *Diagnosis and Differential Diagnosis of Cushing's Syndrome*, The New England Journal of Medicine, 1451-59 (April 13, 2017).

Case No. 5:19-CV-01372-LHK

SHARMA DECL. ISO MOTION TO DISMISS SECOND AMENDED COMPLAINT

7.      Attached as Exhibit G is a true and correct copy of the National Provider Identifier database published by the U.S. Centers for Medicare and Medicaid Services, excerpted to show physician lookup results for Dr. Joseph Matthews of Summerville, South Carolina.

8.      Attached as Exhibit H is a true and correct copy of the National Provider Identifier database published by the U.S. Centers for Medicare and Medicaid Services, excerpted to show physician lookup results for Dr. Matthew Draelos of Edmond, Oklahoma.

9.      Attached as Exhibit I is a true and correct copy of the National Provider Identifier database published by the U.S. Centers for Medicare and Medicaid Services, excerpted to show physician lookup results for Dr. Mitchell Silverman of Union, New Jersey.

10.      Attached as Exhibit J is a true and correct copy of Corcept Therapeutic Inc.'s Form 8-K and accompanying Exhibit 99.1, a press release filed with the U.S. Securities and Exchange Commission on May 4, 2020.

11.      Attached as Exhibit K is a true and correct copy of Corcept Therapeutic Inc.'s Form 10-K, an annual report to the U.S. Securities and Exchange for the fiscal year ending on December 31, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 11, 2020, at New York, New York.

DATED:  May 11, 2020                    QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP


                                        /s/ *Renita Sharma*
                                        Renita Sharma
                                        *Attorney for Defendants*
                                        *Corcept Therapeutics, Inc., Joseph K. Belanoff,*
                                        *Charles Robb, and Sean Maduck*

SHARMA DECL. ISO MOTION TO DISMISS SECOND AMENDED COMPLAINT