# EXHIBIT A

The Endocrine Society's

# CLINICAL | GUIDELINES

# The Diagnosis of Cushing's Syndrome:

## An Endocrine Society Clinical Practice Guideline



THE ENDOCRINE SOCIETY®

THE JOURNAL OF CLINICAL ENDOCRINOLOGY & METABOLISM

**Authors:** Lynnette K. Nieman, Beverly M. K. Biller, James W. Findling, John Newell-Price, Martin O. Savage, Paul M. Stewart, and Victor M. Montori

**Affiliations:** Program on Reproductive and Adult Endocrinology (L.K.N.), National Institute of Child Health and Human Development, National Institutes of Health, Bethesda, Maryland 20892; Neuroendocrine Unit/Massachusetts General Hospital (B.M.K.B.), Boston, Massachusetts 02114; Medical College of Wisconsin (J.W.F.), Milwaukee, Wisconsin 53226; University of Sheffield (J.N.-P.), Sheffield S102JF, United Kingdom; William Harvey Research Institute, Queen Mary, University of London (M.O.S.), London EC1M6BQ, United Kingdom; University of Birmingham (P.M.S.), Birmingham B15 2TT, United Kingdom; and Mayo Clinic (V.M.M.), Rochester, Minnesota 55905

**Co-Sponsoring Association:** European Society of Endocrinology

**Disclaimer Statement:** Clinical practice guidelines are developed to be of assistance to physicians by providing guidance and recommendations for particular areas of practice. The guidelines should not be considered inclusive of all proper approaches or methods, or exclusive of others. The guidelines cannot guarantee any specific outcome, nor do they establish a standard of care. The guidelines are not intended to dictate the treatment of a particular patient. Treatment decisions must be made based on the independent judgment of health care providers and each patient's individual circumstances.

The Endocrine Society makes no warranty, express or implied, regarding the guidelines and specifically excludes any warranties of merchantability and fitness for a particular use or purpose. The Endocrine Society shall not be liable for direct, indirect, special, incidental, or consequential damages related to the use of the information contained herein.

**First published in the *Journal of Clinical Endocrinology & Metabolism,* May 2008, 93(5): 1526–1540**

© The Endocrine Society, 2008



The Endocrine Society's

# CLINICAL | GUIDELINES

# The Diagnosis of Cushing's Syndrome:

## An Endocrine Society Clinical Practice Guideline



THE ENDOCRINE SOCIETY®

THE JOURNAL OF CLINICAL ENDOCRINOLOGY & METABOLISM

# Table of Contents

Summary of Recommendations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Methods of Development of Evidence-Based Recommendations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Definition, Pathophysiology, and Etiology of Hypercortisolism . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Morbidity and Mortality of Cushing's Syndrome: Rationale for Diagnosis and Treatment  . . . . . . . . . . . . . . . . 7

Diagnosis of Cushing's Syndrome. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Special Populations/Considerations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Future Directions and Recommended Research . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

References. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Order Form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Reprint Information, Questions & Correspondences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Inside Back Cover

# Abstract

**Objective:** The objective of the study was to develop clinical practice guidelines for the diagnosis of Cushing's syndrome.

**Participants:** The Task Force included a chair, selected by the Clinical Guidelines Subcommittee (CGS) of The Endocrine Society, five additional experts, a methodologist, and a medical writer. The Task Force received no corporate funding or remuneration.

**Evidence:** Systematic reviews of available evidence were used to formulate the key treatment and prevention recommendations. We used the Grading of Recommendations, Assessment, Development, and Evaluation (GRADE) group criteria to describe both the quality of evidence and the strength of recommendations. We used "recommend" for strong recommendations, and "suggest" for weak recommendations.

**Consensus Process:** Consensus was guided by systematic reviews of evidence and discussions. The guidelines were reviewed and approved sequentially by The Endocrine Society's CGS and Clinical Affairs Core Committee, members responding to a web posting, and The Endocrine Society Council. At each stage the Task Force incorporated needed changes in response to written comments.

**Conclusions:** After excluding exogenous glucocorticoid use, we recommend testing for Cushing's syndrome in patients with multiple and progressive features compatible with the syndrome, particularly those with a high discriminatory value, and patients with adrenal incidentaloma. We recommend initial use of one test with high diagnostic accuracy (urine cortisol, late night salivary cortisol, 1 mg overnight or 2 mg 48-h dexamethasone suppression test). We recommend that patients with an abnormal result see an endocrinologist and undergo a second test, either one of the above or, in some cases, a serum midnight cortisol or dexamethasone-CRH test. Patients with concordant abnormal results should undergo testing for the cause of Cushing's syndrome. Patients with concordant normal results should not undergo further evaluation.Werecommend additional testing in patients with discordant results, normal responses suspected of cyclic hypercortisolism, or initially normal responses who accumulate additional features over time.

*(J Clin Endocrinol Metab 93: 1526–1540, 2008)*

---

Abbreviations: CBG, Cortisol-binding globulin; DST, dexamethasone suppression test; HPA, hypothalamic-pituitary-adrenal; $11\beta$-HSD2, $11\beta$-hydroxysteroid dehydrogenase type 2; LC-MS/MS, tandem mass spectrometry; LDDST, low-dose DST; 17OHCS, 17-hydroxycorticosteroid; SMR, standard mortality ratio; UFC, urine free cortisol.

# SUMMARY OF RECOMMENDATIONS

## 3.0. DIAGNOSIS OF CUSHING'S SYNDROME

### Who should be tested

3.1. We recommend obtaining a thorough drug history to exclude excessive exogenous glucocorticoid exposure leading to iatrogenic Cushing's syndrome before conducting biochemical testing (1| ⊕⊕⊕⊕ ).

3.2. We recommend testing for Cushing's syndrome in the following groups:

- Patients with unusual features for age (*e.g.* osteoporosis, hypertension) (Table 1) (1| ⊕⊕○○ )
- Patients with multiple and progressive features, particularly those who are more predictive of Cushing's syndrome (Table 1) (1| ⊕⊕○○ )
- Children with decreasing height percentile and increasing weight (1| ⊕○○○ )
- Patients with adrenal incidentaloma compatible with adenoma (1| ⊕○○○ ).

3.3. We recommend against widespread testing for Cushing's syndrome in any other patient group (1| ⊕○○○ ).

### Initial testing

3.4. For the initial testing for Cushing's syndrome, we recommend one of the following tests based on its suitability for a given patient (Fig. 1) (1| ⊕○○○ ):

3.4.1. Urine free cortisol (UFC; at least two measurements)

3.4.2. Late-night salivary cortisol (two measurements)

3.4.3. 1-mg overnight dexamethasone suppression test (DST)

3.4.4. Longer low-dose DST (2 mg/d for 48 h)

3.5. We recommend against the use of the following to test for Cushing's syndrome (1| ⊕○○○ ):

- Random serum cortisol or plasma ACTH levels
- Urinary 17-ketosteroids
- Insulin tolerance test
- Loperamide test
- Tests designed to determine the cause of Cushing's syndrome (*e.g.* pituitary and adrenal imaging, 8 mg DST).

3.6. In individuals with normal test results in whom the pretest probability is high (patients with clinical features suggestive of Cushing's syndrome and adrenal incidentaloma or suspected cyclic hypercortisolism), we recommend further evaluation by an endocrinologist to confirm or exclude the diagnosis (1| ⊕○○○ ).

3.7. In other individuals with normal test results (in whom Cushing's syndrome is very unlikely), we suggest reevaluation in 6 months if signs or symptoms progress (2| ⊕○○○ ).

3.8. In individuals with at least one abnormal test result (for whom the results could be falsely positive or indicate Cushing's syndrome), we recommend further evaluation by an endocrinologist to confirm or exclude the diagnosis (1| ⊕○○○ ).

### Subsequent evaluation

3.9. For the subsequent evaluation of abnormal initial test results, we recommend performing another recommended test (Fig. 1, 1| ⊕○○○ ).

3.9.1. We suggest the additional use of the dexamethasone-CRH test or the midnight serum cortisol test in specific situations (Fig. 1, 1| ⊕○○○ ).

3.9.2. We suggest against the use of the desmopressin test, except in research studies, until additional data validate its utility (2| ⊕○○○ ).

3.9.3. We recommend against any further testing for Cushing's syndrome in individuals with concordantly negative results on two different tests (except in patients suspected of having the very rare case of cyclical disease) (1| ⊕○○○ ).

3.9.4. We recommend tests to establish the cause of Cushing's syndrome in patients with concordantly positive results from two different tests, provided there is no concern regarding possible non-Cushing's hypercortisolism (Table 2) (1| ⊕⊕○○ ).

3.9.5. We suggest further evaluation and follow-up for the few patients with concordantly negative results who are suspected of having cyclical disease and also for patients with discordant results, especially if the pretest probability of Cushing's syndrome is high (2| ⊕○○○ ).

## 4.0. SPECIAL POPULATIONS/CONSIDERATIONS

4.1. Pregnancy: We recommend the use of UFC and against the use of dexamethasone testing in the initial evaluation of pregnant women (1| ⊕⊕⊕○ ).

4.2. Epilepsy: We recommend against the use of dexamethasone testing in patients receiving antiepileptic drugs known to enhance dexamethasone clearance and recommend instead measurements of nonsuppressed cortisol in blood, saliva, or urine (1| ⊕⊕⊕○ ).

4.3. Renal failure: We suggest using the 1-mg overnight DST rather than UFC for initial testing for Cushing's syndrome in patients with severe renal failure (2| ⊕○○○ ).

4.4. Cyclic Cushing's syndrome: We suggest use of UFC or midnight salivary cortisol tests rather than DSTs in patients suspected of having cyclic Cushing's syndrome (2| ⊕○○○ ).

4.5. Adrenal incidentaloma: We suggest use of the 1-mg DST or late-night cortisol test, rather than UFC, in patients suspected of having mild Cushing's syndrome (2| ⊕⊕○○ ).

THE ENDOCRINE SOCIETY'S CLINICAL GUIDELINES

4

## METHOD OF DEVELOPMENT OF EVIDENCE-BASED RECOMMENDATIONS

The Clinical Guidelines Subcommittee of The Endocrine Society deemed detection and diagnosis of patients with Cushing's syndrome a priority area in need of practice guidelines and appointed a six-member Task Force to formulate evidence-based recommendations. The Task Force followed the approach recommended by the Grading of Recommendations, Assessment, Development, and Evaluation Group, an international group with expertise in development and implementation of evidence-based guidelines (1).

The Task Force used the best available research evidence that members identified and systematic reviews and metaanalyses of test accuracy to inform the recommendations (2). The Task Force also used consistent language and graphical descriptions of both the strength of a recommendation and the quality of evidence. In terms of the strength of the recommendation, strong recommendations use the phrase "we recommend" and the number 1, and weak recommendations use the phrase "we suggest" and the number 2. Cross-filled circles indicate the quality of the evidence, such that ⊕○○○ denotes very low-quality evidence; ⊕⊕○○ , low quality; ⊕⊕⊕○ , moderate quality; and ⊕⊕⊕⊕ , high quality. A detailed description of this grading scheme has been published elsewhere (3).

The Task Force has confidence that patients who receive care according to the strong recommendations will derive, on average, more good than harm. Low- or very low-quality evidence usually leads to weak recommendations because of uncertainty about the balance between risks and benefits; strong recommendations based on low-quality evidence usually indicate the panel's strong preference against the alternative course of action but are subject to change with new research. Given a weak recommendation, careful consideration of the patient's circumstances, values, and preferences is appropriate to determine the best course of action.

Linked to each *recommendation* is a description of the *evidence, values* that panelists considered in making the recommendation (when making these explicit was necessary), and *remarks,* a section in which panelists offer technical suggestions for testing conditions, dosing, and monitoring. These technical comments reflect the best available evidence applied to a typical patient. Often this evidence comes from the unsystematic observations of the panelists and should therefore be considered suggestions.

## 1.0. DEFINITION, PATHOPHYSIOLOGY, AND ETIOLOGY OF HYPERCORTISOLISM

Cushing's syndrome comprises a large group of signs and symptoms that reflect prolonged and inappropriately high exposure of tissue to glucocorticoids (Table 1). Whereas the most common cause is iatrogenic from medically prescribed corticosteroids, endogenous Cushing's syndrome is an uncommon disorder. European population-based studies reported an incidence of two to three cases per 1 million inhabitants per year (4, 5). Excess cortisol production, the biochemical hallmark of endogenous Cushing's syndrome, may be caused by either excess ACTH secretion (from a pituitary or other ectopic tumor) or independent adrenal overproduction of cortisol.

