# EXHIBIT B









Configure Visualization

Data Selection

Dimension
specialty_description

+ Add Hierarchy

Measure
(Count of Rows)

Slice Display Options

Filters (1)

Add Filter    Clear All Filters

drug_name
KORLYM

- Endocrinology
- Family Practice
- Internal Medicine
- Nurse Practitioner
- Physician Assistant
- Neurology

View Source Data

Preview of Medicare Provider Utilization and Payment Data: 2017 Part D Prescriber

| npi | nppe... | nppe... | nppe... | nppe... | specialty_de... ↑ | descr... | drug_... | gene... | bene... | total_... | total_... | total_... | total_... | bene... | bene... | total_... | ge65_... | total_... | total_... | total_drug_co... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14274469... | FREER | LAUREN | TRUMBULL | CT | Physician Assistant | S | KORLYM | MIFEPRIS... | | 43 | 43 | 1,290 | $822,423... | | * | 43 | | 43 | 1,290 | $822,423.6( |
| 19729916... | FRANKS | ADAM | FAYETTEV... | NC | Physician Assistant | S | KORLYM | MIFEPRIS... | | 11 | 11 | 330 | $458,161.... | 0 | | 0 | | 0 | 0 | $0.0( |
| 12759023... | STOUT | KEVAN | NORTH K... | MO | Physician Assistant | S | KORLYM | MIFEPRIS... | | 14 | 14 | 420 | $468,082... | | * | | | * | | |

‹ Previous    Next ›                                                    Showing rows 73-75 out of 75

⟲ Reset                                                                                    Back to Dataset