# EXHIBIT G

# Provider Information for 1811123300

Search (/registry/)  /  Back to Results  /  NPI View

### DR. JOSEPH WOLFGANG MATHEWS M.D.

### Gender: MALE

NPI: 1811123300

Last Updated:       2020-01-08
Certification Date:  2020-01-08

## Details

| Name | Value |
|------|-------|
| NPI | 1811123300 |
| Enumeration Date | 2009-06-10 |
| NPI Type | 1 - Individual |
| Sole Proprietor | NO |
| Status | Active |
| Mailing Address | 201 SIGMA DR STE 100<br>SUMMERVILLE, SC 29486-7715<br>United States<br><br>Phone: 843-376-2670 \| Fax: 843-376-2790<br>View Map (/registry/map-view?q=201 SIGMA DR, SUMMERVILLE, SC, 294867715, United States) 🗗 |

| Name | Value |
|---|---|
| Primary Practice Address | 1101 OLD TROLLEY RD STE. 300<br>SUMMERVILLE, SC 29485-5293<br>United States<br><br>Phone: 843-376-2670 \| Fax: 843-376-2790<br>View Map (/registry/map-view?q=1101 OLD TROLLEY RD, SUMMERVILLE, SC, 294855293, United States) |

**Health Information Exchange**

| Endpoint Type | Endpoint | Endpoint Description | Use | Content Type | Affiliation | Endpoint Location |
|---|---|---|---|---|---|---|
| | | | | | | |

**Other Identifiers**

| Issuer | | State | Number |
|---|---|---|---|
| Other | RAILROAD MEDICARE | SC | P01725510 |
| MEDICAID | | SC | 317687 |

**Taxonomy**

| Primary Taxonomy | Selected Taxonomy | State | License Number |
|---|---|---|---|
| Yes | 207RE0101X - Internal Medicine Endocrinology, Diabetes & Metabolism | SC | MD31768 |

 (http://hhs.gov) A federal government website managed by the U.S. Centers for Medicare & Medicaid Services (http://cms.hhs.gov) 7500 Security Boulevard, Baltimore, MD 21244