# EXHIBIT H

# Provider Information for 1437221694

Search (/registry/) / Back to Results / NPI View

## MATTHEW THEODORE DRAELOS MD

### Gender: MALE

NPI: 1437221694

Last Updated:     2008-10-22
Certification Date:

# Details

| Name | Value |
|---|---|
| NPI | 1437221694 |
| Enumeration Date | 2006-11-14 |
| NPI Type | 1 - Individual |
| Sole Proprietor | NO |
| Status | Active |
| Mailing Address | 200 N BRYANT AVE SUITE 100<br>EDMOND, OK 73034-6273<br>United States<br><br>Phone: 405-330-2362 \| Fax: 405-330-2363<br>View Map (/registry/map-view?q=200 N BRYANT AVE, EDMOND, OK, 730346273, United States) |

| Name | Value |
|---|---|
| Primary Practice Address | 200 N BRYANT AVE SUITE 100<br>EDMOND, OK 73034-6273<br>United States<br><br>Phone: 405-330-2362 \| Fax: 405-330-2363<br>View Map (/registry/map-view?q=200 N BRYANT AVE, EDMOND, OK, 730346273, United States) |

**Health Information Exchange**

| Endpoint Type | Endpoint | Endpoint Description | Use | Content Type | Affiliation | Endpoint Location |
|---|---|---|---|---|---|---|
| | | | | | | |

**Other Identifiers**

| Issuer | | State | Number |
|---|---|---|---|
| Other | MEDICARE TPAN | OK | OK401293 |

**Taxonomy**

| Primary Taxonomy | Selected Taxonomy | State | License Number |
|---|---|---|---|
| Yes | 207RE0101X - Internal Medicine Endocrinology, Diabetes & Metabolism | OK | 15748 |

 (http://hhs.gov)

A federal government website managed by the
U.S. Centers for Medicare & Medicaid Services (http://cms.hhs.gov)
7500 Security Boulevard, Baltimore, MD 21244