QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Corey Worcester (Admitted *Pro Hac Vice*)
  coreyworcester@quinnemanuel.com
  Renita Sharma (Admitted *Pro Hac Vice*)
  renitasharma@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 443-7100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Terry L. Wit (SBN 233473)
  terrywit@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants Corcept Therapeutics, Inc., Joseph K.*
*Belanoff, Charles Robb, and Sean Maduck*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC. and JAMES L. FERRARO. Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, and SEAN MADUCK,<br><br>Defendants. | CASE NO. 5:19-CV-01372-LHK<br><br>DECLARATION OF RENITA SHARMA IN SUPPORT OF DEFENDANTS CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, AND SEAN MADUCK'S REPLY IN SUPPORT OF THEIR MOTION TO DISMISS<br><br>Judge:          Hon. Lucy H. Koh<br>Courtroom:    8, 4th Floor<br>Hearing Date:  October 8, 2020<br>Hearing Time:  1:30 p.m.<br><br>Trial Date: None Set |

Case No. 5:19-CV-01372-LHK

SHARMA DECL. ISO REPLY ISO MOTION TO DISMISS SECOND AMENDED COMPLAINT

## DECLARATION OF RENITA SHARMA

I, Renita Sharma, state that:

1.    I am an attorney admitted to practice *pro hac vice* before the Court. I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants Corcept Therapeutics, Inc., Joseph K. Belanoff, Charles Robb, and Sean Maduck (collectively, "Defendants") in this matter. I make this declaration in support of Defendants' Reply in Support of Their Motion to Dismiss the Second Amended Complaint, filed concurrently herewith. I have personal, firsthand knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently hereto.

1.    Attached as Exhibit A is a true and correct copy of Corcept Therapeutic Inc.'s FDA-approved label for Korlym, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/202107_korlym_toc.cfm.

2.    Attached as Exhibit B is a true and correct copy of  Genentech USA, Inc.'s FDA-approved label for Herceptin, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2010/103792s5250lbl.pdf, Section 5.5.

3.    Attached as Exhibit C is a true and correct copy of Merck & Co., Inc.'s FDA-approved label for Keytruda, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/125514s066lbl.pdf.

Executed July 27, 2020, at New York, New York.

DATED:  July 27, 2020

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


/s/ *Renita Sharma*
Renita Sharma
*Attorneys for Defendants*
*Corcept Therapeutics, Inc., Joseph K. Belanoff,*
*Charles Robb, and Sean Maduck*