UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC. and JAMES L. FERRARO.  Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, and SEAN MADUCK,<br><br>Defendants. | Case No. 5:19-CV-01372-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, AND SEAN MADUCK'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>Judge:          Hon. Lucy H. Koh<br>Hearing Date:  June 10, 2021<br>Hearing Time:  1:30 p.m.<br>Courtroom:      8, 4th Floor<br><br>Complaint Filed: March 14, 2019<br>First Amended Complaint filed:  December 6, 2019<br>Second Amended Complaint filed:  March 11, 2020<br>Third Amended Complaint filed: December 21, 2020 |

**[PROPOSED] ORDER**

THIS MATTER having been brought before the Court upon the motion of Defendants Corcept Therapeutics, Inc., Joseph K. Belanoff, Charles Robb, and Sean Maduck (collectively, "Defendants") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for the entry of an Order dismissing the claims against Defendants in the Third Amended Complaint in this action, and due notice having been given to Plaintiffs, and the Court having read and considered the submissions of the parties, and for good cause shown,

IT IS on this _____ day of _____, 2021,

ORDERED that Defendants' Motion to Dismiss the claims against Defendants in Plaintiffs' Third Amended Complaint under Rule 12(b)(6) is GRANTED;

AND IT IS FURTHER ORDERED that the claims against Defendants set forth in Plaintiffs' Third Amended Complaint are dismissed with prejudice.

Dated: _____

_____
The Honorable Lucy H. Koh
UNITED STATES DISTRICT JUDGE