QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Corey Worcester (admitted *Pro Hac Vice*)
  coreyworcester@quinnemanuel.com
  Renita Sharma (admitted *Pro Hac Vice*)
  renitasharma@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 443-7100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Terry L. Wit (SBN 233473)
  terrywit@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6331
Facsimile:     (415) 875-6700

*Attorneys for Defendants Corcept Therapeutics, Inc.,*
*Joseph K. Belanoff, Charles Robb, and Sean Maduck*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC. and JAMES L. FERRARO.  Individually and on behalf of all others similarly situated, | CASE NO. 5:19-CV-01372-LHK |
| Plaintiffs, | |
| vs. | **DECLARATION OF RENITA SHARMA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| CORCEPT THERAPEUTICS INC., JOSEPH K. BELANOFF, CHARLES ROBB, and SEAN MADUCK, | Judge:          Hon. Lucy H. Koh<br>Courtroom:    8, 4th Floor<br>Hearing Date:  June 10, 2021<br>Hearing Time:  1:30 p.m. |
| Defendants. | |

## DECLARATION OF RENITA SHARMA

I, Renita Sharma, state that:

1.      I am an attorney admitted to practice *pro hac vice* before the Court.  I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants Corcept Therapeutics, Inc., Joseph K. Belanoff, Charles Robb, and Sean Maduck (collectively, "Defendants") in this matter.  I make this declaration in support of Defendants' Motion to Dismiss the Third Amended Complaint, filed concurrently herewith.  I have personal, firsthand knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently hereto.

2.      Attached as Exhibit A is a true and correct copy of a publication titled "Corcept Therapeutics: The Company That Perfectly Explains the Health Care Crisis," published by the Southern Investigative Reporting Foundation ("SIRF"), now known as the Foundation for Financial Journalism, on January 25, 2019 and available at https://ffj-online.org/2019/01/25/corcept-therapeutics-the-company-that-perfectly-explains-the-health-care-crisis/.

3.      Attached as Exhibit B is a true and correct copy of Corcept Therapeutic Inc.'s Form 8-K and accompanying Exhibit 99.1, a press release filed with the U.S. Securities and Exchange Commission on January 31, 2019.

4.      Attached as Exhibit C is a true and correct copy of a "redline" comparison of Plaintiffs' Second Amended Complaint (ECF No. 100) compared to Plaintiffs' Third Amended Complaint (ECF No. 127), prepared by Defendants using automatic comparison software.

5.      Attached as Exhibit D is a true and correct copy of the Printed Labeling for Korlym, as approved by the U.S. Food & Drug Administration, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/202107Orig1s000Lbl.pdf.

6.      Attached as Exhibit E is a true and correct copy of data accessed and downloaded through the FDA Adverse Event Reporting System (FAERS) Public Dashboard, available at https://www.fda.gov/drugs/questions-and-answers-fdas-adverse-event-reporting-system-faers/fda-adverse-event-reporting-system-faers-public-dashboard.  The Dashboard was queried to show data where "Suspect Product Names" equals "Korlym" and "Outcome" includes "Died," and then

limited to show the following columns: Case ID, Suspect Product Names, Suspect Product Active Ingredients, Reason for Use, Reactions, Serious, Outcomes, Sex, and Event Date.

7.      Attached as Exhibit F is a true and correct copy of the transcript of the November 2, 2017 Corcept Therapeutics, Inc. Earnings Call for Q3 2017, prepared contemporaneously for Corcept by third-party Cloud Communications (f/k/a Arkadin).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 19, 2021.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Renita Sharma*
Renita Sharma

*Attorney for Defendants Corcept Therapeutics, Inc., Joseph K. Belanoff, Charles Robb, and Sean Maduck*

SHARMA DECL. ISO MOTION TO DISMISS THIRD AMENDED COMPLAINT