# EXHIBIT E

Case 3:19-cv-01372-JD   Document 131-5   Filed 02/19/21   Page 2 of 16

# FDA Adverse Event Reporting System (FAERS) Public Dashboard

The FAERS Public Dashboard is a highly interactive web-based tool that will allow for the querying of FAERS data in a user friendly fashion. The intention of this tool is to expand access of FAERS data to the general public to search for information related to human adverse events reported to the FDA by the pharmaceutical industry, healthcare providers and consumers.

### Launch the FDA Adverse Event Reporting System (FAERS) Public Dashboard

FAERS Public Dashboard (https://fis.fda.gov/sense/app/d10be6bb-494e-4cd2-82e4-0135608ddc13/sheet/7a47a261-d58b-4203-a8aa-6d3021737452/state/analysis)

While the FAERS dashboard offers stakeholders many more ways of searching for and organizing data on adverse events reported to the FDA for many drug and biologic products, there remain limitations to the data. For example, while FAERS contains reports on a particular drug or biologic, this does not mean that the drug or biologic caused the adverse event. Importantly, the FAERS data by themselves are not an indicator of the safety profile of the drug or biologic. Some additional limitations to note include:

a. **Duplicate and incomplete reports are in the system**: There are many instances of duplicative reports and some reports do not contain all the necessary information.

b. **Existence of a report does not establish causation**: For any given report, there is no certainty that a suspected drug caused the event. While consumers and healthcare professionals are encouraged to report adverse events, the event may have been related to the underlying disease being treated, or caused by some other drug being taken concurrently, or occurred for other reasons. The information in these reports reflects only the reporter's observations and opinions.

c. **Information in reports has not been verified**: Submission of a report does not mean that the information included in it has been medically confirmed nor it is an admission from the reporter that the drug caused or contributed the event.

d. **Rates of occurrence cannot be established with reports**: The information in these reports cannot be used to estimate the incidence (occurrence rates) of the events reported.

e. Patients should talk to their doctor before stopping or changing how they take their medications.

Improving data access and transparency are core concepts that drove the development of this FAERS Dashboard. The FDA anticipates that this increased transparency will help to spur the submission of more detailed and complete reports from consumers, health care providers and other members of the public. Complete and detailed reports are immensely helpful to the agency when identifying safety signals and choosing particular products for further scrutiny.

Back to Top

Top ()

