United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC., et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>CORCEPT THERAPEUTICS INCORPORATED, et al.,<br><br>            Defendants. | Case No. 19-cv-01372-JD<br><br>**AMENDED SCHEDULING ORDER** |

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Add parties or amend pleadings | Closed |
| Fact discovery cut-off | March 31, 2023 |
| Expert disclosures | April 14, 2023 |
| Rebuttal expert disclosures | May 5, 2023 |
| Expert discovery cut-off | May 26, 2023 |
| Last day to file class certification motion | June 9, 2023 |
| Class certification opposition | July 7, 2023 |
| Class certification reply | July 21, 2023 |

| Event | Deadline |
|---|---|
| Class certification hearing | August 3, 2023 at 10:00 a.m. |
| Last day to file dispositive and *Daubert* motions | September 22, 2023 |
| Dispositive and *Daubert* motion oppositions | October 20, 2023 |
| Dispositive and *Daubert* motion replies | November 3, 2023 |
| Hearing on summary judgment and *Daubert* motions | November 16, 2023 at 10:00 a.m. |
| Pretrial conference | February 1, 2024, at 1:30 p.m. |
| Jury Trial | February 20, 2024, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  September 21, 2022

_____
JAMES DONATO
United States District Judge