**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

*Counsel for Lead Plaintiff the*
*Ferraro Family Foundation, Inc.,*
*and James L. Ferraro*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC. and JAMES L. FERRARO, on behalf of themselves and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, and SEAN MADUCK,<br><br>          Defendants. | Case No. 3:19-CV-01372-JD<br><br>Hon. James Donato<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING MEDIATION** |

Pursuant to Local Rule 7-12, Lead Plaintiff Ferraro Family Foundation, Inc., and James L. Ferraro ("Plaintiffs") and Defendants Corcept Therapeutics Incorporated, Joseph K. Belanoff, Charles Robb, and Sean Maduck (collectively, "Defendants," and together with Plaintiffs, the "Parties") hereby stipulate to, and respectfully request, on the terms set forth in this stipulation, a stay of the proceedings in the above-captioned action.

1. WHEREAS, on September 21, 2022, the Court entered an Amended Scheduling Order in the above-captioned action, which provides for, among other deadlines, the close of fact discovery on March 31, 2023;

2. WHEREAS, the Parties have been diligently working toward the fact discovery cut-off and plan to take or defend a total of 60 depositions, of which 37 depositions have already been noticed and two taken;

3. WHEREAS, the Parties have scheduled mediation for January 24, 2023;

4. WHEREAS, given the prospect of achieving a class-wide settlement at the upcoming mediation, the Parties wish to conserve the Parties' and the Court's resources prior to the mediation;

5. WHEREAS, the Parties have, subject to the Court's approval, stipulated and agreed to stay the above-captioned action pending the upcoming mediation;

6. WHEREAS, the Parties have further agreed to meet and confer regarding the case schedule should the mediation be unsuccessful.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. This action is stayed pending the Parties' January 24, 2023 mediation.

2. Should the mediation be unsuccessful, the Parties will meet and confer and submit a new proposed schedule no later than January 30, 2023.

JOINT STIPULATION STAYING CASE PENDING MEDIATION

Dated: December 23, 2022

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

*/s/ Corey Worcester*
Corey Worcester (admitted *pro hac vice*)
Renita Sharma (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
coreyworcester@quinnemanuel.com
renitasharma@quinnemanuel.com

Terry L. Wit (SBN 233473)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
terrywit@quinnemanuel.com

*Counsel for Defendants Corcept
Therapeutics Incorporated, Joseph K.
Belanoff, Charles Robb, and Sean Maduck*

LEVI & KORSINSKY, LLP

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
Daniel Weiss (admitted *pro hac vice*)
Morgan Embleton (admitted *pro hac vice*)
Nicholas Lange (admitted *pro hac vice*)
Cole von Richthofen (to be admitted *pro hac
vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: dweiss@zlk.com
Email: membleton@zlk.com
Email: nlange@zlk.com
Email: cvrichthofen@zlk.com

Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Counsel for Lead Plaintiffs the Ferraro Family
Foundation, Inc. and James L. Ferraro*

JOINT STIPULATION STAYING CASE PENDING MEDIATION

**ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby certify that all signatories concur in the filing of this Joint Stipulation and [Proposed] Order Staying Case Pending Mediation.

Dated: December 23, 2022

/s/ Corey Worcester
Corey Worcester

\*        \*        \*

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED: _____

The Honorable James Donato
United States District Judge

JOINT STIPULATION STAYING CASE PENDING MEDIATION