**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

*Counsel for Lead Plaintiff the
Ferraro Family Foundation, Inc.,
and James L. Ferraro*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC. and JAMES L. FERRARO, on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, and SEAN MADUCK,<br><br>        Defendants. | Case No. 3:19-CV-01372-JD<br><br>Hon. James Donato<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE STAY** |

Pursuant to Local Rule 7-12, Lead Plaintiff Ferraro Family Foundation, Inc., and James L. Ferraro ("Plaintiffs") and Defendants Corcept Therapeutics Incorporated, Joseph K. Belanoff, Charles Robb, and Sean Maduck (collectively, "Defendants," and together with Plaintiffs, the "Parties") hereby stipulate to, and respectfully request, on the terms set forth in this stipulation, an order extending the stay of proceedings entered by the Court in the above-captioned action (the "Action") to February 6, 2021.

1. WHEREAS, on December 23, 2023 (ECF No. 189), the parties filed a stipulation for the Court's approval agreeing to stay the Action pending the result of a mediation session scheduled for January 24, 2023;

2. WHEREAS, on January 3, 2023, the Court granted the Parties' stipulation, stayed the Action, and ordered the parties to submit a new proposed case schedule by January 30, 2023, if mediation was unsuccessful (ECF No. 190);

3. WHEREAS, on January 24, 2023, the Parties attended an in-person mediation session with Michelle Yoshida, Esq. (the "Mediation"), a highly experienced and respected mediator with Phillips ADR Enterprises LLC;

4. WHEREAS, the Parties were unable to resolve the Action on the date of the Mediation but continue to pursue settlement discussions with each other and with Ms. Yoshida;

5. WHEREAS, the Parties believe a one-week extension of the current stay will facilitate the Parties' ongoing settlement discussions and preserve the Court's resources;

6. WHEREAS, the Parties, subject to the Court's approval, stipulate and agree to an order extending the stay of this Action through February 6, 2023;

7. WHEREAS, the Parties further agree to meet and confer regarding the case schedule should they fail to resolve the Action.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. This stay of this Action is extended to February 6, 2023.

2. Should the Parties fail to resolve the Action, the Parties will meet and confer and submit a new proposed schedule no later than February 10, 2023.

Case No. 3:19-CV-01372-JD

JOINT STIPULATION AND PROPOSED ORDER EXTENDING CASE STAY

1

Dated: January 30, 2023

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | LEVI & KORSINSKY, LLP |
|---|---|

/s/ Renita Sharma

Corey Worcester (admitted *pro hac vice*)
Renita Sharma (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
coreyworcester@quinnemanuel.com
renitasharma@quinnemanuel.com

Terry L. Wit (SBN 233473)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
terrywit@quinnemanuel.com

*Counsel for Defendants Corcept Therapeutics Incorporated, Joseph K. Belanoff, Charles Robb, and Sean Maduck*

/s/ Shannon L. Hopkins

Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
Daniel Weiss (admitted *pro hac vice*)
Morgan Embleton (admitted *pro hac vice*)
Nicholas Lange (admitted *pro hac vice*)
Cole von Richthofen (to be admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: dweiss@zlk.com
Email: membleton@zlk.com
Email: nlange@zlk.com
Email: cvrichthofen@zlk.com

Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Counsel for Lead Plaintiffs the Ferraro Family Foundation, Inc. and James L. Ferraro*

## **ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby certify that all signatories concur in the filing of this Joint Stipulation and [Proposed] Order Extending Case Stay.

Dated: January 30, 2023

/s/ Shannon L. Hopkins

Shannon L. Hopkins

\*\*\*

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.


DATED: _____                  _____
                                               The Honorable James Donato
                                               United States District Judge