1  **LEVI & KORSINSKY, LLP**
   Adam M. Apton (SBN 316506)
2  Adam C. McCall (SBN 302130)
   75 Broadway, Suite 202
3  San Francisco, CA 94111
   Tel: (415) 373-1671
4  Email: aapton@zlk.com
   Email: amccall@zlk.com
5
   **LEVI & KORSINSKY, LLP**
6  Shannon L. Hopkins (admitted *pro hac vice*)
   Gregory M. Potrepka (admitted *pro hac vice*)
7  1111 Summer Street, Suite 403
   Stamford, CT 06905
8  Tel: (203) 992-4523
   Email: shopkins@zlk.com
9  Email: gpotrepka@zlk.com

10 *Counsel for Lead Plaintiff the
   Ferraro Family Foundation, Inc.,*
11 *and James L. Ferraro*

12 [Additional counsel listed on signature
   page]
13

14
15                    **UNITED STATES DISTRICT COURT**
16                    **NORTHERN DISTRICT OF CALIFORNIA**
17                         **SAN FRANCISCO DIVISION**

18 | FERRARO FAMILY FOUNDATION, INC. and JAMES L. FERRARO, on behalf of themselves and all others similarly situated, | Case No. 3:19-CV-01372-JD |
19 | | Hon. James Donato |
20 | Plaintiff, | **CLASS ACTION** |
21 | v. | |
22 | CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, and SEAN MADUCK, | **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION AND [PROPOSED] ORDER STAYING DEADLINES** |
23 | | |
24 | Defendants. | |
25
26
27
28

Pursuant to Local Rule 7-12 and the Court's February 2, 2023 Order (ECF 192), Lead Plaintiff Ferraro Family Foundation, Inc., and James L. Ferraro ("Plaintiffs") and Defendants Corcept Therapeutics Incorporated, Joseph K. Belanoff, Charles Robb, and Sean Maduck (collectively, "Defendants," and together with Plaintiffs, the "Parties") jointly inform the Court that they have reached an agreement in principle to settle all claims in the above-captioned action (the "Action"). The Parties are available at the Court's convenience if it requires any additional information.

Furthermore, the Parties hereby stipulate to, and respectfully request, an order further staying all pre-trial and trial deadlines in the Court's Amended Scheduling Order (ECF 180) pending the finalization of the settlement as follows:

1. WHEREAS, on February 2, 2023, the Court extended a stay of all deadlines in this Action;

2. WHEREAS, on February 8, 2023, the Parties reached an agreement in principle to settle all claims in this Action;

3. WHEREAS, the Parties' agreement has not yet been reduced to writing, the terms of the agreement have not been publicly disclosed, and the agreement remains subject to negotiation and court approval;

4. WHEREAS, the Parties anticipate completing documentation of the proposed settlement and presenting it to the Court for consideration of preliminary approval by April 11, 2023;

5. WHEREAS, a further stay of all pre-trial and trial deadlines will enable the Parties: to conserve party and judicial resources and costs to the proposed settlement class; focus their attention on preparing the settlement documentation; and expedite the settlement approval process for the benefit of the Court and the proposed settlement class;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL:

1. All deadlines in the Court's Amended Scheduling Order (ECF 180) are stayed.

2. Plaintiffs shall move for preliminary approval of a settlement of this Action by April 11, 2023.

3. If Plaintiffs fail to move for preliminary approval by April 11, 2023, the Parties shall jointly file a notice regarding the status of the Action on that date.

Dated: February 10, 2023

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **LEVI & KORSINSKY, LLP** |
| */s/ Corey Worcester* | */s/ Shannon L. Hopkins* |
| Corey Worcester (admitted *pro hac vice*) | Shannon L. Hopkins (admitted *pro hac vice*) |
| Renita Sharma (admitted *pro hac vice*) | Gregory M. Potrepka (admitted *pro hac vice*) |
| 51 Madison Avenue, 22nd Floor | Daniel Weiss (admitted *pro hac vice*) |
| New York, New York 10010 | Morgan Embleton (admitted *pro hac vice*) |
| Telephone: (212) 849-7000 | Nicholas R. Lange (admitted *pro hac vice*) |
| Facsimile: (212) 849-7100 | 1111 Summer Street, Suite 403 |
| coreyworcester@quinnemanuel.com | Stamford, CT 06905 |
| renitasharma@quinnemanuel.com | Tel: (203) 992-4523 |
| | Email: shopkins@zlk.com |
| Terry L. Wit (SBN 233473) | Email: gpotrepka@zlk.com |
| 50 California Street, 22nd Floor | Email: dweiss@zlk.com |
| San Francisco, CA 94111 | Email: membleton@zlk.com |
| Telephone: (415) 875-6600 | Email: nlange@zlk.com |
| Facsimile: (415) 875-6700 | |
| terrywit@quinnemanuel.com | Adam M. Apton (SBN 316506) |
| | Adam C. McCall (SBN 302130) |
| *Counsel for Defendants Corcept Therapeutics Incorporated, Joseph K. Belanoff, Charles Robb, and Sean Maduck* | 75 Broadway, Suite 202 |
| | San Francisco, CA 94111 |
| | Tel: (415) 373-1671 |
| | Email: aapton@zlk.com |
| | Email: amccall@zlk.com |
| | |
| | *Counsel for Lead Plaintiffs the Ferraro Family Foundation, Inc. and James L. Ferraro* |

## **ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby certify that all signatories concur in the filing of this Joint Status Report.

Dated: February 10, 2023         */s/ Shannon L. Hopkins*
                                 Shannon L. Hopkins

\*\*\*

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.


DATED:_____         _____
                                The Honorable James Donato
                                United States District Judge