# Exhibit 2

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

*Counsel for Lead Plaintiff the*
*Ferraro Family Foundation, Inc.,*
*and James L. Ferraro*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC. and JAMES L. FERRARO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, and SEAN MADUCK,<br><br>    Defendants. | Case No. 3:19-CV-01372-JD<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMES L. FERRARO IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND LEAD PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD OF COSTS AND EXPENSES TO LEAD PLAINTIFF**<br><br>Date:    June 6, 2024<br>Time:    10:00 a.m.<br>Room:    Courtroom 11, 19th Floor<br>Judge:    Honorable James Donato |

I, JAMES L. FERRARO, pursuant to 28 U.S.C. § 1746, declare and state as follows in support of Lead Plaintiff's Unopposed Motion for Final Approval of Proposed Class Action Settlement and Lead Plaintiff's Motion for Attorneys' Fees, Reimbursement of Expenses, and Award of Costs and Expenses to Lead Plaintiff ("Fee and Expense Application") filed herewith:

1.      I am over the age of 18, and the statements in this Declaration are true and correct based on my personal knowledge. If called as a witness, I could and would testify to the facts contained herein.

## I.      LEAD PLAINTIFF'S EXPERIENCE

2.      I am the founding partner of the Ferraro Law Firm in Miami, Florida. I am also a co-founder of the law firm of Kelley & Ferraro LLP in Cleveland, Ohio. Collectively, my Miami and Cleveland law firms have represented nearly 50,000 asbestos claimants.

3.      The Ferraro Law Firm also specializes in corporate tax fraud and tax whistleblower cases.

4.      I am an equity partner in The Ferraro Law Firm and Kelley & Ferraro LLP.

5.      In addition, as founder and President of the Ferraro Family Foundation (the "Foundation" and, with Mr. Ferraro, the "Lead Plaintiff"), I am authorized to make this Declaration on its behalf.

6.      The Foundation is a nonprofit grant-making organization that I oversee and manage. In my capacity as founder and President of the Foundation, I am the only one authorized to, and did, make all investment decisions on behalf of the Foundation. In that capacity, I am also the only person responsible for monitoring and directing this litigation on behalf of the Foundation.

7.      I obtained my bachelor's degree in business administration and master's degree of Science in Accounting from the University of Miami in 1978 and 1979, respectively. I obtained my J.D. from the University of Miami School of Law in 1983.

8.      I became a certified public accountant in 1980. I am now inactive.

9.      In my capacity as a lawyer at the Ferraro Law Firm and Kelley & Ferraro, I have more than 40 years of litigation experience, including representing individuals in mass tort and class action litigation. I also have extensive trial experience and have achieved significant jury awards on behalf of aggrieved clients.

10. I have over 20 years of investing experience making investments on my and the Foundation's behalf.

## II. LEAD PLAINTIFF'S WORK ON BEHALF OF THE CLASS

11. I retained Levi & Korsinsky, LLP to represent myself in my personal capacity and in my capacity as founder and President of the Foundation.

12. On October 7, 2019, pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), this Court appointed me in my personal capacity and in my capacity as founder and President of the Foundation as Lead Plaintiff for the Class and approved my choice of the law firm Levi & Korsinsky, LLP as Lead Counsel in the class action.

13. Since appointment as Lead Plaintiff and in fulfillment of my responsibilities as the Court-appointed Lead Plaintiff, and on behalf of all members of the Settlement Class, I diligently undertook to perform my role as Lead Plaintiff in pursuit of a favorable resolution of this litigation. In this capacity, I incurred approximately 75 hours carrying out my duties as a lead plaintiff by, *inter alia*: (a) reviewing three amended complaints, three motions to dismiss, two of which were fully briefed, and material prepared in connection with Lead Plaintiff's opening class certification motion; (b) reviewing news and information about Corcept; (c) conferring with Lead Counsel on legal strategy, case status, discovery, and settlement negotiations, among other things; (d) providing written responses to Defendants' discovery requests and producing documents; and (e) participating in three mediations and evaluating the offers and counteroffers.

