**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

*Counsel for Lead Plaintiff the*
*Ferraro Family Foundation, Inc.,*
*and James L. Ferraro*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC. and JAMES L. FERRARO, on behalf of themselves and all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, and SEAN MADUCK,<br><br>     Defendants. | Case No. 3:19-CV-01372-JD<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SHANNON L. HOPKINS IN FURTHER SUPPORT OF MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD OF COSTS AND EXPENSES TO LEAD PLAINTIFF**<br><br>Date:    June 6, 2024<br>Time:    10:00 a.m.<br>Room:  Courtroom 11, 19th Floor<br>Judge:  Honorable James Donato |

I, Shannon L. Hopkins, declare:

1. I am a partner at Levi & Korsinsky, LLP ("Levi & Korsinsky" or "LK"), Court-appointed Lead Counsel for Lead Plaintiff, the Ferraro Group (consisting of Ferraro Family Foundation, Inc. and James L. Ferraro) ("Lead Plaintiff") and the proposed class in the above-captioned matter. I submit this declaration in further support of: (1) Lead Plaintiff's Unopposed Motion for Final Approval of Proposed Class Action Settlement ("Final Approval Motion") and (2) Lead Counsel's Motion for Attorneys' Fees, Reimbursement of Expenses, and Award of Costs and Expenses to Lead Plaintiff (the "Fee and Expense Application").

2. Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Declaration of Kathleen Schumacher Regarding Notice Dissemination, Requests for Exclusion Received, and Claims Received to Date.

3. Attached hereto as Exhibit 2 is a [Proposed] Final Judgment and Order of Dismissal with Prejudice.

4. Attached hereto as Exhibit 3 is a [Proposed] Order Awarding Attorneys' Fees and Expenses and Award to Class Representative Pursuant to §15 U.S.C.78u-4(a)(4).

5. Attached hereto as Exhibit 4 is a [Proposed] Order Approving Plan of Allocation.

6. Attached hereto as Exhibit 5 is a PowerPoint presentation prepared by Lead Counsel.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at Stamford, Connecticut, on May 30, 2024.


/s/ Shannon L. Hopkins
Shannon L. Hopkins