# Exhibit 1

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: stornatore@zlk.com

*Counsel for Lead Plaintiff the*
*Ferraro Family Foundation, Inc. and*
*James L. Ferraro*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC, and JAMES L. FERRARO, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, AND SEAN MADUCK<br><br>        Defendants. | Case No. 19-CV-01372-JD<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF KATHLEEN SCHUMACHER REGARDING NOTICE DISSEMINATION,  REQUESTS FOR EXCLUSION RECEIVED, AND CLAIMS RECEIVED TO DATE**<br><br>Date:    June 6, 2024<br>Time:    10:00 a.m.<br>Room:   Courtroom 11, 19th Floor<br>Judge:    Honorable James Donato |

I, KATHLEEN SCHUMACHER, hereby declare under penalty of perjury as follows:

1.    I am a Project Manager of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"). The following statements are based on my personal knowledge and information provided by other A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2.    Pursuant to its Order Re Preliminary Approval of Settlement dated January 4, 2024 (ECF 201, the "Preliminary Approval Order"), the Court approved the retention of A.B. Data as the Claims Administrator for the above-captioned action (the "Action").[1]    I submit this Declaration as a supplement to my earlier declaration, the Declaration of Kathleen Schumacher Regarding Notice Dissemination, Publication, and Requests for Exclusion Received, (the "Initial Mailing Declaration" ) dated March 14, 2024, which was previously filed with the Court. ECF 204-1.

### UPDATE ON DISSEMINATION OF THE POSTCARD NOTICE

3.    As more fully stated in my Initial Mailing Declaration, as of March 14, 2024, A.B. Data had mailed and emailed where possible, a total of 17,385 copies of the Postcard Notice to potential Settlement Class Members.

4.    Since the execution of the Initial Mailing Declaration, A.B. Data has received 22,226 additional requests to mail the Postcard Notice to potential Settlement Class Members and their nominees.  Therefore, as of the date of this Declaration, an aggregate of 39,611 Postcard Notices have been mailed and/or emailed where possible to potential Settlement Class Members and their nominees.  In addition, A.B. Data has re-mailed a total of 1,104 Postcard Notices to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set forth in the Stipulation of Settlement, dated April 11, 2023 (the "Stipulation"). ECF 195-3.

SUPPLEMENTAL DECLARATION OF KATHLEEN SCHUMACHER REGARDING NOTICE DISSEMINATION, REQUESTS FOR EXCLUSION RECEIVED, AND CLAIMS RECEIVED TO DATE

updated addresses were provided to A.B. Data by the USPS. A total of 486 Postcard Notices were returned to A.B. Data as undeliverable as addressed with no forwarding address available.

### UPDATE ON SETTLEMENT WEBSITE

5. A.B. Data continues to maintain the website designated for the Action (www.CorceptSecuritiesLitigation.com). The website includes information regarding the Action and the proposed Settlement, including the exclusion, objection, and claim filing deadlines, and the date, time, and location of the Court's Settlement Hearing. Copies of the Notice of Pendency of Class Action and Proposed Settlement, Final Approval Hearing, and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses (the "Long-Form Notice"), Proof of Claim and Release ("the Claim Form"), Stipulation, the Preliminary Approval Order, and other documents related to the Action are posted on the website and are available for downloading. Lead Plaintiff's Unopposed Motion for Final Approval of Proposed Class Action Settlement and supporting papers and Lead Plaintiff's Motion for Attorneys' Fees, Reimbursement of Expenses, and Award of Costs and Expenses to Lead Plaintiff and supporting papers have also been posted to the website.

6. In addition, the website includes the ability to file a claim online and a link to a document with detailed instructions for Settlement Class Members submitting their claims electronically. Further, the website has contact information for A.B. Data and Lead Counsel, including a toll-free telephone number, that Settlement Class Members can use to obtain additional information. The website is accessible 24 hours per day, 7 days a week.