Although Cushing's syndrome is clinically unmistakable when full blown, the spectrum of clinical presentation is broad, and the diagnosis can be challenging in mild cases. Few, if any, features of Cushing's syndrome are unique, but some are more discriminatory than others, including reddish purple striae, plethora, proximal muscle weakness, bruising with no obvious trauma, and unexplained osteoporosis (6, 7, 8). More often patients have a number of features that are caused by cortisol excess

but that are also common in the general population, such as obesity, depression, diabetes, hypertension, or menstrual irregularity. As a result, there is an overlap in the clinical presentation of individuals with and without the disorder (Table 1). We encourage caregivers to consider Cushing's syndrome as a secondary cause of these conditions, particularly if additional features of the disorder are present. (see *Who should be tested* below.) If Cushing's syndrome is not considered, the diagnosis is all too often delayed.

In addition, overactivity of the hypothalamic-pituitary-adrenal (HPA) axis occurs without true Cushing's syndrome, so that there is an overlap between physiological and pathophysiological causes of hypercortisolism (Table 2). Thus, certain psychiatric disorders (depression, anxiety disorder, obsessive-compulsive disorder), poorly controlled diabetes mellitus, and alcoholism can be associated with mild hypercortisolism and may produce test results suggestive of Cushing's syndrome, including abnormal dexamethasone suppressibility and mildly elevated UFC (9). Circulating cortisol concentrations are usually normal (or slightly reduced) in obesity, but severe obesity can raise UFC. It is thought that higher brain centers stimulate CRH release in these conditions, with

**TABLE 1. Overlapping conditions and clinical features of Cushing's syndrome[a]**

| Symptoms | Signs | Overlapping conditions |
|---|---|---|
| *Features that best discriminate Cushing's syndrome; most do not have a high sensitivity* | | |
| | Easy bruising | |
| | Facial plethora | |
| | Proximal myopathy (or proximal muscle weakness) | |
| | Striae (especially if reddish purple and >1 cm wide) | |
| | In children, weight gain with decreasing growth velocity | |
| *Cushing's syndrome features in the general population that are common and/or less discriminatory* | | |
| Depression | Dorsocervical fat pad ("buffalo hump") | Hypertension[b] |
| Fatigue | Facial fullness | Incidental adrenal mass |
| Weight gain | Obesity | Vertebral osteoporosis[b] |
| Back pain | Supraclavicular fullness | Polycystic ovary syndrome |
| Changes in appetite | Thin skin[b] | Type 2 diabetes[b] |
| Decreased concentration | Peripheral edema | Hypokalemia |
| Decreased libido | Acne | Kidney stones |
| Impaired memory (especially short term) | Hirsutism or female balding | Unusual infections |
| Insomnia | Poor skin healing | |
| Irritability | | |
| Menstrual abnormalities | | |
| In children, slow growth | In children, abnormal genital virilization | |
| | In children, short stature | |
| | In children, pseudoprecocious puberty or delayed puberty | |

[a] Features are listed in random order.
[b] Cushing's syndrome is more likely if onset of the feature is at a younger age.

**TABLE 2.** **Conditions associated with hypercortisolism in the absence of Cushing's syndrome**[a]

Some clinical features of Cushing's syndrome may be present
- Pregnancy
- Depression and other psychiatric conditions
- Alcohol dependence
- Glucocorticoid resistance
- Morbid obesity
- Poorly controlled diabetes mellitus

Unlikely to have any clinical features of Cushing's syndrome
- Physical stress (hospitalization, surgery, pain)
- Malnutrition, anorexia nervosa
- Intense chronic exercise
- Hypothalamic amenorrhea
- CBG excess (increased serum but not urine cortisol)

[a]*Whereas Cushing's syndrome is unlikely in these conditions, it may rarely be present. If there is a high clinical index of suspicion, the patient should undergo testing, particularly those within the first group.*

subsequent activation of the entire HPA axis (10). The negative feedback inhibition of cortisol on CRH and pituitary ACTH release partially restrains the resulting hypercortisolemia. As a result, the overlap in UFC excretion is limited to values up to about 4-fold normal.

## 2.0. MORBIDITY AND MORTALITY OF CUSHING'S SYNDROME: RATIONALE FOR DIAGNOSIS AND TREATMENT

The earliest reports of mortality in Cushing's syndrome likely described individuals with severe hypercortisolism, representing one end of the clinical spectrum. These reports documented a median survival of 4.6 yr, and in 1952 a 5-yr survival of just 50%, with most deaths caused by vascular (myocardial infarction, cerebrovascular accident) or infectious complications (11, 12). However, with modern-day treatments the standard mortality ratio (SMR) after successful normalization of cortisol was similar to that of an age-matched population during 1–20 yr of follow-up evaluation in one study (13). Because markers of cardiovascular risk remain abnormal for up to 5 yr after surgery, further studies are needed to assess long-term SMR (14). In patients who have persistent moderate hypercortisolism despite treatment, SMR is increased 3.8- to 5.0-fold, compared with the general population (4, 5). These data are consistent with the increased cardiovascular mortality and morbidity reported in patients with iatrogenic Cushing's syndrome secondary to the chronic use of synthetic corticosteroids (15).

Successful treatment of hypercortisolism reverses, but may not normalize, features of Cushing's syndrome. Bone mineral density and cognitive dysfunction improve after successful surgical treatment of Cushing's syndrome but do not normalize in all patients (16, 17). Additionally, quality of life improves after surgical treatment but remains below that of age- and gender-matched subjects for up to 15 yr (18). Indirect evidence supporting the need for intervention includes the finding that the risk of infection is lower in patients with mild to moderate, compared with severe, hypercortisolism (19).

There are limited and conflicting data regarding whether surgical treatment of patients with mild hypercortisolism in the setting of an adrenal incidentaloma is superior to medical treatment of comorbidities alone (20, 21, 22, 23).

Although there are no formal controlled studies of consequences of cure in pediatric Cushing's syndrome, improvements in growth and body composition after treatment are reported in both patients with adrenal and those with pituitary causes (24, 25). Final stature in patients with endogenous Cushing's syndrome was reported to be disappointing (26), but more recent data showed that most patients reach a final height within their predicted parental target range (24).

Treatment of patients with moderate to severe Cushing's syndrome clearly reduces mortality and morbidity. Because Cushing's syndrome tends to progress and severe hypercortisolism is probably associated with a worse outcome, it is likely that early recognition and treatment of mild disease would reduce the risk of residual morbidity. However, no data addressing this assumption have been reported.

Our recommendations for testing for Cushing's syndrome are based on direct evidence from observational studies indicating a large treatment effect (which we have rated as low to moderate quality evidence) on morbidity and mortality in patients diagnosed with the condition. The next section of this document focuses on evidence that bears indirectly on these recommendations. The research in this area yields data on the likelihood of Cushing's syndrome in certain populations and on the accuracy of currently available tests in these populations. As a result, the majority of our recommendations are based on very low- to low-quality evidence. Higher-quality evidence to support testing should come from studies directly comparing the effect of testing strategies on patient-important outcomes. To date such evidence is not available in this field.

These guidelines focus on the more common clinical scenarios, with brief mention of conditions and situations that are rare or more complicated than space limitations allow; we hope that the reader will investigate these further.

## 3.0. DIAGNOSIS OF CUSHING'S SYNDROME

### Who should be tested

**3.1.** We recommend obtaining a thorough drug history to exclude exogenous glucocorticoid exposure leading to iatrogenic Cushing's syndrome before conducting biochemical testing (1│ ⊕⊕⊕⊕ ).

**3.2.** We recommend testing for Cushing's syndrome in the following groups:

- Patients with unusual features for age (*e.g.* osteoporosis, hypertension) (Table 1) (1│ ⊕⊕⊕○ )
- Patients with multiple and progressive features, particularly those that are more predictive of Cushing's syndrome (Table 1) (1│ ⊕⊕○○ )
- Children with decreasing height percentile and increasing weight (1│ ⊕○○○ )
- Patients with adrenal incidentaloma compatible with adenoma (1│ ⊕○○○ ).

**3.3.** We recommend against widespread testing for Cushing's syndrome in any other patient group (1│ ⊕○○○ ).

### 3.1. EVIDENCE

Features of Cushing's syndrome may occur as a result of exogenous glucocorticoid use. The severity of the Cushingoid features depends on the potency of the preparation used, its dose, the route and duration of its administration, and whether concomitant medications prolong its half-life (27). A thorough drug history noting current or recent use of these medications, oral, rectal, inhaled, topical, or injected, should be obtained before embarking on any biochemical testing (28). In particular, glucocorticoid components of skin creams (including bleaching agents), herbal medications, "tonics," and joint or nerve injections may be overlooked. Megestrol acetate (medroxyprogesterone acetate) is a synthetic progesterone derivative that has glucocorticoid activity and in high doses may cause Cushing's syndrome (29). Our recommendation is based on high-quality evidence because it derives from the common observation that pursuing the alternative, testing to establish the diagnosis of Cushing's syndrome without first excluding exogenous glucocorticoid use, is associated with a very large risk of undesirable effects (including unnecessary testing and the associated consequences) without expectation of benefit.

THE ENDOCRINE SOCIETY'S CLINICAL GUIDELINES

8

## 3.2. EVIDENCE

Cushing's syndrome is more likely to be present when a large number of signs and symptoms, especially those with high discriminatory index (*e.g.* myopathy, plethora, red striae, easy bruising, and thin skin in the young) are present (6, 8). However, there is a wide spectrum of clinical manifestations at any given level of hypercortisolism. Because Cushing's syndrome tends to progress, accumulation of new features increases the probability that the syndrome is present. A review of old photographs of the patient may help the clinician better appreciate whether physical changes have occurred over time.

In children, the sensitivity of combined reduced linear growth and increased weight is quite high. Although the probability of Cushing's syndrome has not been evaluated in a large number of children, clinical experience suggests that the specificity of these clinical features for the diagnosis is also very high (30). As a result, tests for Cushing's syndrome are not indicated in obese children unless their statural growth rate has slowed.

Clinicians often evaluate patients with an incidentally found adrenal nodule for autonomous adrenal cortisol excess. Such patients usually do not present with overt clinical features of Cushing's syndrome, but biochemical hypercortisolism is present in a large fraction (up to 10%). Bulow *et al.* (31) reported 2% prevalence of Cushing's syndrome; Libe *et al.* (32) reported 18%; Terzolo *et al.* (21) quoted 5–20%, depending on referral bias and diagnostic tests and criteria.

## 3.3. EVIDENCE

Testing for Cushing's syndrome in certain high-risk populations has shown an unexpectedly high incidence of unrecognized Cushing's syndrome as compared with the general population. Although there are limited data on the prevalence of the syndrome in these disorders, the diagnosis should be considered.

In one study, 2–3.3% of patients with poorly controlled diabetes mellitus had surgically confirmed Cushing's syndrome or mild hypercortisolism. Most of these patients had unilateral adrenal adenomas (33). In another recent report, one of 99 patients with newly diagnosed diabetes mellitus had surgically proven Cushing's disease (34). Another study of 86 consecutive obese subjects referred to an endocrine clinic with diabetes mellitus, hypertension, and/or the polycystic ovary syndrome found a 5.8% incidence of Cushing's syndrome (35).

Screening studies of patients with hypertension reported a 0.5–1% prevalence of Cushing's syndrome (36, 37). Unsuspected Cushing's syndrome also was found in as many as 10.8% of older patients with osteoporosis and vertebral fracture in whom comprehensive testing was done for secondary causes (38). Unfortunately, there is little information on additional comorbidities and risk factors in these studies.

The few data on the outcome, after surgical remission of hypercortisolism, in patients with unsuspected Cushing's syndrome are mixed; hypertension and diabetes did not improve in all individuals (20, 21, 22, 23).

Patients with familial disease that puts them at risk of Cushing's syndrome (*e.g.* Carney complex, multiple endocrine neoplasia-1) should be evaluated by an endocrinologist as part of a surveillance screening program.