| Case ID | Suspect Product Names | Suspect Product Active Ingredients | Reason for Use | Reactions | Serious | Outcomes | Sex | Event Date |
|---|---|---|---|---|---|---|---|---|
| 8712835 | Korlym | Mifepristone | Cushing'S Syndrome | Hypokalaemia;Blood Calcium Decreased;Pulmonary Embolism;Pancreatic Neuroendocrine Tumour Metastatic;Pulmonary Infarction | Serious | Died | Male | 15-MAY-2012 |
| 8789496 | Korlym | Mifepristone | Cushing'S Syndrome | Hypokalaemia;Abdominal Mass;Metastases To Bone;Metastases To Central Nervous System;Vomiting;Metastases To Liver;Small Cell Carcinoma Of The Cervix;Nausea | Serious | Died | Female | - |
| 8811764 | Korlym | Mifepristone | Cushing'S Syndrome | Adrenal Gland Cancer;Malignant Neoplasm Progression;Fatigue | Serious | Died | Female | 03-SEP-2012 |
| 8923196 | Korlym | Mifepristone | Cushing'S Syndrome | Fall;Hepatic Cancer;Cervical Vertebral Fracture | Serious | Died | Female | - |
| 9145963 | Korlym | Mifepristone | Cushing'S Syndrome | Pituitary-Dependent Cushing'S Syndrome;Disease Progression | Serious | Died | Male | - |
| 9146217 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Female | - |
| 9181352 | Korlym | Mifepristone | Cushing'S Syndrome | Neuroendocrine Carcinoma | Serious | Died | Male | 28-FEB-2013 |
| 9215949 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Female | - |
| 9255382 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Male | 2013 |
| 9303373 | Korlym | Mifepristone | Cushing'S Syndrome | Pituitary-Dependent Cushing'S Syndrome;Disease Complication;Hypothalamo-Pituitary Disorder | Serious | Died | Female | 10-APR-2013 |
| 9337530 | Korlym | Mifepristone | Cushing'S Syndrome | Respiratory Failure | Serious | Hospitalized;Died | Female | 12-MAY-2013 |
| 9342597 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Male | - |
| 9417616 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Female | 07-JUL-2013 |
| 9419646 | Korlym | Mifepristone | Cushing'S Syndrome | Blood Glucose Decreased | Serious | Died | Female | 09-JUL-2013 |
| 9856260 | Korlym | Mifepristone | Hyperadrenocorticism | Blood Calcium Increased;Nausea;Headache;Fluid Imbalance;Alanine | Serious | Died;Hospitalized | Female | 09-MAY-2014 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Aminotransferase Increased;Snoring;Malaise;Alopecia;Loss Of Control Of Legs;Death;Hyperhidrosis;Insomnia;Oedema Peripheral;Intentional Product Misuse;Acute Stress Disorder;Feeding Disorder;Weight Increased;Paraesthesia;Panic Attack;Hepatic Enzyme Increased;Skin Lesion;Peripheral Coldness;Aspartate Aminotransferase Increased;Respiratory Arrest;Pain;Blood Potassium Decreased | | | | |
| 9856267 | Korlym | Mifepristone | Adrenocortical Carcinoma | Pneumonia;Adrenocortical Carcinoma;Thrombosis | Serious | Died;Hospitalized | Female | - |
| 10265427 | Korlym | Mifepristone | Product Used For Unknown Indication | Pain;Myocardial Infarction;Discomfort;Death | Serious | Died | Male | 04-JUN-2014 |
| 10441454 | Korlym | Mifepristone | Cushing'S Syndrome | Blood Glucose Decreased;Urinary Tract Infection;Infection;Furuncle;Fungal Infection;Pneumonia;Carbuncle | Serious | Died;Hospitalized | Female | JUN-2014 |
| 10467320 | Korlym | Mifepristone | Cushing'S Syndrome | Pelvic Discomfort;Multiple Organ Dysfunction Syndrome;Urinary Tract Disorder | Serious | Hospitalized;Died | Female | - |
| 10570765 | Korlym | Mifepristone | Cushing'S Syndrome | Abdominal Neoplasm;Neoplasm Malignant | Serious | Died | Female | - |
| 10685352 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Female | 06-DEC-2014 |
| 11099737 | Korlym | Mifepristone | Cushing'S Syndrome | Malignant Neoplasm Progression;Adrenocortical Carcinoma;Death | Serious | Died | Female | 2015 |
| 11115352 | Korlym | Mifepristone | Pituitary-Dependent Cushing'S Syndrome | Gastric Disorder;Dysphagia;Abdominal Discomfort;Nausea;Hypophagia;Oligodipsia | Serious | Died;Hospitalized | Female | 06-APR-2015 |
| 11234537 | Trazodone;Korlym | Mifepristone;Trazodone Hydrochloride;Mitotane | Cortisol Increased;Cushing'S Syndrome;Product Used For Unknown Indication | Pulmonary Oedema;Lymphoedema;Drug Interaction;Erythema;Pneumonia;Oedema Peripheral;Blister | Serious | Hospitalized;Life Threatening;Died | Male | 09-MAY-2015 |
| 11472769 | Korlym | Mifepristone;Insulin Nos | Cushing'S Syndrome;Product Used For Unknown Indication | Hyperglycaemia;Death;Cerebrovascular Accident;Hypoglycaemia;Blood | Serious | Other Outcomes; | Not Specified | 11-AUG-2015 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Glucose Decreased;Surgery;Blood Glucose Increased | | Hospitalized;Died | | |
| 11472777 | Korlym | Mifepristone | Pituitary-Dependent Cushing'S Syndrome;Product Used For Unknown Indication | Abdominal Pain;Death;Endometrial Thickening;Vaginal Haemorrhage | Serious | Hospitalized;Died | Not Specified | MAY-2012 |
| 11498105 | Korlym;Benadryl;Benicar Hct;Tylenol Pm | Acetaminophen\Diphenhydramine;Hydrochlorothiazide\Olmesartan Medoxomil;Diphenhydramine Hydrochloride;Mifepristone;Antihistamines Nos | Chemotherapy;Cushing'S Syndrome;Depression;Hypersensitivity;Hypertension;Product Used For Unknown Indication;Sinus Disorder | Anxiety;White Blood Cell Count Decreased;Rash Maculo-Papular;Restlessness;Death;Treatment Noncompliance;Periorbital Oedema;Fall;Blood Potassium Decreased;Thyroid Disorder;Head Injury;Asthenia;Fatigue;Confusional State;Nausea;Nightmare;Face Oedema;Vomiting;Hallucination;Hypotension | Serious | Other Outcomes;Died | Not Specified | 2015 |
| 11549474 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Blood Potassium Decreased;Mental Impairment;Urinary Tract Infection;Death;Fall;Ill-Defined Disorder;Ligament Sprain;Condition Aggravated | Serious | Died;Other Outcomes;Hospitalized | Not Specified | NOV-2014 |
| 11578846 | Korlym | Mifepristone | Blood Pressure Abnormal;Cushing'S Syndrome;Product Used For Unknown Indication | Pneumonia;Oxygen Therapy;Abdominal Neoplasm;Loss Of Personal Independence In Daily Activities;Death | Serious | Disabled;Other Outcomes;Hospitalized;Died | Not Specified | 2015 |
| 11628996 | Korlym;Tegretol | Carbamazepine;Mifepristone;Insulin Nos | Cushing'S Syndrome;Product Used For Unknown Indication | Drug Interaction;Hypersomnia;Seizure;Pollakiuria;Eye Movement Disorder;Apnoea;Oxygen Saturation Decreased;Death;Generalised Oedema;Blood Glucose Increased;Cardiac Disorder;Muscle Twitching;Wrong Technique In Product Usage Process;Blood Sodium Decreased;Dyspnoea | Serious | Died;Hospitalized;Other Outcomes | Not Specified | 2015 |
| 11735288 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 2013 |
| 11735290 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 24-DEC-2014 |
| 11735293 | Korlym | Mifepristone | Product Used For Unknown Indication | Death;Hospitalisation | Serious | Died;Hospitalized | Not Specified | 06-DEC-2013 |