14. With respect to the filing of each of the amended complaints, my attorneys provided me with a draft of the complaints for my review and approval. I closely reviewed the complaints and exhibits thereto. Following the filing of the operative Third Amended Complaint, which totaled 116 pages plus a 98-page false statement chart, I continued to work closely with my attorneys on the litigation.

## III. LEAD PLAINTIFF'S ENDORSEMENT OF THE SETTLEMENT AND SUPPORT FOR FEE AND EXPENSE APPLICATION

15. I participated with my attorneys in each of the three settlement negotiations and I have actively reviewed the terms of the proposed Settlement. My attorneys explained the specifics of how the

Case No. 3:19-CV-01372-JD

DECLARATION OF JAMES L. FERRARO IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD OF COSTS AND EXPENSES TO LEAD PLAINTIFF                                                          -2-

settlement would work and I accepted the settlement offer only after I had spent enough time evaluating the proposed outcome to be assured that it was fair. Based on my attorneys' evaluation and recommendation, and my own review, I believe the settlement is fair and reasonable and adequately compensates the Settlement Class. I also believe that the proposed Settlement represents a favorable recovery for the Settlement Class, particularly in light of the risks of continued litigation in this case. Therefore, I endorse the approval of the Settlement.

16.    I understand that Lead Counsel is asking for a negative multiplier of their time incurred. I believe Lead Counsel's request for an award of attorneys' fees in the amount of 25% of the Settlement Fund, which I understand is the benchmark awarded by courts in this jurisdiction, is fair and reasonable. I have evaluated Lead Counsel's fee request by considering the amount of work they have performed on behalf of the Settlement Class over the past four and a half years, the complexity of the litigation, and the recovery obtained relative to the overall recoverable damages.

17.    I further believe that the litigation expenses for which reimbursement is requested are reasonable and represent costs and expenses necessary for the prosecution and resolution of this complex securities class action.

18.    I also understand that reimbursement of a lead plaintiff's reasonable costs and expenses, including lost wages, is authorized under Section 21D(a)(4) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u(a)(4). For this reason, I seek a partial reimbursement for the lost income I incurred in connection with my representation of the Settlement Class.

19.    Since the filing of this Action through the execution of the Stipulation of Settlement on April 11, 2023, as set forth *supra*, I have spent approximately 75 hours of my time in furtherance of the prosecution of this litigation. But for my role in this case, I would have spent all of this time litigating lawsuits that my law firms The Ferraro Law Firm and Kelley & Ferraro LLP were prosecuting.

20.    My hourly rate while performing all work for this action was $1,200.00 per hour. This hourly rate is in line with prevailing rates in Miami, Florida and Cleaveland, Ohio for lawyers of comparable skill, experience, and reputation. I am a highly regarded member of the bars of Florida and Ohio, among other jurisdictions, with extensive expertise in complex mass torts, class actions, and cases

involving catastrophic personal injury, corporate tax fraud, and whistleblower protections. Further, my hourly rate of $1,200.00 per hour has been paid by clients on an hourly basis and, as set forth in the Fee and Expense Application, similar or higher billing rates have been approved by other courts in this Circuit.

21.     Though my lost income is valuable, 1 understand that not all my efforts can be compensated. Nevertheless, I lost income of approximately $90,000 due to my efforts on behalf of the class based upon my 75 hours of time spent and hourly rate of $1,200. Pursuant to the notices distributed to class members, however, I seek only partial reimbursement of my lost income totaling $15,000. My request for reimbursement of $15,000 for my 75 hours of lost income represents an hourly rate of only $200, a fraction of my hourly rate and lost income.

22.     Based on the foregoing, and most consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I support final approval of the proposed settlement and Lead Counsel's request for attorneys' fees, reimbursement of litigation expenses, and reimbursement of my lost income.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ⎯th day of March, 2024 in Miami Florida.

/s/ _____
James L. Ferraro
Individually and as President of the Ferraro
Family Foundation, Inc.

Case No. 3:19-CV-01372-JD

DECLARATION OF JAMES L. FERRARO IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD OF COSTS AND EXPENSES TO LEAD PLAINTIFF                                                        -4-