### UPDATE ON TOLL-FREE TELEPHONE LINE

7. A.B. Data continues to maintain the case specific, toll-free telephone helpline, 1-877-390-3297, with an interactive voice response system and live operators, to accommodate

Case No. 19-CV-01372-JD

SUPPLEMENTAL DECLARATION OF KATHLEEN SCHUMACHER REGARDING NOTICE DISSEMINATION, REQUESTS FOR EXCLUSION RECEIVED, AND CLAIMS RECEIVED TO DATE

potential Settlement Class Members with questions about the Action. Callers requiring further help have had the option to be transferred to a live operator during business hours. A.B. Data has promptly responded to each telephone inquiry and will continue to respond to potential Settlement Class Members' inquiries. A.B. Data will continue operating and maintaining the toll-free telephone helpline until the conclusion of this administration.

### UPDATE ON OBJECTIONS AND REQUESTS FOR EXCLUSION

8. The Long-Form Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class are to be mailed to the Claims Administrator postmarked no later than May 13, 2024. The Long-Form Notice also set forth the information that was required to be included in each request for exclusion.

9. As previously noted in the Initial Mailing Declaration, A.B. Data had not received any requests for exclusion from the Settlement Class. A.B. Data has since received one (1) exclusion request totaling two (2) shares. Attached hereto as Exhibit A, is the exclusion request received, which was redacted to remove personal information.

10. According to the Long-Form Notice, Settlement Class Members seeking to object to the proposed Settlement are required to submit their objection in writing such that the request is received by the Parties and filed with the Court no later than May 13, 2024. Although Settlement Class Members were not required to send objections to A.B. Data, A.B. Data has not received any misdirected objections.

### CLAIMS RECEIVED TO DATE

11. Pursuant to the Preliminary Approval Order, Claim Forms are to be submitted no later than May 13, 2024. As of the date of this Declaration, A.B. Data has received a total of 15,672 Claims. Based on A.B. Data's initial review, 4,786 Claims have been deemed valid. The

Case No. 19-CV-01372-JD

SUPPLEMENTAL DECLARATION OF KATHLEEN SCHUMACHER REGARDING NOTICE DISSEMINATION, REQUESTS FOR EXCLUSION RECEIVED, AND CLAIMS RECEIVED TO DATE

3

number of shares eligible to recover under these provisionally valid Claims is 46,281,370, of which 45,317,397 relate to losses incurred from the January 25, 2019 corrective disclosure. Including shares related to market gains in the total share count of provisionally eligible claims, there are 51,109,114 shares that submitted valid claims, of which 48,385,159 relate to the period ending on January 25, 2019.

12.    Utilizing an estimated Net Settlement Fund of, $9,703,838.29, the per share recovery of claimants is $0.20 per damaged share purchased in the Settlement Class Period.

13.    During the claims administration process, A.B. Data will review and process all Claims received and will provide Claimants with an opportunity to cure any deficiency or request judicial review of the denial of their Claims. After all Claims have been fully processed, quality assurance reviews performed, and final administrative determinations have been made, A.B. Data will present its administrative report on the Claims received for the Settlement to the Court, along with a proposed plan for distribution, and will ultimately mail or wire Authorized Claimants their *pro rata* share of the Net Settlement Fund, as calculated under the Plan of Allocation.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed on May 30, 2024.

_____
Kathleen Schumacher

Case No. 19-CV-01372-JD

SUPPLEMENTAL DECLARATION OF KATHLEEN SCHUMACHER REGARDING NOTICE DISSEMINATION, REQUESTS FOR EXCLUSION RECEIVED, AND CLAIMS RECEIVED TO DATE

# EXHIBIT A

*F*erraro Family Foundation, Inc., et al. v. Corcept Therapeutics Incorporated, et al.

**Case No. 3:19-cv-01372-JD**

**Exclusion Report**

| Exclusion Number | Name | Postmarked | Number of Shares |
|---|---|---|---|
| 1 | Melody Fu | 04/05/2024 | 2 |

# Exclusion 1

Postmarked April 5, 2024

4/5/2024

Melody Fu

[redacted]

I, (Melody Fu) request to be excluded from the class Action.

I have 2 shares between August 2, 2017 through January 31, 2019.

Sincerely,
Melody Fu

Melody Fu

Melody Fu

SEATTLE WA 980

5 APR 2024    PM 7 L

Claims Administrator:

Corcept Therapeutics Inc. Securities Litigation
c/o A.B. Data, Ltd.          EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

53217-801201