## 3.3. VALUES

Because of the rarity of Cushing's syndrome, the high prevalence of conditions such as diabetes mellitus, obesity, and depression, and the limitations of the screening tests, the risk of false-positive test results is high. False-positive results, with their attendant costs, are reduced if case detection is limited to individuals with an increased pretest probability of having the disorder. The subsequent testing, labeling, and treatment may harm individuals with false-positive results and distract attention from the treatment of the conditions that prompted testing.

The proposed testing strategy places higher value on reducing the number of false-positive test results,

particularly in patients with very mild disease in whom the benefits of intervention are unproven. Conversely, once the clinical scenario suggests a high pretest probability of the disorder, sensitivity needs to be high so that cases are not missed. This approach also seeks to use more convenient and less expensive tests.

### *Initial testing*

3.4. For the initial testing for Cushing's syndrome, we recommend one of the following tests based on its suitability for a given patient (Fig. 1) (1 | ⊕○○○ ):

    3.4.1. UFC (at least two measurements)
    3.4.2. Late-night salivary cortisol (two measurements)
    3.4.3. 1-mg overnight DST
    3.4.4. Longer low-dose DST (2 mg/d for 48 h)

3.5. We recommend against the use of the following to test for Cushing's syndrome (1 | ⊕○○○ ):
- Random serum cortisol or plasma ACTH levels
- Urinary 17-ketosteroids
- Insulin tolerance test
- Loperamide test
- Tests designed to determine the cause of Cushing's syndrome (*e.g.* pituitary and adrenal imaging, 8 mg DST).

3.6. In individuals with normal test results in whom the pretest probability is high (patients with clinical features suggestive of Cushing's syndrome and adrenal incidentaloma or suspected cyclic hypercortisolism), we recommend further evaluation by an endocrinologist to confirm or exclude the diagnosis (1 | ⊕○○○ ).



**Figure 1.** Algorithm for testing patients suspected of having Cushing's syndrome (CS). All statements are recommendations except for those prefaced by suggest. Diagnostic criteria that suggest Cushing's syndrome are UFC greater than the normal range for the assay, serum cortisol greater than 1.8 $\mu$g/dl (50 nmol/liter) after 1 mg dexamethasone (1-mg DST), and late-night salivary cortisol greater than 145 ng/dl (4 nmol/liter).

3.7. In other individuals with normal test results (in whom Cushing's syndrome is very unlikely), we suggest reevaluation in 6 months if signs or symptoms progress (2 | ⊕○○○ ).

3.8. In individuals with at least one abnormal test result (for whom the results could be falsely positive or indicate Cushing's syndrome), we recommend further evaluation by an endocrinologist to confirm or exclude the diagnosis (1 | ⊕○○○ ).

### 3.4. EVIDENCE

In this section, we first discuss the testing strategies and then provide evidence for and remarks about each of the recommended tests that can be used to identify patients with Cushing's syndrome.

Nonendocrinologist clinicians may perform the initial evaluation for Cushing's syndrome (or refer to an endocrinologist). In this setting, the goal is to choose a test with a high sensitivity for the disorder; unfortunately, no test has optimally high specificity, so that false-positive results may occur. The four recommended tests have acceptable diagnostic accuracy when the suggested cutoff points are used (2, 30). If the initial testing results are normal, assuming that there is no reason to mistrust the result (see remarks below), then the patient is very unlikely to have Cushing's syndrome. Thus, the patient can be reassured and no further testing need be done; a recommendation to return in 6 months if symptoms progress ensures that evolving symptoms or new features will not be ignored.

In patients with a high pretest probability of Cushing's syndrome, to expedite diagnosis, the physician may elect to perform two tests simultaneously.

### 3.4. REMARKS FOR ALL TESTS

Measurement of cortisol (urine, serum, or salivary) is the end point for each of the recommended tests. As with all hormone assays, the physician must be aware that several collection and assay methods are available

for the measurement of cortisol, and results for a single sample measured in various assays may be quite different (39). Assays differ widely in their accuracy; results near the cutoff value on a single measurement often can be explained by assay variability. In particular, the expected salivary and serum concentrations in these tests are close to the functional limit of detection of the assays. Because precision deteriorates at these levels, assays should be chosen on the basis of their performance at this low range.

Normal ranges vary substantially, depending on the method used, so it is essential to interpret test results in the context of the appropriate normal range. Antibody-based immunoassays such as unextracted RIA and ELISA can be affected by cross-reactivity with cortisol metabolites and synthetic glucocorticoids. In contrast, structurally based assays such as HPLC and tandem mass spectrometry (LC-MS/MS) do not pose this problem and are being used with increasing frequency. However, there are also drugs (carbamazepine and fenofibrate) that may interfere with some of these chromatographic methods (Table 3), thereby causing falsely elevated values (40, 41). Upper limits of normal are much lower with HPLC or LC-MS/MS than in antibody-based assays. For example, urine cortisol values obtained using HPLC may be as low as 40% of the value measured by RIA (42, 43).

Estrogens increase the cortisol-binding globulin (CBG) concentration in the circulation. Because serum assays measure total cortisol, false-positive rates for the overnight DST are seen in 50% of women taking the oral contraceptive pill (44). Wherever possible, estrogen-containing drugs should be withdrawn for 6 wk before testing or retesting (45). Conversely, decreases in CBG or albumin, which occur in the critically ill or nephrotic patient, are associated with decreased serum cortisol values (39, 46).

Because the hypercortisolism of Cushing's syndrome can be variable, we recommend that at least two measurements of urine or salivary cortisol be obtained. This strategy increases confidence in the test results if consistently normal or abnormal results are obtained.

## 3.4. REMARKS FOR DEXAMETHASONE TESTS

Variable absorption and metabolism of dexamethasone may influence the result of both the overnight 1-mg DST and the 48-h, 2 mg/d test. Drugs such as phenytoin, phenobarbitone, carbamazepine, rifampicin, and alcohol induce hepatic enzymatic clearance of dexamethasone, mediated through CYP 3A4, thereby reducing the plasma dexamethasone concentrations (Table 3) (47). Conversely, dexamethasone clearance may be reduced in patients with liver and/or renal failure. Dexamethasone levels show interindividual variation, however, even in healthy individuals on no medication.

To evaluate for false-positive and negative responses, some experts have advocated simultaneous measurement of both cortisol and dexamethasone for these tests to ensure adequate plasma dexamethasone concentrations [>5.6 nmol/liter (0.22 $\mu$g/dl)] (48). However, given the limited availability outside the United States and cost of the dexamethasone assay, this otherwise desirable approach may not be feasible.

As noted above, false-positive rates for the overnight DST are seen in 50% of women taking the oral contraceptive pill because of increased CBG levels (44).

### 3.4.1. EVIDENCE FOR USE OF UFC

The introduction of UFC represented a major advance over measurement of 17-hydroxycorticosteroids (17OHCS), which reflects both urine metabolites and cortisol. Because 17OHCS has high rates of false-positive and negative results, it is now rarely used.

Since the 1970s, experts have advocated the use of UFC for making the diagnosis of Cushing's syndrome (49, 50). UFC provides an integrated assessment of cortisol secretion over a 24-h period. It measures the cortisol that is not bound to CBG, which is filtered by the kidney unchanged. Therefore, unlike serum cortisol, which measures both CBG-bound and free hormone, UFC is not affected by conditions and medications that alter CBG. For example, healthy women taking oral estrogen may have

**TABLE 3.** Selected drugs that may interfere with the evaluation of tests for the diagnosis of Cushing's syndrome[a]

*Drugs that accelerate dexamethasone metabolism by induction of CYP 3A4*
- Phenobarbital
- Phenytoin
- Carbamazepine
- Primidone
- Rifampin
- Rifapentine
- Ethosuximide
- Pioglitazone

*Drugs that impair dexamethasone metabolism by inhibition of CYP 3A4*
- Aprepitant/fosaprepitant
- Itraconazole
- Ritonavir
- Fluoxetine
- Diltiazem
- Cimetidine

*Drugs that increase CBG and may falsely elevate cortisol results*
- Estrogens
- Mitotane

*Drugs that increase UFC results*
- Carbamazepine (increase)
- Fenofibrate (increase if measured by HPLC)
- Some synthetic glucocorticoids (immunoassays)
- Drugs that inhibit 11$\beta$-HSD2 (licorice, carbenoxolone)

[a]This should not be considered a complete list of potential drug interactions. Data regarding CYP3A4 obtained from http://medicine.iupui.edu/flockhart/table.htm.

increased CBG, and therefore high serum cortisol concentration, but their UFC remains normal. Because cortisol production is increased in Cushing's syndrome, the amount of unbound hormone is higher, resulting in elevated UFC values.

As with any other test, sensitivity and specificity of UFC are subject to the cutoffs selected. When the assay upper limit of normal is used as a criterion, the

overall evidence supports the diagnostic accuracy of UFC in adults suspected of having Cushing's syndrome (2, 51). Sensitivity for Cushing's syndrome in pediatric patients is high (~89%) (30).

Thus, to achieve the goal of high sensitivity, we recommend using the upper limit of normal for the particular assay as the criterion for a positive test, provided the creatinine shows that the collection is complete and there is not excessive volume. For pediatric patients, the adult normal ranges may be used because most pediatric patients are of adult weight (*i.e.* > 45 kg).

At the recommended cutoff point, false-positive elevations of UFC may be seen in several conditions. High fluid intake (≥5 liters/d) significantly increases UFC (52). Any physiological or pathological condition that increases cortisol production raises UFC (Table 2). Therefore, in these conditions a normal result is more reliable than an abnormal one.

At the recommended cutoff point, false-negative results of urine cortisol collections also may occur. Because UFC reflects renal filtration, values are significantly lower in patients with moderate to severe renal impairment. A falsely low UFC can occur when creatinine clearance falls less than 60 ml/min, and UFC levels fall linearly with more severe renal failure (53). UFC can be normal if a patient has cyclic disease and collects urine when the disease is inactive. Finally, it may be normal in some patients with mild Cushing's syndrome, in whom salivary cortisol may be more useful (54).

### 3.4.1.   REMARKS FOR UFC

*Sample collection and instructions*
It is important to ensure that patients provide a complete 24-h urine collection with appropriate total volume and urinary creatinine levels. This may require patient education using both oral and written instructions. The first morning void is discarded so that the collection begins with an empty bladder. All subsequent voids throughout the day and night should be included in the collection, which is kept

refrigerated (but not frozen), up to and including the first morning void on the second day. Once the bladder has been emptied into the collection on the second morning, the sample is complete.

Patients should be instructed not to drink excessive amounts of fluid and to avoid the use of any glucocorticoid preparations, including steroid-containing skin or hemorrhoid creams, during the collection. Because UFC levels in a patient with Cushing's syndrome are variable, at least two collections should be performed, particularly in children in whom reproducibility can be low.

### 3.4.2.   EVIDENCE FOR LATE-NIGHT SALIVARY CORTISOL

In healthy individuals with stable conventional sleep-wake cycles, the level of serum cortisol begins to rise at 0300–0400 h, reaches a peak at 0700–0900 h, and then falls for the rest of the day to very low levels when the person is unstressed and asleep at midnight (55). The loss of circadian rhythm with absence of a late-night cortisol nadir is a consistent biochemical abnormality in patients with Cushing's syndrome (56, 57). This difference in physiology forms the basis for measurement of a midnight serum or late-night salivary cortisol.

Biologically active free cortisol in the blood is in equilibrium with cortisol in the saliva, and the concentration of salivary cortisol does not appear to be affected by the rate of saliva production. Furthermore, an increase in blood cortisol is reflected by a change in the salivary cortisol concentration within a few minutes (58). Various methods have been used to measure cortisol in the saliva, resulting in different reference ranges and yielding differences in sensitivity and specificity (59, 60, 61, 62, 63, 64, 65, 66, 67). The best-validated assays used in the United States to measure salivary cortisol are an ELISA and an assay performed by LC-MS/MS (28). When these two assay techniques are used, normal subjects usually have salivary cortisol levels at bedtime, or between 2300 and 2400 h, of less than 145 ng/dl (4 nmol/liter). Using a variety of assays and

diagnostic criteria, investigators from different countries have reported that late-night salivary cortisol levels yield a 92–100% sensitivity and a 93–100% specificity for the diagnosis of Cushing's syndrome (59, 60, 61, 62, 63, 64, 65, 66, 67). Overall, the evidence in adults suggests that the accuracy of this test is similar to that of UFC (2). This easily performed, noninvasive test has been used in children to differentiate patients with Cushing's syndrome from those with simple obesity. Investigators have reported high sensitivity (100%) and specificity (95.2%) for Cushing's syndrome in this setting (68).