| 11735303 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | NOV-2013 |
|---|---|---|---|---|---|---|---|---|
| 11737044 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 14-AUG-2014 |
| 11737046 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 10-NOV-2013 |
| 11737081 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 23-JUN-2014 |
| 11737083 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Not Specified | 31-MAR-2014 |
| 11743421 | Korlym | Mifepristone | Cushing'S Syndrome | Adrenocortical Carcinoma | Serious | Other Outcomes; Died;Disabled;Life Threatening | Not Specified | 2014 |
| 11743437 | Korlym | Mifepristone | Cushing'S Syndrome | Asthenia;Decreased Insulin Requirement;Hyporesponsive To Stimuli;Oedema;Pneumonia Aspiration;Traumatic Lung Injury;Dyspnoea;Death;Fatigue;Hyperhidrosis;Fluid Overload;Respiratory Failure;Pulmonary Oedema;General Physical Health Deterioration;Acute Respiratory Distress Syndrome | Serious | Died;Other Outcomes; Hospitalized | Not Specified | OCT-2013 |
| 11743460 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | SEP-2014 |
| 11743475 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | JUL-2015 |
| 11743476 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 04-APR-2015 |
| 11744335 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Weight Decreased;Death;Fatigue;General Physical Health Deterioration;Myalgia;Decreased Appetite;Product Administration Error | Serious | Died | Not Specified | 2014 |
| 11744338 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | MAR-2014 |
| 11744341 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | OCT-2014 |
| 11744343 | Korlym | Mifepristone | Product Used For Unknown Indication | Death;Illness;Underweight;Pain;Weight Decreased | Serious | Died | Not Specified | 2014 |
| 11751652 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 10-FEB-2014 |

| 11778627 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Death;Seizure | Serious | Died;Hospitalized | Not Specified | NOV-2015 |
|---|---|---|---|---|---|---|---|---|
| 11838040 | Korlym | Mifepristone | Hyperadrenocorticism | Neoplasm Malignant | Serious | Died | Not Specified | 2013 |
| 11838047 | Korlym | Mifepristone | Product Used For Unknown Indication | Unevaluable Event | Serious | Died | Male | - |
| 11985475 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Condition Aggravated;Lethargy;Pituitary-Dependent Cushing'S Syndrome;Dyspnoea;Pituitary Tumour | Serious | Hospitalized;Died | Not Specified | 2015 |
| 12070631 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Female | - |
| 12134800 | Korlym | Mifepristone | Pituitary-Dependent Cushing'S Syndrome;Product Used For Unknown Indication | Death;Dyspnoea | Serious | Died;Other Outcomes | Not Specified | FEB-2016 |
| 12211957 | Korlym | Mifepristone | Pituitary-Dependent Cushing'S Syndrome;Product Used For Unknown Indication | Abdominal Discomfort;Death;Somnolence;Fluid Intake Reduced;Condition Aggravated;Respiratory Disorder;Renal Failure;Metabolic Disorder;Diarrhoea;Memory Impairment;Blood Pressure Increased;Cerebral Haemorrhage;Fatigue;Tumour Rupture;Blood Glucose Decreased;Nausea;Feeding Disorder | Serious | Died;Hospitalized;Other Outcomes | Not Specified | 2015 |
| 12211972 | Korlym | Mifepristone | Chemotherapy;Product Used For Unknown Indication | Diarrhoea;Acute Respiratory Failure | Serious | Disabled;Other Outcomes;Died;Life Threatening | Not Specified | MAR-2016 |
| 12238994 | Korlym | Mifepristone | Cushing'S Syndrome | Wrong Technique In Product Usage Process;Hospitalisation;Death;Dysphagia | Serious | Hospitalized;Died | Not Specified | 2016 |
| 12254244 | Korlym | Mifepristone | Product Used For Unknown Indication | Peritonsillar Abscess;Aspiration | Serious | Other Outcomes;Died | Not Specified | 03-MAR-2016 |
| 12342770 | Korlym | Mifepristone | Pituitary-Dependent Cushing'S Syndrome | Cardio-Respiratory Arrest | Serious | Died;Other Outcomes | Male | 22-APR-2016 |
| 12355126 | Korlym | Mifepristone | Product Used For Unknown Indication | Death;Condition Aggravated;Pulmonary Fibrosis | Serious | Hospitalized;Died | Not Specified | 04-MAY-2016 |
| 12382825 | Korlym | Mifepristone | Adrenal Gland Cancer | Death;Hospitalisation;Malaise | Serious | Hospitalized;Died | Not Specified | 2016 |