The influence of gender, age, and coexisting medical conditions on the late-night salivary cortisol concentrations has not been fully characterized. It is important to note that the circadian rhythm is blunted in many patients with depressive illness and in shift workers (69, 70) and may be absent in the critically ill (71). Other populations may have a high percentage of false-positive results. For example, in a study of men aged 60 yr or older, Liu *et al.* (72) reported that 20% of all participants and 40% of diabetic hypertensive subjects had at least one elevated late-night salivary cortisol measurement. Using the upper reference range of each assay as the cutoff point, Baid *et al.* (28) measured bedtime salivary cortisol levels in a large number of obese subjects and found a specificity of only 85% when they used a RIA technique, but a better specificity of 92% when tandem mass spectrometry was used.

### 3.4.2. REMARKS FOR LATE-NIGHT SALIVARY CORTISOL

Most clinicians using the late-night salivary cortisol test ask patients to collect a saliva sample on two separate evenings between 2300 and 2400 h. Saliva is collected either by passive drooling into a plastic tube or by placing a cotton pledget (salivette) in the mouth and chewing for 1–2 min. The sample is stable at room or refrigerator temperature for several weeks and can be mailed to a reference laboratory. Reports show good correlation between salivary and simultaneous serum cortisol values in healthy volunteers (73, 74). When samples were obtained at the same sitting, those collected using the salivette device had lower cortisol concentrations than those collected from passive drooling, but they correlated better with total and free serum cortisol levels (74).

Several factors that affect the salivary cortisol test should be considered when evaluating the results. The salivary glands express $11\beta$-hydroxysteroid dehydrogenase type 2 ($11\beta$-HSD2), which converts the biologically active cortisol to inactive cortisone (75). It is theoretically possible that individuals using licorice or chewing tobacco (both of which contain the $11\beta$-hydroxysteroid dehydrogenase type 2 inhibitor glycyrrhizic acid) may have a falsely elevated late-night salivary cortisol. Patients who smoke cigarettes also have been shown to have higher late-night salivary cortisol measurements than do nonsmokers (76). Although the duration of this effect is not known, it seems prudent to avoid cigarette smoking on the day of collection. Direct contamination of the salivette by steroid-containing lotion or oral gels also may result in false-positive results. Because the test assumes a nadir of cortisol in the late evening, it may not be appropriate for shift workers or those with variable bedtimes, and the timing of the collection should be adjusted to the time of sleeping for those with bedtimes consistently long after midnight. Similarly, nocturnal salivary cortisols may be transiently abnormal in individuals crossing widely different time zones. Finally, stress immediately before the collection also may increase salivary cortisol physiologically; therefore, ideally, samples should be collected on a quiet evening at home (64).

Theoretically, contamination with blood might increase salivary cortisol levels. Although Kivlighan et *al.* (77) reported that minor to moderate blood leakage as a result of vigorous tooth brushing had no effect on salivary cortisol values, the possible effect of gingivitis or oral sores or injury is not known.

### 3.4.3. EVIDENCE FOR THE 1-mg DST

In normal subjects, the administration of a supraphysiological dose of glucocorticoid results in suppression of ACTH and cortisol secretion. In

THE ENDOCRINE SOCIETY'S CLINICAL GUIDELINES

endogenous Cushing's syndrome of any cause, there is a failure of this suppression when low doses of the synthetic glucocorticoid dexamethasone are given (78).

The overnight test is a simple outpatient test. Various doses of dexamethasone have been used, but 1 mg dexamethasone is usually given between 2300 and 2400 h, and cortisol is measured between 0800 and 0900 h the following morning. Higher doses (1.5 or 2 mg) do not significantly improve the accuracy of the test (49).

Researchers have used cutoff values for the suppression of serum cortisol from 3.6 to 7.2 $\mu$g/dl (100–200 nmol/liter) when measured by modern RIA (79). A widely cited normal response is a serum cortisol less than 5 $\mu$g/dl (<140 nmol/liter) (7, 80). Because some patients with Cushing's disease demonstrate suppressibility to dexamethasone, use of this diagnostic criterion misclassified up to 15% of such patients as negative (81, 82). Therefore, to enhance sensitivity, experts have advocated requiring a lower cutoff for suppression of the postdexamethasone serum cortisol to less than 1.8 $\mu$g/dl (50 nmol/liter) to achieve sensitivity rates of greater than 95% (83). At the 1.8 $\mu$g/dl cutoff, the sensitivity is high with specificity rates of 80%; specificity increases to greater than 95% if the diagnostic threshold is raised to 5 $\mu$g/dl (140 nmol/liter) (7). Given our objective of using tests with high sensitivity at this stage, we recommend use of the more stringent cutoff of 1.8 $\mu$g/dl.

Overall, the evidence in adults indicates that in studies with low prevalence of Cushing's syndrome this test has similar performance as the others recommended for initial testing (2). Although the 1-mg overnight test is used as a screening test for pediatric patients, there are no specific data regarding its interpretation or performance in this population.

### 3.4.3.  REMARKS FOR THE 1-mg DST

See the earlier comments under 3.4 *Remarks for dexamethasone tests*.

### 3.4.4.  EVIDENCE FOR THE 48-h, 2 mg/d DST

Some endocrinologists prefer to use the 48-h, 2 mg/d low-dose DST (LDDST) as an initial test because of its improved specificity as compared with the 1-mg test. With adequate written instructions for the patient, the LDDST is easily performed in the outpatient setting.

As described above *(Section 1.0)*, certain psychiatric conditions (depression, anxiety, obsessive compulsive disorder), morbid obesity, alcoholism, and diabetes mellitus can be characterized by overactivation of the HPA axis but without true Cushing's syndrome, *i.e.* hypercortisolism is not autonomous. In these conditions, UFC measurements are less useful as an initial test. The optimal test is the LDDST. Previous studies using various doses of dexamethasone and differing criteria for suppression suggest that at least 2 wk of abstinence from alcohol are needed to reduce the false-positive rate (84).

First described by Liddle (85) in 1960, the LDDST initially evaluated urinary 17OHCS as an indicator of cortisol suppression. However, using 17OHCS or UFC, sensitivity and specificity rates are less than 70–80%. Use of a serum cortisol end point is simpler and has higher diagnostic accuracy (78).

With a cutoff value for suppression of 50 nmol/liter (1.8 $\mu$g/dl), the initially reported sensitivity was greater than 95% for adult patients (86). With this approach, the sensitivity for Cushing's syndrome in 36 pediatric patients was 94% (87). With a slightly different protocol and a lower cortisol criterion [38 nmol/liter (1.4 $\mu$g/dl)], the sensitivity was 90% in another study (9).

Subsequent reports showed lower diagnostic accuracy of the LDDST (7, 88, 89, 90). Overall, in 92 patients without Cushing's syndrome, the specificity of the LDDST was 70% (95% confidence interval 69–87%). In 59 patients with Cushing's syndrome, sensitivity was 96% for the LDDST (91). The reasons for this apparent decrease in specificity are unknown. Serum dexamethasone levels were not evaluated; in healthy volunteers, dexamethasone levels 2 h after

the last dose were 13.0 ± 6.1 $\mu$mol/liter (469.5 ± 220.4 $\mu$g/dl) (92).

Consequently, the overall evidence in adults indicates that this test has similar or slightly less diagnostic accuracy than the other tests recommended here for initial testing (2).

### 3.4.4.   REMARKS FOR THE 48-h, 2 mg/d DST

In addition to the general remarks on dexamethasone tests presented in the *Initial testing* section, there are further considerations for the LDDST. Dexamethasone is given in doses of 0.5 mg for 48 h, beginning at 0900 h on d 1, at 6-h intervals, *i.e.* at 0900, 1500, 2100, and 0300 h. Serum cortisol is measured at 0900 h, 6 h after the last dose of dexamethasone. Yanovski *et al.* (9) proposed a different protocol: administering 48 h of dexamethasone at 6-h intervals but beginning at 1200 h and obtaining serum cortisol at 0800 h, exactly 2 h (rather than 6 h as in the usual protocol) after the last dexamethasone dose.

For pediatric patients weighing more than 40 kg, the initial adult protocol described above and the adult threshold for normal suppression [<50 nmol/liter (1.8 $\mu$g/dl)] are used. For patients weighing less than 40 kg, the dose is adjusted to 30 $\mu$g/kg·d (in divided doses) (8).

### 3.5.  EVIDENCE

The diagnostic accuracy of various other tests previously advocated for the diagnosis of Cushing's syndrome (urinary 17-ketosteroids, 1600 h or other random cortisol levels, and the insulin tolerance test) is too low to recommend them for testing (49). Other tests, such as the loperamide test, have insufficient evidence for their diagnostic accuracy. The response to those tests used specifically to establish the cause of Cushing's syndrome (*e.g.* pituitary, adrenal or thoracic imaging, plasma ACTH concentration, CRH stimulation test, 8 mg dexamethasone suppression test) may be both abnormal in healthy people and normal in patients with Cushing's syndrome and therefore are not helpful in establishing the diagnosis (78).

### 3.6. – 3.8.   EVIDENCE

Our recommendations for retesting patients with initially normal test results who develop new or progressive signs or symptoms of Cushing's syndrome comes from the panel's clinical observations and relate to the recognition that the patient's pretest probability of Cushing's syndrome would be higher on retesting and that hypercortisolism may have evolved concomitantly with the progression of the clinical syndrome, enhancing the likelihood that repeat tests would be positive.

Similarly, the recommendation to retest patients with suspected cyclic Cushing's syndrome comes from the recognition that these individuals may have normal test results when the disorder is quiescent (93).

The performance and interpretation of subsequent testing for Cushing's syndrome requires considerable expertise (both in the clinic and in the laboratory) and may be followed by either complex testing to establish its cause and surgical treatments or expert reassurance of patients that they do not have this condition. Because of this, it is the panel's observation that referral to endocrinology centers with expertise and interest in Cushing's syndrome in patients with abnormal initial testing is likely to be associated with better patient outcomes.

The recommendation to perform additional testing in patients with discordant results derives from the knowledge that some patients with Cushing's syndrome, usually those with mild or cyclic disease, may have discordant results. Also, some patients without Cushing's syndrome may have only a minimally abnormal but discordant result. The distinction between these groups is difficult, and there is no one correct diagnostic strategy. The test results' validity should be evaluated in light of the caveats mentioned for specific patient situations and for each test and assay. For example, an abnormal UFC may not be accepted if the specimen volume and creatinine suggest overcollection. Underlying disorders that may cause mild hypercortisolism (Table 2) should be considered and testing repeated when these are treated or resolved. Postponing additional

testing to allow progression of clinical and biochemical features may be useful. The patient should be reassured that this poses minimal risk in the setting of mild hypercortisolism.

*Subsequent evaluation*

3.8. For the subsequent evaluation of abnormal test results from one of the high-sensitivity tests, we recommend performing another recommended test (Fig. 1, 1 | ⊕○○○ ).

3.8.1. We suggest the additional use of the dexamethasone-CRH test or the midnight serum cortisol test in specific situations (Fig. 1, 1 | ⊕○○○ ).

3.8.2. We suggest against the use of the desmopressin test, except in research studies, until additional data validate its utility (2 | ⊕○○○ ).

3.8.3. We recommend against any further testing for Cushing's syndrome in individuals with concordantly negative results on two different tests (except in patients suspected of having the very rare case of cyclical disease) (1 | ⊕○○○ ).

3.8.4. We recommend tests to establish the cause of Cushing's syndrome in patients with concordantly positive results from two different tests, provided there is no concern regarding possible non-Cushing's hypercortisolism (Table 2) (1 | ⊕○○○ ).

3.8.5. We suggest further evaluation and follow-up for the few patients with concordantly negative results who are suspected of having cyclical disease and also for patients with discordant results, especially if the pretest probability of Cushing's syndrome is high (2 | ⊕○○○ ).