| 12390569 | Korlym | Mifepristone | Product Used For Unknown Indication | Death;Cushing'S Syndrome;Malaise;Gastrointestinal Tube Insertion | Serious | Died;Other Outcomes; Hospitalized | Not Specified | 2016 |
|---|---|---|---|---|---|---|---|---|
| 12473623 | Korlym | Mifepristone | Ectopic Acth Syndrome | Death | Serious | Died | Not Specified | 22-MAY-2016 |
| 12504101 | Korlym | Mifepristone | Adrenal Gland Cancer;Product Used For Unknown Indication | Off Label Use;Death;General Physical Health Deterioration;Terminal State | Serious | Hospitalized;Died | Not Specified | 15-JUN-2016 |
| 12611420 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Fluid Overload;Ammonia Increased;Confusional State;Ascites;Weight Decreased;Aggression;Hepatic Cirrhosis;Non-Alcoholic Steatohepatitis;Nausea;Peritonitis Bacterial;Blood Potassium Decreased;Hepatic Failure;Abdominal Distension | Serious | Died;Other Outcomes; Hospitalized | Not Specified | 2016 |
| 12643525 | Korlym | Mifepristone | Ectopic Acth Syndrome;Product Used For Unknown Indication | Hypotension;Death | Serious | Died;Hospitalized | Not Specified | JUN-2016 |
| 12720537 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Headache;Nausea;Fatigue;Lethargy;Myalgia;Dizziness;Vomiting;Death | Serious | Other Outcomes; Died | Not Specified | AUG-2016 |
| 12760455 | Korlym | Mifepristone | Adrenal Gland Cancer;Product Used For Unknown Indication | Death | Serious | Died | Not Specified | - |
| 12795718 | Korlym | Mifepristone | Adrenal Gland Cancer;Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 14-SEP-2016 |
| 12830628 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Not Specified | SEP-2016 |
| 12867573 | Korlym | Mifepristone | Cushing'S Syndrome;Diabetes Mellitus | Death;Infection;Renal Failure;Fall;Sepsis;Ulcer | Serious | Died;Other Outcomes | Not Specified | 2016 |
| 12873363 | Korlym | Mifepristone | Adrenal Gland Cancer | Death | Serious | Died | Not Specified | 23-SEP-2016 |
| 13045732 | Korlym | Mifepristone | Adrenal Disorder;Cushing'S Syndrome;Hyperglycaemia | Cardio-Respiratory Arrest;Fall;Hernia;Abdominal Neoplasm;Treatment Noncompliance | Serious | Died;Hospitalized | Not Specified | 2016 |
| 13075329 | Korlym | Mifepristone | Adrenal Gland Cancer | Product Use Issue;Death | Serious | Died | Not Specified | 17-DEC-2016 |
| 13082120 | Korlym | Mifepristone | Cushing'S Syndrome;Ectopic Acth Syndrome;Essential Hypertension;Product Used For Unknown Indication;Type 2 Diabetes Mellitus | Death;Cellulitis;Mobility Decreased;Rash;Headache;Blister;Hypersomnia;Herpes Zoster;Fatigue;Blood Glucose Increased;Back Pain;Muscular Weakness;Tremor;Blood Potassium | Serious | Died;Hospitalized | Not Specified | 2016 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Decreased;Skin Burning Sensation;Decreased Appetite | | | | |
| 13158368 | Korlym | Mifepristone | Lung Neoplasm Malignant | Death | Serious | Died | Not Specified | - |
| 13168292 | Korlym | Mifepristone | Breast Cancer | Death;Off Label Use;Product Use Issue | Serious | Died | Not Specified | MAR-2016 |
| 13232642 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 02-FEB-2017 |
| 13260624 | Korlym | Mifepristone | Adrenal Gland Cancer;Pituitary-Dependent Cushing'S Syndrome | Death;Dyspnoea | Serious | Hospitalized;Died | Not Specified | 10-JAN-2017 |
| 13286929 | Korlym | Mifepristone | Adrenal Gland Cancer;Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 09-FEB-2017 |
| 13299034 | Korlym | Mifepristone | Cushing'S Syndrome;Ectopic Acth Syndrome | Death | Serious | Died | Not Specified | 16-FEB-2017 |
| 13376915 | Korlym | Mifepristone | Cushing'S Syndrome;Type 2 Diabetes Mellitus | Cerebral Infarction;Hypotension;Hypoxia;Product Use Issue | Serious | Hospitalized;Died | Not Specified | 01-MAR-2015 |
| 13477331 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Hypertension;Cerebrovascular Accident;Vaginal Discharge;Peripheral Swelling;Dyspnoea;Fluid Retention;Paraesthesia;Pain In Extremity;Fatigue | Serious | Died | Not Specified | 2017 |
| 13477333 | Korlym | Mifepristone | Ectopic Acth Syndrome | Death;Adverse Event | Serious | Died | Not Specified | 17-MAR-2017 |
| 13503619 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Female | FEB-2017 |
| 13550464 | Korlym | Mifepristone | Cushing'S Syndrome;Essential Hypertension;Hyperglycaemia;Product Used For Unknown Indication;Type 2 Diabetes Mellitus | Protein Total Decreased;Fall;Blood Creatinine Increased;Joint Swelling;Gait Disturbance;Fibrin D Dimer Increased;Erythema;Dyskinesia;Asthenia;Dehydration;Hypokalaemia;Peripheral Swelling;Gout;Cardiac Arrest;Respiratory Failure;Circulatory Collapse;Pulmonary Embolism;Sepsis;Blood Uric Acid Increased;Pain In Extremity;Loss Of Visual Contrast Sensitivity;Dysstasia | Serious | Hospitalized;Other Outcomes;Died | Not Specified | 2017 |
| 13553709 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Asthenia;Drug Ineffective;Fatigue;Procedural Complication | Serious | Died | Not Specified | 2017 |
| 13648250 | Korlym | Mifepristone | Chronic Kidney Disease;Cushing'S Syndrome;Essential | Inappropriate Schedule Of Product Administration;Death | Serious | Died | Not Specified | OCT-2016 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Hypertension;Type 2 Diabetes Mellitus | | | | | |
| 13677716 | Korlym | Mifepristone | Ectopic Acth Syndrome;Nutritional Supplementation;Product Used For Unknown Indication | Blood Glucose Increased;Blood Pressure Increased;Underdose;Death;Blood Potassium Decreased | Serious | Hospitalized;Died | Not Specified | 28-APR-2016 |
| 13689092 | Korlym | Mifepristone | Blood Pressure Diastolic Increased;Pain;Pituitary-Dependent Cushing'S Syndrome;Product Used For Unknown Indication | Asthenia;Fatigue;Lethargy;Fall;Head Injury;Death | Serious | Died | Not Specified | 17-JAN-2017 |
| 13708261 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Hypophagia;Pulmonary Mass;Dementia;Blood Potassium Decreased;Fatigue;Weight Decreased;Hypersomnia;Lethargy | Serious | Died;Other Outcomes | Not Specified | 2017 |
| 13763621 | Korlym | Mifepristone | Contraception;Cushing'S Syndrome;Product Used For Unknown Indication;Thyroid Cancer | Vaginal Haemorrhage;Death | Serious | Died | Not Specified | 12-MAY-2017 |
| 13907100 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Not Specified | 29-JUL-2017 |
| 13961834 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Neoplasm Malignant | Serious | Died | Male | AUG-2017 |
| 13975882 | Korlym | Mifepristone | Acth-Producing Pituitary Tumour;Cushing'S Syndrome;Ectopic Acth Syndrome;Product Used For Unknown Indication | Seizure | Serious | Died | Not Specified | MAY-2012 |
| 14121727 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Not Specified | 04-OCT-2017 |
| 14176347 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Myocardial Infarction;Anxiety;Insomnia;Chest Pain;Nervousness;Seizure;Nausea | Serious | Died;Other Outcomes | Not Specified | 2017 |
| 14176350 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Dementia;Mental Status Changes;Confusional State | Serious | Died;Hospitalized | Not Specified | 2017 |
| 14183702 | Korlym | Mifepristone | Ectopic Acth Syndrome | Death | Serious | Died | Not Specified | 2017 |
| 14239883 | Korlym;Ranexa | Ranolazine;Mifepristone | Hyperadrenocorticism;Product Used For Unknown Indication | Drug Interaction;Myocardial Infarction;Death | Serious | Other Outcomes;Died | Not Specified | 2017 |
| 14248703 | Korlym | Mifepristone | Hyperadrenocorticism | Adrenal Gland Cancer | Serious | Died | Not Specified | 2017 |
| 14334271 | Ranexa;Korlym | Mifepristone;Ranolazine | Hyperadrenocorticism;Product Used For Unknown Indication | Death;Myocardial Infarction;Labelled Drug-Drug Interaction Medication Error;Drug Interaction | Serious | Died;Other Outcomes | Male | 2017 |