### 3.8. REMARKS

If the initial test result is abnormal, further evaluation by an endocrinologist will ensure that the disorder is confirmed or refuted and that the possibility of a false-positive result will be considered.

Conversely, in cases in which there is a high pretest probability of Cushing's syndrome but a normal initial test, use of an additional alternative test has the potential benefit of disclosing those with milder disease.

### 3.8.1. EVIDENCE FOR THE 48-h, 2 mg/d LDDST WITH CRH

In an effort to improve the sensitivity of the 48-h, 2 mg/d test, researchers developed a combined CRH stimulation test. In theory, dexamethasone suppresses serum cortisol levels in individuals without Cushing's syndrome as well as a small number of those with Cushing's disease, but if given CRH, patients with Cushing's disease should respond with an increase in ACTH and cortisol. The test is done by administering the 48-h 2 mg/d DST, followed by administration of CRH (1 $\mu$g/kg, iv) 2 h after the last dose of dexamethasone. Cortisol is measured 15 min later.

The initial report of this strategy showed high diagnostic accuracy (92, 94). All eight of 59 patients with proven Cushing's disease who suppressed pre-CRH cortisol to less than 1.4 $\mu$g/dl (<38 nmol/liter; sensitivity 86%) were properly characterized after CRH administration.

Subsequent reports showed lower diagnostic accuracy of both the DST and the combined test (7, 88, 89, 90). Overall, in 92 patients without Cushing's syndrome, the specificity of the LDDST was 70% (95% confidence interval 69–87%), compared with a 60% specificity for the dexamethasone-CRH test (95% confidence interval 59–79%). In 59 patients with Cushing's syndrome, sensitivity was 96% for the LDDST and 98% for the dexamethasone-CRH test.

The reasons for the differences in the responses to the LDDST and the combined test are not clear. As discussed above, any dexamethasone test may give either false-positive or false-negative results in conditions that alter the metabolic clearance of the agent; additionally, differences in the performance of cortisol assays may contribute.

### 3.8.1. REMARKS FOR THE DEXAMETHASONE-CRH TEST

The dexamethasone-CRH test can be useful in patients with equivocal results for UFC. A dexamethasone level should be measured at the time of CRH administration to exclude a false-positive result, and the serum cortisol assay must be accurate at these low levels of detection. Additionally, it is possible that the 2-h time interval between dexamethasone and CRH administration is critical so that compliance must be assured.

In the United States, ovine-sequence CRH is available commercially (ACTHREL™; Ferring Corp., Malmo, Sweden) with Food and Drug Administration-approved labeling for the differential diagnosis of Cushing's syndrome. In Europe, the human-sequence peptide is in widespread use (Ferring) but has lower stimulatory effect than the ovine-sequence CRH (95).

### 3.8.1. EVIDENCE FOR THE MIDNIGHT SERUM CORTISOL TEST

As noted above, the nocturnal nadir of serum cortisol values is lost in patients with Cushing's syndrome, forming the basis of this test. Because the test is cumbersome to perform, we do not suggest its use in initial testing for Cushing's syndrome. However, the test may be useful in specific situations detailed below. Midnight serum cortisol may be assessed in the sleeping or awake state, using different diagnostic criteria. As with all tests, use of a higher diagnostic criterion is associated with reduced sensitivity but increased specificity.

*Sleeping midnight serum cortisol*
In one study, a single sleeping serum cortisol greater than 1.8 $\mu$g/dl (>50 nmol/liter) had high sensitivity (100%) for the diagnosis of Cushing's syndrome (96). More recent larger studies confirm the poor specificity for this criterion (20.2%), with a cutoff point of 7.5 $\mu$g/dl having higher specificity (87%) (7).

In 105 children with Cushing's syndrome, measurement of sleeping midnight cortisol had higher sensitivity than UFC (99 *vs.* 88%) (30).

When used in patients with a high clinical index of suspicion of Cushing's syndrome and who had normal UFC and full suppression on dexamethasone testing, a sleeping midnight serum cortisol of greater than 1.8 $\mu$g/dl or an awake value of greater than 7.5 $\mu$g/dl increases the probability of Cushing's syndrome (96). Conversely, where there is a low clinical index of suspicion, such as in simple obesity, but lack of suppression on dexamethasone testing and mildly elevated UFC, a sleeping midnight serum cortisol less than 1.8 $\mu$g/dl effectively excludes Cushing's syndrome at the time of assessment (7). The midnight serum cortisol test also has utility in the context of failure of suppression on dexamethasone testing due to anticonvulsant medication, in which a sleeping midnight serum cortisol less than 1.8 $\mu$g/dl has been used to exclude Cushing's syndrome (97). It is likely that similar values for awake measurements would have similar utility, but this has not been tested directly. Overall, the evidence in adult patients for the midnight serum cortisol accuracy is limited and inconsistent across studies, with at least one study showing that this test can enhance the accuracy of the UFC and 1-mg dexamethasone tests (2).

*Awake midnight serum cortisol*
Sampling for midnight serum cortisol when the patient is awake is far easier. Initial studies suggested that an awake midnight serum cortisol greater than 7.5 $\mu$g/dl (>207 nmol/liter) had a sensitivity and specificity greater than 96% (98, 99). However, when applied to an obese cohort, the specificity was only 83% (100). In an effort to improve on specificity, higher cutoff points have been advocated, inevitably at the cost of sensitivity: values of serum midnight cortisol greater than 8.3–12 $\mu$g/dl had 90–92% sensitivity with specificity of 96% (63, 101).

### 3.8.1. REMARKS FOR THE MIDNIGHT SERUM CORTISOL TEST

The sleeping midnight cortisol requires inpatient admission for a period of 48 h or longer to avoid false-positive responses due to the stress of hospitalization; this approach may not be possible in some practice settings. If a sleeping value is desired, the blood

sample must be drawn within 5–10 min of waking the patient, or through an indwelling line, to avoid false-positive results (96).

Young children may have their cortisol nadir earlier than midnight. In children, precatheterization is essential so that a sleeping sample for serum cortisol can be obtained.

### 3.8.2. REMARKS FOR THE DESMOPRESSIN STIMULATION TEST

The desmopressin stimulation test involves measurement of plasma ACTH just before and 10, 20, and 30 min after iv administration of 10 *μg* 1-desamino-8-d-arginine vasopressin. In general, patients with Cushing's disease show an increase in ACTH, but those with other causes of Cushing's syndrome or those without Cushing's syndrome do not respond (7, 22, 102). The sensitivity for patients with Cushing's disease was 82–87%; when other patients with Cushing's syndrome were included, the sensitivity was 63–75%. The specificity ranged from 85 to 91%. Until additional data validate the utility of the test in a larger population of patients with all causes of Cushing's syndrome, it seems prudent to restrict this test to research studies.

# 4.0. SPECIAL POPULATIONS/ CONSIDERATIONS

4.1. Pregnancy: We recommend the use of UFC and against the use of dexamethasone testing in the initial evaluation of pregnant women (1| ⊕⊕⊕○ ).

4.2. Epilepsy: We recommend against the use of dexamethasone testing in patients receiving antiepileptic drugs known to enhance dexamethasone clearance and recommend instead measurements of nonsuppressed cortisol in blood, saliva, or urine (1| ⊕⊕⊕○ ).

4.3. Renal failure: We suggest using the 1-mg overnight DST rather than UFC for initial testing for Cushing's syndrome in patients with severe renal failure (2| ⊕○○○ ).

4.4. Cyclic Cushing's syndrome: We suggest use of UFC or midnight salivary cortisol tests rather than DSTs in patients suspected of having cyclic Cushing's syndrome (2| ⊕○○○ ).

4.5. Adrenal incidentaloma: We suggest use of the 1-mg DST or late-night cortisol test, rather than UFC in patients suspected of having mild Cushing's syndrome (2| ⊕⊕○○ ).

### 4.1. EVIDENCE FOR CHOICE OF TESTS IN PREGNANT WOMEN

Screening for hypercortisolism is more difficult in pregnancy, particularly in the second and third trimesters. UFC excretion is normal in the first trimester; however, it increases up to 3-fold by term to overlap values seen in women with Cushing's syndrome (103). Thus, only UFC values in the second or third trimester greater than 3 times the upper limit of normal can be taken to indicate Cushing's syndrome. Serum cortisol circadian variation is preserved in normal pregnancy, albeit with a higher midnight nadir. Whereas loss of circadian variation is characteristic of Cushing's syndrome, diagnostic thresholds for evening serum or salivary cortisol in pregnant patients are not known (103, 104). Furthermore, suppression of serum and urinary cortisol by dexamethasone is blunted in pregnancy (105). Thus, dexamethasone testing has an increased potential for false-positive results in pregnancy.

### 4.2. EVIDENCE FOR CHOICE OF TESTS IN PATIENTS RECEIVING ANTICONVULSANTS

As discussed above (see 3.4 *Remarks for dexamethasone tests*), commonly used anticonvulsant medications, including phenytoin, phenobarbitone, and carbamazepine, induce hepatic enzymatic clearance of dexamethasone, mediated through CYP 3A4, and

may cause false-positive responses on testing. There are, however, no data to guide the length of time needed after withdrawal of such medication to allow dexamethasone metabolism to return to normal, and such a medication change may not be clinically possible. Switching to nonenzyme-inducing medication may correct this situation, but an alternative and more practical approach is to use another test, such as assessment of midnight salivary or serum cortisol, to exclude Cushing's syndrome in these patients (97).

### 4.3. EVIDENCE FOR CHOICE OF TESTS IN CHRONIC RENAL FAILURE

As noted above (see 3.4.1), excreted urine cortisol values decrease below creatinine clearance of 60 ml/min and are quite low, below 20 ml/min (53). Although the cortisol circadian rhythm was present in one study, neither serum nor salivary midnight cortisol concentrations have been reported in this population (106). However, serum free cortisol values measured over a 24-h period were reported to be elevated (106). As a result, a normal (low) midnight cortisol value probably excludes Cushing's syndrome, but the diagnostic threshold for either serum or salivary cortisol is not known. The absorption and metabolism of 1 mg dexamethasone, as well as the cortisol response, have been reported to be both normal and abnormal (107, 108, 109). Responses to administration of 3 and 8 mg dexamethasone were normal in some but not all patients (106, 108). In the absence of additional data, a normal response to 1 mg dexamethasone is likely to exclude Cushing's syndrome, but an abnormal response is not diagnostic.

### 4.4. EVIDENCE FOR CHOICE OF TESTS IN CYCLIC CUSHING'S SYNDROME

Rarely patients have been described with episodic secretion of cortisol excess in a cyclical pattern with peaks occurring at intervals of several days to many months (93). Because the DST results may be normal in patients who are cycling out of hypercortisolism, these tests are not recommended for patients suspected of having cyclic disease. Instead, measurement of UFC or salivary cortisol may best demonstrate cyclicity. In patients for whom clinical suspicion is high but initial tests are normal, follow-up is recommended with repeat testing, if possible to coincide with clinical symptoms.

### 4.5. EVIDENCE FOR CHOICE OF TESTS IN ADRENAL INCIDENTALOMA

UFC appears to be less sensitive than the 1-mg DST or late-night cortisol for the identification of Cushing's syndrome in this population (20, 21, 22, 23). There is no consensus on the best algorithm or the best diagnostic criterion for the 1-mg DST. A suppressed ACTH or dehydroepiandrosterone sulfate concentration supports the diagnosis of Cushing's syndrome in patients with adrenal masses (20, 21, 22, 23). Measurement of ACTH or dehydroepiandrosterone sulfate is not part of initial diagnostic evaluation of a patient presenting with clinical features of Cushing's syndrome, but it may indicate subtle adrenal hyperfunction in this specific population.

## 5. FUTURE DIRECTIONS AND RECOMMENDED RESEARCH

The evidence on which many of these recommendations have been made is of low to very low quality because there are limited data linking diagnostic strategies to patient outcomes as much of the work has focused on developing, validating, and ascertaining diagnostic test performance. This focus may be due to the rarity of the disease and the availability of diverse diagnostic methods. In addition, published data, which are often from larger tertiary referral centers, might be biased toward more diagnostically challenging cases, higher pretest probability, and greater disease severity. Such bias may result in an overly sanguine view of the diagnostic performance of these tests, particularly compared with their expected performance in unselected populations in usual clinical practice. These issues highlight the need for further research and for improvements in the research methods used to determine whether testing will lead to improved patient outcomes.