| 14342504 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 2017 |
|---|---|---|---|---|---|---|---|---|
| 14342702 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Staphylococcal Infection;Acute Respiratory Failure;Hypoglycaemia;Dyspnoea;Prostatitis;Cardiopulmonary Failure;Fatigue;Blood Pressure Increased;Chronic Respiratory Failure;Hypoxia;Joint Swelling;Chest Pain | Serious | Other Outcomes; Hospitalized;Died | Not Specified | 2017 |
| 14343517 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 18-DEC-2017 |
| 14448342 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Not Specified | 06-JAN-2018 |
| 14492128 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Not Specified | - |
| 14510457 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | JAN-2018 |
| 14526645 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Fatigue;Death;International Normalised Ratio Increased | Serious | Died;Hospitalized | Not Specified | 12-DEC-2017 |
| 14547384 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Death;Malaise;Decreased Appetite | Serious | Died | Not Specified | 28-NOV-2017 |
| 14554570 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Not Specified | - |
| 14554626 | Korlym | Mifepristone | Product Used For Unknown Indication | Myocardial Infarction | Serious | Died | Not Specified | - |
| 14594571 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Not Specified | - |
| 14615388 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Not Specified | - |
| 14630987 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Not Specified | 2018 |
| 14631004 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 03-FEB-2018 |
| 14676208 | Korlym | Mifepristone | Adrenal Neoplasm;Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 06-MAR-2018 |
| 14676222 | Korlym | Mifepristone | Cushing'S Syndrome | Chills;Death;Pyrexia;Systemic Infection | Serious | Died;Hospitalized | Not Specified | 25-FEB-2018 |
| 14682213 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Chronic Obstructive Pulmonary Disease;Haemorrhage;Peripheral Swelling;Tremor;Pain;Cardiac Failure Congestive;Weight Increased;Feeling Cold;Nervousness;Arthralgia;Bronchitis;Blood Potassium Increased;Blood Glucose | Serious | Hospitalized;Other Outcomes; Died | Not Specified | 2018 |