Investigation in the following areas would significantly improve the future care of patients with hypercortisolism:

1. *Pooled information.* A commitment from endocrinologists supported by national and international endocrine organizations and funding agencies to establish databases of consecutive patients tested for Cushing's syndrome allowing for prospective pooling of the diagnostic test information. This pooled information would help to define discriminatory symptoms and signs and provide data on the most accurate testing strategies.

2. *Standardization of assays.* The diagnosis of Cushing's syndrome is critically dependent on the quality and performance of cortisol assays, be they from serum, saliva, or urine and measured by RIA, ELISA, or LC-MS/MS. Clinicians need a greater appreciation of the robustness (or otherwise) of their particular assay and its variance from published cutoff data. National laboratories of excellence might be used as referral centers in difficult cases; approval by the health authorities/insurance companies for such use would be important.

3. *Improved clinical outcome data and targeted clinical trials.* Initial testing for hypercortisolism may be desirable to the extent that its results will favorably affect outcomes that matter to patients. There is a pressing need to investigate outcomes in patients cured of Cushing's syndrome with modern-day practice. In particular, there are conflicting data on the need to treat mild or so-called subclinical Cushing's syndrome, notably in patients with adrenal incidentalomas. Appropriately powered and rigorously designed randomized clinical trials to compare diagnostic-treatment strategies should be established to inform clinicians and patients on optimal management.

# References

1. **Atkins D, Best D, Briss PA, Eccles M, Falck-Ytter Y, Flottorp S, Guyatt GH, Harbour RT, Haugh MC, Henry D, Hill S, Jaeschke R, Leng G, Liberati A, Magrini N, Mason J, Middleton P, Mrukowicz J, O'Connell D, Oxman AD, Phillips B, Schunemann HJ, Edejer TT, Varonen H, Vist GE, Williams Jr JW, Zaza S** 2004 Grading quality of evidence and strength of recommendations. BMJ 328:1490

2. **Elamin MB, Murad MH, Mullan R, Erickson D, Harris K, Nadeem S, Ennis R, Erwin PJ, Montori VM** 2008 Accuracy of diagnostic tests for Cushing syndrome: a systematic review and meta-analyses. J Clin Endocrinol Metab 93:1553–1562

3. **Swiglo BA, Murad MH, Schünemann HJ, Kunz R, Vigersky RA, Guyatt GH, Montori VM** 2008 A case for clarity, consistency, and helpfulness: state-of-the-art clinical practice guidelines in endocrinology using the GRADE system. J Clin Endocrinol Metab 93:666–673

4. **Etxabe J, Vazquez JA** 1994 Morbidity and mortality in Cushing's disease: an epidemiological approach. Clin Endocrinol (Oxf) 40:479–484

5. **Lindholm J, Juul S, Jorgensen JO, Astrup J, Bjerre P, Feldt-Rasmussen U, Hagen C, Jorgensen J, Kosteljanetz M, Kristensen L, Laurberg P, Schmidt K, Weeke J** 2001 Incidence and late prognosis of Cushing's syndrome: a population-based study. J Clin Endocrinol Metab 86:117–123

6. **Nugent CA, Warner HR, Dunn JT, Tyler FH** 1964 Probability theory in the diagnosis of Cushing's syndrome. J Clin Endocrinol Metab 24:621–627

7. **Pecori Giraldi F, Pivonello R, Ambrogio AG, De Martino MC, De Martin M, Scacchi M, Colao A, Toja PM, Lombardi G, Cavagnini F** 2007 The dexamethasone-suppressed corticotropin-releasing hormone stimulation test and the desmopressin test to distinguish Cushing's syndrome from pseudo-Cushing's states. Clin Endocrinol (Oxf) 66:251–257

8. **Ross EJ, Linch DC** 1982 Cushing's syndrome—killing disease: discriminatory value of signs and symptoms aiding early diagnosis. Lancet 2:646–649

9. **Yanovski JA, Cutler GB, Jr., Chrousos GP, Nieman LK** 1993 Corticotropin-releasing hormone stimulation following low-dose dexamethasone administration. A new test to distinguish Cushing's syndrome from pseudo-Cushing's states. JAMA 269:2232–2238

10. **Gold PW, Loriaux DL, Roy A, Kling MA, Calabrese JR, Kellner CH, Nieman LK, Post RM, Pickar D, Gallucci W, et al** 1986 Responses to corticotropin-releasing hormone in the hypercortisolism of depression and Cushing's disease. Pathophysiologic and diagnostic implications. N Engl J Med 314:1329–1335

11. **Cushing H** 1932 The basophil adenomas of the pituitary body and their clinical manifestations. Bull Johns Hopkins Hosp 50:137–195

12. **Plotz CM, Knowlton AI, Ragan C** 1952 The natural history of Cushing's syndrome. Am J Med 13:597–614

13. **Swearingen B, Biller BM, Barker 2nd FG, Katznelson L, Grinspoon S, Klibanski A, Zervas NT** 1999 Long-term mortality after transsphenoidal surgery for Cushing disease. Ann Intern Med 130:821–824

14. **Colao A, Pivonello R, Spiezia S, Faggiano A, Ferone D, Filippella M, Marzullo P, Cerbone G, Siciliani M, Lombardi G** 1999 Persistence of increased cardiovascular risk in patients with Cushing's disease after five years of successful cure. J Clin Endocrinol Metab 84:2664–2672

15. **Wei L, MacDonald TM, Walker BR** 2004 Taking glucocorticoids by prescription is associated with subsequent cardiovascular disease. Ann Intern Med 141:764–770

16. **Bourdeau I, Bard C, Noel B, Leclerc I, Cordeau MP, Belair M, Lesage J, Lafontaine L, Lacroix A** 2002 Loss of brain volume in endogenous Cushing's syndrome and its reversibility after correction of hypercortisolism. J Clin Endocrinol Metab 87:1949–1954

17. **Hermus AR, Smals AG, Swinkels LM, Huysmans DA, Pieters GF, Sweep CF, Corstens FH, Kloppenborg PW** 1995 Bone mineral density and bone turnover before and after surgical cure of Cushing's syndrome. J Clin Endocrinol Metab 80:2859–2865

18. **Lindsay JR, Nansel T, Baid S, Gumowski J, Nieman LK** 2006 Long-term impaired quality of life in Cushing's syndrome despite initial improvement after surgical remission. J Clin Endocrinol Metab 91:447–453

19. **Sarlis NJ, Chanock SJ, Nieman LK** 2000 Cortisolemic indices predict severe infections in Cushing syndrome due to ectopic production of adrenocorticotropin. J Clin Endocrinol Metab 85:42–47

20. **Reincke M** 2000 Subclinical Cushing's syndrome. Endocrinol Metab Clin North Am 29:43–56

21. **Terzolo M, Reimondo G, Bovio S, Angeli A** 2004 Subclinical Cushing's syndrome. Pituitary 7:217–223

22. **Tsagarakis S, Vassiliadi D, Thalassinos N** 2006 Endogenous subclinical hypercortisolism: diagnostic uncertainties and clinical implications. J Endocrinol Invest 29:471–482

23. **Mitchell IC, Auchus RJ, Juneja K, Chang AY, Holt SA, Snyder WH, 3rd, Nwariaku FE** 2007 "Subclinical Cushing's syndrome" is not subclinical: improvement after adrenalectomy in 9 patients. Surgery 142:900–905

24. **Davies JH, Storr HL, Davies K, Monson JP, Besser GM, Afshar F, Plowman PN, Grossman AB, Savage MO** 2005 Final adult height and body mass index after cure of paediatric Cushing's disease. Clin Endocrinol (Oxf) 62:466–472

25. **Storr HL, Mitchell H, Swords FM, Main KM, Hindmarsh PC, Betts PR, Shaw NJ, Johnston DI, Clark AJ, Reznek RH, Grossman AB, Savage MO** 2004 Clinical features,

diagnosis, treatment and molecular studies in paediatric Cushing's syndrome due to primary nodular adrenocortical hyperplasia. Clin Endocrinol (Oxf) 61:553–559

26. **Magiakou MA, Mastorakos G, Chrousos GP** 1994 Final stature in patients with endogenous Cushing's syndrome. J Clin Endocrinol Metab 79:1082–1085

27. **Samaras K, Pett S, Gowers A, McMurchie M, Cooper DA** 2005 Iatrogenic Cushing's syndrome with osteoporosis and secondary adrenal failure in human immunodeficiency virus-infected patients receiving inhaled corticosteroids and ritonavir-boosted protease inhibitors: six cases. J Clin Endocrinol Metab 90:4394–4398

28. **Baid SK, Sinaii N, Wade M, Rubino D, Nieman LK** 2007 Radioimmunoassay and tandem mass spectrometry measurement of bedtime salivary cortisol levels: a comparison of assays to establish hypercortisolism. J Clin Endocrinol Metab 92:3102–3107

29. **Mann M, Koller E, Murgo A, Malozowski S, Bacsanyi J, Leinung M** 1997 Glucocorticoidlike activity of megestrol. A summary of Food and Drug Administration experience and a review of the literature. Arch Intern Med 157:1651–1656

30. **Batista DL, Riar J, Keil M, Stratakis CA** 2007 Diagnostic tests for children who are referred for the investigation of Cushing syndrome. Pediatrics 120:e575–e586

31. **Bulow B, Jansson S, Juhlin C, Steen L, Thoren M, Wahrenberg H, Valdemarsson S, Wangberg B, Ahren B** 2006 Adrenal incidentaloma—follow-up results from a Swedish prospective study. Eur J Endocrinol 154:419–423

32. **Libe R, Dall'Asta C, Barbetta L, Baccarelli A, Beck-Peccoz P, Ambrosi B** 2002 Long-term follow-up study of patients with adrenal incidentalomas. Eur J Endocrinol 147:489–494

33. **Catargi B, Rigalleau V, Poussin A, Ronci-Chaix N, Bex V, Vergnot V, Gin H, Roger P, Tabarin A** 2003 Occult Cushing's syndrome in type-2 diabetes. J Clin Endocrinol Metab 88:5808–5813

34. **Reimondo G, Pia A, Allasino B, Tassone F, Bovio S, Borretta G, Angeli A, Terzolo M** 2007 Screening of Cushing's syndrome in adult patients with newly diagnosed diabetes mellitus. Clin Endocrinol (Oxf) 67:225–229

35. **Ness-Abramof R, Nabriski D, Apovian CM, Niven M, Weiss E, Shapiro MS, Shenkman L** 2002 Overnight dexamethasone suppression test: a reliable screen for Cushing's syndrome in the obese. Obes Res 10:1217–1221

36. **Anderson Jr GH, Blakeman N, Streeten DH** 1994 The effect of age on prevalence of secondary forms of hypertension in 4429 consecutively referred patients. J Hypertens 12:609–615

37. **Omura M, Saito J, Yamaguchi K, Kakuta Y, Nishikawa T** 2004 Prospective study on the prevalence of secondary hypertension among hypertensive patients visiting a general outpatient clinic in Japan. Hypertens Res 27:193–202

38. **Chiodini I, Mascia ML, Muscarella S, Battista C, Minisola S, Arosio M, Santini SA, Guglielmi G, Carnevale V, Scillitani A** 2007 Subclinical hypercortisolism among outpatients referred for osteoporosis. Ann Intern Med 147:541–548

39. **Klose M, Lange M, Rasmussen AK, Skakkebaek NE, Hilsted L, Haug E, Andersen M, Feldt-Rasmussen U** 2007 Factors influencing the adrenocorticotropin test: role of contemporary cortisol assays, body composition, and oral contraceptive agents. J Clin Endocrinol Metab 92:1326–1333

40. **Findling JW, Pinkstaff SM, Shaker JL, Raff H, Nelson JC** 1998 Pseudohypercortisoluria: spurious elevation of urinary cortisol due to carbamazepine. Endocrinologist 8:51–54

41. **Meikle AW, Findling J, Kushnir MM, Rockwood AL, Nelson GJ, Terry AH** 2003 Pseudo-Cushing syndrome caused by fenofibrate interference with urinary cortisol assayed by high-performance liquid chromatography. J Clin Endocrinol Metab 88:3521–3524