| | | | | Increased;Pneumonia;Pleural Effusion;Atrial Fibrillation;Respiratory Failure | | | | |
|---|---|---|---|---|---|---|---|---|
| 14700900 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Hospitalized;Died | Not Specified | 21-FEB-2018 |
| 14709631 | Korlym | Mifepristone | Cushing'S Syndrome | Sepsis | Serious | Died | Not Specified | 16-MAR-2018 |
| 14724235 | Korlym | Mifepristone | Pituitary-Dependent Cushing'S Syndrome | Death | Serious | Died | Not Specified | MAR-2018 |
| 14727528 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Blood Pressure Decreased;Death;Pneumonia;Heart Rate Abnormal;Renal Failure | Serious | Hospitalized;Died | Not Specified | 25-MAR-2018 |
| 14814906 | Korlym | Mifepristone | Ectopic Acth Syndrome | Death | Serious | Died | Not Specified | 26-FEB-2018 |
| 14827070 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 14-APR-2018 |
| 14848178 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Dyspnoea;Death;Loss Of Consciousness | Serious | Died | Female | 18-APR-2018 |
| 14871686 | Korlym | Mifepristone | Adrenal Gland Cancer | Death | Serious | Died;Hospitalized | Not Specified | 2018 |
| 14892923 | Korlym | Mifepristone | Cushing'S Syndrome | Influenza;Pneumonia;Death;Dyspnoea | Serious | Other Outcomes;Died;Hospitalized | Not Specified | 2017 |
| 14930660 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 07-MAY-2018 |
| 14941120 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Not Specified | 10-MAY-2018 |
| 14941132 | Korlym | Mifepristone | Cushing'S Syndrome | Pyelonephritis;Cardiac Failure Congestive;Sepsis | Serious | Hospitalized;Other Outcomes;Died | Not Specified | 2018 |
| 14949624 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Not Specified | APR-2018 |
| 14964628 | Korlym | Mifepristone;Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Not Specified | MAR-2018 |
| 14974167 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Disease Progression | Serious | Died | Not Specified | 09-MAY-2018 |
| 15037569 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Adrenal Gland Cancer | Serious | Died | Not Specified | APR-2018 |
| 15043804 | Korlym | Mifepristone | Cushing'S Syndrome | Pulmonary Embolism;Respiratory Failure | Serious | Died | Not Specified | MAY-2018 |
| 15122098 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Fall;Death | Serious | Died | Not Specified | - |