42. **Lin CL, Wu TJ, Machacek DA, Jiang NS, Kao PC** 1997 Urinary free cortisol and cortisone determined by high performance liquid chromatography in the diagnosis of Cushing's syndrome. J Clin Endocrinol Metab 82:151–155

43. **Turpeinen U, Markkanen H, Valimaki M, Stenman UH** 1997 Determination of urinary free cortisol by HPLC. Clin Chem 43:1386–1391

44. **Nickelsen T, Lissner W, Schoffling K** 1989 The dexamethasone suppression test and long-term contraceptive treatment: measurement of ACTH or salivary cortisol does not improve the reliability of the test. Exp Clin Endocrinol 94:275–280

45. **Qureshi AC, Bahri A, Breen LA, Barnes SC, Powrie JK, Thomas SM, Carroll PV** 2007 The influence of the route of oestrogen administration on serum levels of cortisol-binding globulin and total cortisol. Clin Endocrinol (Oxf) 66:632–635

46. **Hamrahian AH, Oseni TS, Arafah BM** 2004 Measurements of serum free cortisol in critically ill patients. N Engl J Med 350:1629–1638

47. **Kyriazopoulou V, Vagenakis AG** 1992 Abnormal overnight dexamethasone suppression test in subjects receiving rifampicin therapy. J Clin Endocrinol Metab 75:315–317

48. **Meikle AW** 1982 Dexamethasone suppression tests: usefulness of simultaneous measurement of plasma cortisol and dexamethasone. Clin Endocrinol (Oxf) 16:401–408

49. **Crapo L** 1979 Cushing's syndrome: a review of diagnostic tests. Metabolism 28:955–977

50. **Melby JC** 1971 Assessment of adrenocortical function. N Engl J Med 285:735–739

51. **Pecori Giraldi F, Ambrogio AG, De Martin M, Fatti LM, Scacchi M, Cavagnini F** 2007 Specificity of first-line tests for the diagnosis of Cushing's syndrome: assessment in a large series. J Clin Endocrinol Metab 92:4123–4129

52. **Mericq MV, Cutler Jr GB** 1998 High fluid intake increases urine free cortisol excretion in normal subjects. J Clin Endocrinol Metab 83:682–684

53. **Chan KC, Lit LC, Law EL, Tai MH, Yung CU, Chan MH, Lam CW** 2004 Diminished urinary free cortisol excretion in patients with moderate and severe renal impairment. Clin Chem 50:757–759

54. **Kidambi S, Raff H, Findling JW** 2007 Limitations of nocturnal salivary cortisol and urine free cortisol in the

diagnosis of mild Cushing's syndrome. Eur J Endocrinol 157:725–731

55. **Krieger DT, Allen W, Rizzo F, Krieger HP** 1971 Characterization of the normal temporal pattern of plasma corticosteroid levels. J Clin Endocrinol Metab 32:266–284

56. **Glass AR, Zavadil 3rd AP, Halberg F, Cornelissen G, Schaaf M** 1984 Circadian rhythm of serum cortisol in Cushing's disease. J Clin Endocrinol Metab 59:161–165

57. **Refetoff S, Van Cauter E, Fang VS, Laderman C, Graybeal ML, Landau RL** 1985 The effect of dexamethasone on the 24-hour profiles of adrenocorticotropin and cortisol in Cushing's syndrome. J Clin Endocrinol Metab 60:527–535

58. **Read GF, Walker RF, Wilson DW, Griffiths K** 1990 Steroid analysis in saliva for the assessment of endocrine function. Ann NY Acad Sci 595:260–274

59. **Castro M, Elias PC, Quidute AR, Halah FP, Moreira AC** 1999 Out-patient screening for Cushing's syndrome: the sensitivity of the combination of circadian rhythm and overnight dexamethasone suppression salivary cortisol tests. J Clin Endocrinol Metab 84:878–882

60. **Laudat MH, Cerdas S, Fournier C, Guiban D, Guilhaume B, Luton JP** 1988 Salivary cortisol measurement: a practical approach to assess pituitary-adrenal function. J Clin Endocrinol Metab 66:343–348

61. **Luthold WW, Marcondes JA, Wajchenberg BL** 1985 Salivary cortisol for the evaluation of Cushing's syndrome. Clin Chim Acta 151:33–39

62. **Papanicolaou DA, Mullen N, Kyrou I, Nieman LK** 2002 Nighttime salivary cortisol: a useful test for the diagnosis of Cushing's syndrome. J Clin Endocrinol Metab 87:4515–4521

63. **Putignano P, Toja P, Dubini A, Pecori Giraldi F, Corsello SM, Cavagnini F** 2003 Midnight salivary cortisol versus urinary free and midnight serum cortisol as screening tests for Cushing's syndrome. J Clin Endocrinol Metab 88:4153–4157

64. **Raff H, Raff JL, Findling JW** 1998 Late-night salivary cortisol as a screening test for Cushing's syndrome. J Clin Endocrinol Metab 83:2681–2686

65. **Trilck M, Flitsch J, Ludecke DK, Jung R, Petersenn S** 2005 Salivary cortisol measurement—a reliable method for the diagnosis of Cushing's syndrome. Exp Clin Endocrinol Diabetes 113:225–230

66. **Viardot A, Huber P, Puder JJ, Zulewski H, Keller U, Muller B** 2005 Reproducibility of nighttime salivary cortisol and its use in the diagnosis of hypercortisolism compared with urinary free cortisol and overnight dexamethasone suppression test. J Clin Endocrinol Metab 90:5730–5736

67. **Yaneva M, Mosnier-Pudar H, Dugue MA, Grabar S, Fulla Y, Bertagna X** 2004 Midnight salivary cortisol for the initial diagnosis of Cushing's syndrome of various causes. J Clin Endocrinol Metab 89:3345–3351

68. **Martinelli Jr CE, Sader SL, Oliveira EB, Daneluzzi JC, Moreira AC** 1999 Salivary cortisol for screening of Cushing's syndrome in children. Clin Endocrinol (Oxf) 51:67–71

69. **Butler PW, Besser GM** 1968 Pituitary-adrenal function in severe depressive illness. Lancet 1:1234–1236

70. **Pfohl B, Sherman B, Schlechte J, Stone R** 1985 Pituitary-adrenal axis rhythm disturbances in psychiatric depression. Arch Gen Psychiatry 42:897–903

71. **Ross RJ, Miell JP, Holly JM, Maheshwari H, Norman M, Abdulla AF, Buchanan CR** 1991 Levels of GH binding activity, IGFBP-1, insulin, blood glucose and cortisol in intensive care patients. Clin Endocrinol (Oxf) 35:361–367

72. **Liu H, Bravata DM, Cabaccan J, Raff H, Ryzen E** 2005 Elevated late-night salivary cortisol levels in elderly male type 2 diabetic veterans. Clin Endocrinol (Oxf) 63:642–649

73. **Dorn LD, Lucke JF, Loucks TL, Berga SL** 2007 Salivary cortisol reflects serum cortisol: analysis of circadian profiles. Ann Clin Biochem 44:281–284

74. **Poll EM, Kreitschmann-Andermahr I, Langejuergen Y, Stanzel S, Gilsbach JM, Gressner A, Yagmur E** 2007 Saliva collection method affects predictability of serum cortisol. Clin Chim Acta 382:15–19

75. **Smith RE, Maguire JA, Stein-Oakley AN, Sasano H, Takahashi K, Fukushima K, Krozowski ZS** 1996 Localization of 11&bgr;-hydroxysteroid dehydrogenase type II in human epithelial tissues. J Clin Endocrinol Metab 81:3244–3248

76. **Badrick E, Kirschbaum C, Kumari M** 2007 The relationship between smoking status and cortisol secretion. J Clin Endocrinol Metab 92:819–824

77. **Kivlighan KT, Granger DA, Schwartz EB, Nelson V, Curran M, Shirtcliff EA** 2004 Quantifying blood leakage into the oral mucosa and its effects on the measurement of cortisol, dehydroepiandrosterone, and testosterone in saliva. Horm Behav 46:39–46

78. **Newell-Price J, Trainer P, Besser M, Grossman A** 1998 The diagnosis and differential diagnosis of Cushing's syndrome and pseudo-Cushing's states. Endocr Rev 19:647–672

79. **Cronin C, Igoe D, Duffy MJ, Cunningham SK, McKenna TJ** 1990 The overnight dexamethasone test is a worthwhile screening procedure. Clin Endocrinol (Oxf) 33:27–33

80. **Invitti C, Pecori Giraldi F, de Martin M, Cavagnini F** 1999 Diagnosis and management of Cushing's syndrome: results of an Italian multicentre study. Study Group of the Italian Society of Endocrinology on the Pathophysiology of the Hypothalamic-Pituitary-Adrenal Axis. J Clin Endocrinol Metab 84:440–448

81. **Findling JW, Raff H, Aron DC** 2004 The low-dose dexamethasone suppression test: a reevaluation in patients with Cushing's syndrome. J Clin Endocrinol Metab 89:1222–1226

82. **Gorges R, Knappe G, Gerl H, Ventz M, Stahl F** 1999 Diagnosis of Cushing's syndrome: re-evaluation of midnight plasma cortisol vs urinary free cortisol and low-dose dexamethasone suppression test in a large patient group. J Endocrinol Invest 22:241–249

83. **Wood PJ, Barth JH, Freedman DB, Perry L, Sheridan B** 1997 Evidence for the low dose dexamethasone suppression test to screen for Cushing's syndrome-recommendations for a protocol for biochemistry laboratories. Ann Clin Biochem 34(Pt 3):222–229

84. **Khan A, Ciraulo DA, Nelson WH, Becker JT, Nies A, Jaffe JH** 1984 Dexamethasone suppression test in recently detoxified alcoholics: clinical implications. J Clin Psychopharmacol 4:94–97

85. **Liddle GW** 1960 Tests of pituitary-adrenal suppressibility in the diagnosis of Cushing's syndrome. J Clin Endocrinol Metab 20:1539–1560

86. **Kennedy L, Atkinson AB, Johnston H, Sheridan B, Hadden DR** 1984 Serum cortisol concentrations during low dose dexamethasone suppression test to screen for Cushing's syndrome. Br Med J (Clin Res Ed) 289:1188–1191

87. **Magiakou MA, Mastorakos G, Oldfield EH, Gomez MT, Doppman JL, Cutler Jr GB, Nieman LK, Chrousos GP** 1994 Cushing's syndrome in children and adolescents. Presentation, diagnosis, and therapy. N Engl J Med 331:629–636

88. **Erickson D, Natt N, Nippoldt T, Young Jr WF, Carpenter PC, Petterson T, Christianson T** 2007 Dexamethasone-suppressed corticotropin-releasing hormone stimulation test for diagnosis of mild hypercortisolism. J Clin Endocrinol Metab 92:2972–2976

89. **Gatta B, Chabre O, Cortet C, Martinie M, Corcuff JB, Roger P, Tabarin A** 2007 Reevaluation of the combined dexamethasone suppression-corticotropin-releasing hormone test for differentiation of mild Cushing's disease from pseudo-Cushing's syndrome. J Clin Endocrinol Metab 92:4290–4293

90. **Martin NM, Dhillo WS, Banerjee A, Abdulali A, Jayasena CN, Donaldson M, Todd JF, Meeran K** 2006 Comparison of the dexamethasone-suppressed corticotropin-releasing hormone test and low-dose dexamethasone suppression test in the diagnosis of Cushing's syndrome. J Clin Endocrinol Metab 91:2582–2586

91. **Nieman L** 2007 The dexamethasone-suppressed corticotropin-releasing hormone test for the diagnosis of Cushing's syndrome: what have we learned in 14 years? J Clin Endocrinol Metab 92:2876–2878 (Editorial)

92. **Yanovski JA, Cutler Jr GB, Chrousos GP, Nieman LK** 1998 The dexamethasone-suppressed corticotropin-releasing hormone stimulation test differentiates mild Cushing's disease from normal physiology. J Clin Endocrinol Metab 83:348–352

93. **Meinardi JR, Wolffenbuttel BH, Dullaart RP** 2007 Cyclic Cushing's syndrome: a clinical challenge. Eur J Endocrinol 157:245–254