| 15131168 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Blood Glucose Decreased;Death;Malaise;Haemoptysis | Serious | Died;Other Outcomes | Not Specified | 22-JUN-2018 |
|---|---|---|---|---|---|---|---|---|
| 15160861 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Not Specified | 05-JUL-2018 |
| 15215974 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Productive Cough;Leg Amputation;Death;Retching;Gangrene;Blood Glucose Decreased;Decreased Appetite;Ankle Fracture | Serious | Other Outcomes; Died | Not Specified | APR-2018 |
| 15265064 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | International Normalised Ratio Abnormal;Cerebrovascular Accident | Serious | Hospitalized;Died | Not Specified | JUN-2018 |
| 15302109 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 31-JUL-2018 |
| 15331748 | Korlym | Mifepristone | Ectopic Acth Syndrome | Pneumonia | Serious | Died | Not Specified | - |
| 15349493 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 11-AUG-2018 |
| 15367043 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Death | Serious | Died | Not Specified | AUG-2018 |
| 15367065 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 25-AUG-2018 |
| 15367241 | Korlym | Mifepristone | Cushing'S Syndrome | Gallbladder Operation;Death | Serious | Died;Hospitalized;Other Outcomes | Not Specified | 2018 |
| 15460634 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Cushing'S Syndrome;Cardiac Failure Congestive;Illness;Chronic Kidney Disease | Serious | Died | Not Specified | 11-SEP-2018 |
| 15500736 | Korlym | Mifepristone | Cushing'S Syndrome;Hyperglycaemia;Product Used For Unknown Indication | Tremor;Death;Blood Glucose Decreased;Wound Infection;Scratch | Serious | Other Outcomes; Died | Female | JAN-2020 |
| 15539002 | Korlym | Mifepristone | Ectopic Acth Syndrome;Product Used For Unknown Indication | Product Use In Unapproved Indication;Death | Serious | Died | Not Specified | 2018 |
| 15552369 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Dyslipidaemia | Serious | Died | Not Specified | 2018 |
| 15576902 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | - |
| 15608645 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Not Specified | 27-OCT-2018 |
| 15614271 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Death;Product Use Issue;Muscular Weakness;Cyanosis;Nausea;Asthenia | Serious | Died;Other Outcomes | Not Specified | 2018 |
| 15643713 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Lung Neoplasm Malignant;Platelet Count Abnormal;Nausea;Adrenal Gland Cancer;Asthenia | Serious | Died;Hospitalized | Not Specified | 2018 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15724426 | Korlym | Mifepristone | Cushing'S Syndrome | Megacolon;Product Use Issue;Post Procedural Complication;Fungal Sepsis | Serious | Died;Hospitalized | Not Specified | NOV-2018 |
| 15762537 | Korlym | Mifepristone | Pituitary-Dependent Cushing'S Syndrome;Product Used For Unknown Indication | Product Use Issue;Death | Serious | Died | Not Specified | 14-SEP-2017 |
| 15777328 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Death | Serious | Died | Female | 19-DEC-2018 |
| 15859828 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Nausea;Brain Injury;Vomiting;Hyperkalaemia;Blood Sodium Decreased;Diarrhoea;Myocardial Infarction;Coronary Artery Occlusion | Serious | Life Threatening;Hospitalized;Died | Not Specified | NOV-2018 |
| 16019254 | Korlym | Mifepristone | Anxiety;Ectopic Acth Syndrome;Hypoglycaemia;Pain;Product Used For Unknown Indication;Withdrawal Syndrome | Small Cell Lung Cancer;Product Use In Unapproved Indication | Serious | Died | Not Specified | 30-JAN-2019 |
| 16034834 | Korlym | Mifepristone | Product Used For Unknown Indication | Death | Serious | Died | Not Specified | - |
| 16124234 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Medullary Thyroid Cancer | Serious | Died | Not Specified | - |
| 16189607 | Korlym | Mifepristone | Cushing'S Syndrome | Death | Serious | Died | Female | 02-MAR-2019 |
| 16199605 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Infection;Weight Increased;Metastatic Neoplasm;Neuralgia;Loss Of Consciousness;Depression;Peripheral Swelling;Fall;Insomnia;Weight Decreased;Abdominal Discomfort;Blood Pressure Decreased;Osteoporosis;Upper Limb Fracture;Dizziness Postural;Foot Fracture;Product Use Issue;Tissue Injury;Ankle Fracture | Serious | Other Outcomes;Died | Male | 08-JUN-2017 |
| 16304252 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication;Type V Hyperlipidaemia | Diabetes Mellitus Inadequate Control;Pericardial Effusion;Myocardial Infarction;Atrial Fibrillation;Oedema Peripheral;Cardiac Failure Congestive;Polydipsia;Cardiac Dysfunction;Onychomycosis;Cerebrovascular Accident;Glycosylated Haemoglobin Increased;Dizziness | Serious | Hospitalized;Other Outcomes;Died | Male | 2019 |