94. **Yanovski J, Cutler Jr BG, Chrousos GB, Nieman LK** Prospective evaluation of the dexamethasone-suppressed corticotropin-releasing hormone test in the differential diagnosis of Cushing syndrome and pseudo-Cushing states. Program of the 77th Annual Meeting of The Endocrine Society, Washington, DC, 1995, p 99 (Abstract OR39-2)

95. **Nieman LK, Cutler Jr GB, Oldfield EH, Loriaux DL, Chrousos GP** 1989 The ovine corticotropin-releasing hormone (CRH) stimulation test is superior to the human CRH stimulation test for the diagnosis of Cushing's disease. J Clin Endocrinol Metab 69:165–169

96. **Newell-Price J, Trainer P, Perry L, Wass J, Grossman A, Besser M** 1995 A single sleeping midnight cortisol has 100% sensitivity for the diagnosis of Cushing's syndrome. Clin Endocrinol (Oxf) 43:545–550

97. **Ma RC, Chan WB, So WY, Tong PC, Chan JC, Chow CC** 2005 Carbamazepine and false positive dexamethasone suppression tests for Cushing's syndrome. BMJ 330:299–300

98. **Papanicolaou DA, Yanovski JA, Cutler Jr GB, Chrousos GP, Nieman LK** 1998 A single midnight serum cortisol measurement distinguishes Cushing's syndrome from pseudo-Cushing states. J Clin Endocrinol Metab 83:1163–1167

99. **Pikkarainen L, Alfthan H, Markkanen H, Sane T** 2002 Midnight serum cortisol: comparison of healthy volunteers and hospitalized patients with Cushing's syndrome. Scand J Clin Lab Invest 62:357–360

100. **Putignano P, Bertolini M, Losa M, Cavagnini F** 2003 Screening for Cushing's syndrome in obese women with and without polycystic ovary syndrome. J Endocrinol Invest 26:539–544

101. **Reimondo G, Allasino B, Bovio S, Paccotti P, Angeli A, Terzolo M** 2005 Evaluation of the effectiveness of midnight serum cortisol in the diagnostic procedures for Cushing's syndrome. Eur J Endocrinol 153:803–809

102. **Moro M, Putignano P, Losa M, Invitti C, Maraschini C, Cavagnini F** 2000 The desmopressin test in the differential diagnosis between Cushing's disease and pseudo-Cushing states. J Clin Endocrinol Metab 85:3569–3574

103. **Carr BR, Parker Jr CR, Madden JD, MacDonald PC, Porter JC** 1981 Maternal plasma adrenocorticotropin and cortisol relationships throughout human pregnancy. Am J Obstet Gynecol 139:416–422

104. **Lindsay JR, Jonklaas J, Oldfield EH, Nieman LK** 2005 Cushing's syndrome during pregnancy: personal experience and review of the literature. J Clin Endocrinol Metab 90:3077–3083

105. **Lindsay JR, Nieman LK** 2005 The hypothalamic-pituitary-adrenal axis in pregnancy: challenges in disease detection and treatment. Endocr Rev 26:775–799

106. **Wallace EZ, Rosman P, Toshav N, Sacerdote A, Balthazar A** 1980 Pituitary-adrenocortical function in chronic renal failure: studies of episodic secretion of cortisol and dexamethasone suppressibility. J Clin Endocrinol Metab 50:46–51

107. **Oguz Y, Oktenli C, Ozata M, Ozgurtas T, Sanisoglu Y, Yenicesu M, Vural A, Bulucu F, Kocar IH** 2003 The midnight-to-morning urinary cortisol increment method is not reliable for the assessment of hypothalamic-pituitary-adrenal insufficiency in patients with end-stage kidney disease. J Endocrinol Invest 26:609–615

108. **Ramirez G, Gomez-Sanchez C, Meikle WA, Jubiz W** 1982 Evaluation of the hypothalamic hypophyseal adrenal axis in patients receiving long-term hemodialysis. Arch Intern Med 142:1448–1452

109. **Workman RJ, Vaughn WK, Stone WJ** 1986 Dexamethasone suppression testing in chronic renal failure: pharmacokinetics of dexamethasone and demonstration of a normal hypothalamic-pituitary-adrenal axis. J Clin Endocrinol Metab 63:741–746

# Acknowledgments

The members of the Task Force thank Dr. Robert Vigersky, the members of the Clinical Guidelines Subcommittee, the Clinical Affairs Core Committee, and The Endocrine Society Council for their careful review of earlier versions of this manuscript and their helpful suggestions. We thank Patricia A. Stephens, Ph.D., medical writer on this guideline, who meticulously checked the references and formatted the guideline into its current form. In addition, we thank the many members of The Endocrine Society who reviewed the draft version of this guideline when it was posted on the The Endocrine Society Web site and who sent a great number of comments, most of which were incorporated into the final version of the manuscript. We thank the European Society of Endocrinology for their co-sponsorship of this guideline. Finally, we thank the staff at The Endocrine Society office for their helpful support during the development of this guideline.

# Financial Disclosure of Task Force

**Lynnette K. Nieman, M.D.** (chair)—Financial or Business/Organizational Interests: UpToDate, HRA Pharma, Significant Financial Interest or Leadership Position: none declared; **Beverly M. K. Biller, M.D.**—Financial or Business/Organizational Interests: Novartis, consultant, Significant Financial or Leadership Position: none declared; **James W. Findling, M.D.**—Financial or Business/Organizational Interests: Novartis, Corcept, Significant Financial or Leadership Position: none declared; **John D. C. Newell-Price, M.D., F.R.C.P., Ph.D.**—Financial or Business/Organizational Interests: Society for Endocrinology, United Kingdom, *Clinical Endocrinology*, Trustee to *Pituitary Foundation*, United Kingdom, Significant Financial Interest or Leadership Position: none declared; **Martin Savage, M.D.**—Financial or Business/Organizational Interests: Society of Endocrinology, RDE, Significant Financial Interest or Leadership Position: Hormone Reproduction, Ipsen; **Paul Michael Stewart, M.D., F.R.C.P.**—Financial or Business/Organizational Interests: International Society for Endocrinology, Significant Financial or Leadership Position: none declared; ***Victor M. Montori, M.D.**—Financial or Business/Organizational Interests: none declared, Significant Financial or Leadership Position: none declared.

*\*Evidence-based reviews for this guideline were prepared under contract with The Endocrine Society.*



**THE**
**ENDOCRINE**
**SOCIETY®**

8401 Connecticut Avenue, Suite 900
Chevy Chase, MD  20815-5817
Phone (301) 941-0210; Fax (301) 941-0257
societyservices@endo-society.org
FEIN 73-0521256

# THE ENDOCRINE SOCIETY
## GUIDELINE ORDER FORM
(Single reprint request for orders of 100 and less)

| PRODUCTS | QTY. | PRICE (USD) Member | PRICE (USD) Non-Member | SUBTOTAL |
|---|---|---|---|---|
| Androgen Therapy in Women: An Endocrine Society Clinical Practice Guideline | | $15.00 | $20.00 | |
| The Diagnosis of Cushing's Syndrome: An Endocrine Society Clinical Practice Guideline | | $15.00 | $20.00 | |
| Evaluation & Treatment of Adult Growth Hormone Deficiency: An Endocrine Society Clinical Practice Guideline | | $15.00 | $20.00 | |
| Evaluation & Treatment of Hirsutism in Premenopausal Women: An Endocrine Society Clinical Practice Guideline | | $15.00 | $20.00 | |
| Management of Thyroid Dysfunction during Pregnancy and Postpartum: An Endocrine Society Clinical Practice Guideline | | Executive Summary (MMTD07)—$10.00 Guideline (MTSD07)—$10.00 | Executive Summary (MMTD07)—$15.00 Guideline (MTSD07)—$15.00 | |
| Testosterone Therapy in Adult Men with Androgen Deficiency Syndromes: An Endocrine Society Clinical Practice Guideline | | $15.00 | $20.00 | |
| Miscellaneous | | | | |
| TOTAL | | All prices include sales tax | | $ |

**PAYMENT INFORMATION:**     ❍ Check          ❍ MasterCard          ❍ Visa

_____          _____
Card Number                                                                                      Expiration Date

_____          _____
Billing Address                                                                                      Signature

Are you a member of The Endocrine Society?          ❍ Yes          ❍ No

If you are a member and you know your member ID, please provide: _____

| Prefix: | First Name (Given): | Middle: | Last (Surname): |
|---|---|---|---|
| Institution/Company: | | Dept/Div: | |
| Street/PO: | | | |
| City: | State/Province: | Zip/Mail Code: | Country: |
| Telephone: | Fax: | Email: | |
| Degree(s) that you would like listed after your name: | Professional Title: | Date of Birth: | Gender: ❍ Male    ❍ Female |

Which of the following best describes your primary professional role?
(Please mark only one)

❍ Administrator
❍ Basic Researcher
❍ Clinical Practitioner
❍ Clinical Researcher
❍ Industry/Corporate Professional
❍ Nurse/Healthcare Professional

❍ Retired
❍ Teacher/Educator
❍ Fellow (Clinical)
❍ Fellow (Postdoctoral/Research)
❍ Student
❍ Other_____

Race or Ethnic Affiliation (voluntary)

❍ African American, Black
❍ Asian
❍ Hispanic
❍ Native American, Eskimo, Aleut
❍ Pacific Islander
❍ White, Caucasian
❍ Other_____

# What goes into our
# Clinical Guidelines
## is a *story worth telling*

The extensive process that goes into creating The Endocrine Society's Clinical Guidelines not only provides validation and assurance, but also raises the standard for the development of guidelines everywhere.

The guidelines are developed using a multi-step process that reflects the standards of excellence embraced by The Endocrine Society.

## Endocrine Society Clinical Guidelines Now Available:

*Evaluation and Treatment of Adult Growth Hormone Deficiency*

*Testosterone Therapy in Adult Men with Androgen Deficiency Syndromes*

*Androgen Therapy in Women*

*Management of Thyroid Dysfunction during Pregnancy and Postpartum*

*Evaluation and Treatment of Hirsutism in Premenopausal Women*

*The Diagnosis of Cushing's Syndrome*

## Endocrine Society Clinical Guidelines Coming Soon:

- Case Detection, Diagnosis, and Treatment of Patients with Primary Aldosteronism
- Primary Prevention of Cardiovascular Disease and Type 2 Diabetes in Patients at Metabolic Risk
- Prevention and Treatment of Pediatric Obesity
- Evaluation and Management of Adult Hypoglycemic Disorders
- Endocrine Treatment of Adolescent & Adult Transsexuals
- Vitamin D & Bone
- Managing Patients Post-Bariatric Surgery
- Continuous Glucose Monitoring
- Congenital Adrenal Hyperplasia
- Lipids (with an endocrine focus)
- Pituitary Incidentaloma



To purchase the available guidelines visit: **http://www.endo-society.org/publications/guidelines/order_info.cfm**.

To view patient guides (companion pieces to the clinical guidelines), visit The Hormone Foundation's Web site at **www.hormone.org/public/patientguides.cfm**.



THE ENDOCRINE SOCIETY®

# Commercial Reprint Information

For information on reprint requests of more than 101 and commercial reprints contact:

Heather Edwards
Reprint Sales Specialist
Cadmus Professional Communications

Phone:      410.691.6214
Fax:        410.684.2789
Email:      endoreprints@cadmus.com

# Single Reprint Information

For information on reprints of 100 and fewer, complete the guideline order form and return using one of the following methods:

Mail:       The Endocrine Society
            c/o Bank of America
            P.O. Box 630721
            Baltimore, MD 21263-0736

Fax:        301.941.0257
Email:      Societyservices@endo-society.org

# Questions & Correspondences

The Endocrine Society
Attn: Government & Public Affairs Department
8401 Connecticut Avenue, Suite 900
Chevy Chase, MD 20815

Phone:      301.941.0200
Email:      govt-prof@endo-society.org
Web:        www.endo-society.org

For more information on The Endocrine Society's Clinical Practice Guidelines or to download the complete version of this guideline, visit http://www.endo-society.org/publications/guidelines/index.cfm.



The Endocrine Society
8401 Connecticut Avenue, Suite 900
Chevy Chase, MD 20815

301.941.0200
www.endo-society.org