| 16330467 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Death | Serious | Died | Not Specified | 24-APR-2019 |
|---|---|---|---|---|---|---|---|---|
| 16336571 | Korlym | Mifepristone | Pituitary-Dependent Cushing'S Syndrome;Product Used For Unknown Indication | Death | Serious | Died | Female | 2019 |
| 16694902 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Dyspepsia;Nausea;Blood Glucose Decreased;Dyspnoea;Appetite Disorder;Anaemia;Death;Oxygen Saturation Decreased;Depressed Mood | Serious | Died;Hospitalized;Other Outcomes | Female | 2019 |
| 16837954 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Respiratory Failure;Sepsis;Weight Increased | Serious | Died | Female | 2019 |
| 16880063 | Korlym | Mifepristone | Adrenal Gland Cancer;Product Used For Unknown Indication | Death | Serious | Died | Female | - |
| 17084046 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Death | Serious | Died | Male | - |
| 17108721 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Cardiac Failure;Inappropriate Schedule Of Product Administration;Atrial Fibrillation;Muscular Weakness;Nausea;Myocardial Infarction;Fatigue;Feeling Abnormal;Urinary Tract Infection;Peripheral Swelling;Hypotension;Mental Status Changes;Pain In Extremity;Asthenia;Insomnia;Death;Myalgia;Hospitalisation | Serious | Hospitalized;Other Outcomes;Died | Female | 2019 |
| 17223748 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Abnormal Clotting Factor;Dry Mouth;Arthralgia;Constipation;Pulmonary Congestion;Pleural Effusion;Peripheral Swelling;Abdominal Pain;Decreased Appetite;Blood Pressure Increased;Cardiac Arrest;Blood Potassium Decreased;Headache;Fatigue;Tooth Disorder;Blood Magnesium Decreased;Adrenal Mass | Serious | Hospitalized;Other Outcomes;Died | Female | 2019 |
| 17515102 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Death | Serious | Died | Female | 17-FEB-2020 |
| 17710509 | Korlym | Mifepristone | Cushing'S Syndrome;Product Used For Unknown Indication | Coronavirus Infection | Serious | Died | Female | 2020 |
| 17861568 | Korlym | Mifepristone | Hyperglycaemia;Pituitary-Dependent Cushing'S | Small Cell Lung Cancer;Blood Magnesium Decreased;Blood | Serious | Hospitalized;Died | Female | 2020 |

| | | | Syndrome;Product Used For Unknown Indication | Sodium Decreased;Sepsis;Blood Potassium Decreased | | | | |
|---|---|---|---|---|---|---|---|---|
| 18049025 | Korlym | Mifepristone;Oxycodone | Ectopic Acth Syndrome;Pain;Product Used For Unknown Indication | Vomiting;Swelling;Cardiac Arrest;Confusional State;Off Label Use | Serious | Hospitalized;Died | Female | JUL-2020 |
| 18446691 | Korlym | Mifepristone | Pituitary-Dependent Cushing'S Syndrome;Product Used For Unknown Indication | Death | Serious | Died | Female | - |
| 18580896 | Korlym | Mifepristone | Pituitary-Dependent Cushing'S Syndrome;Product Used For Unknown Indication | Thrombosis | Serious | Died | Female | 18-NOV-2020 |