**Pages 1 - 3**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

NICHOLAS MELUCCI, Individually )
and On Behalf of All Others    )
Similarly Situated, et al.,    )
                               )
          Plaintiffs,          )
                               )
  VS.                          )   **NO. C 19-01372-JD**
                               )
CORCEPT THERAPEUTICS           )
INCORPORATED, et al.,          )
                               )
          Defendants.          )
_____)

San Francisco, California
Thursday, June 6, 2024

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:

        LEVI & KORSINSKY, LLP
        1111 Summer Street - Suite 403
        Stamford, Connecticut 06905
     **BY: SHANNON L. HOPKINS, ATTORNEY AT LAW**
          **GREGORY M. POTREPKA, ATTORNEY AT LAW**

For Defendants:

        QUINN, EMANUEL, URQUART
         & SULLIVAN LLP
        51 Madison Avenue - 22nd Floor
        New York, New York 10010
     **BY: MANISHA SHETH, ATTORNEY AT LAW**

Reported By:  Ruth Levine Ekhaus, RMR, RDR, FCRR
        Official Reporter, CSR No. 12219

<u>**Thursday - June 6, 2024**</u>                      <u>**10:10 a.m.**</u>

P R O C E E D I N G S

---o0o---

THE CLERK:  Calling Civil 19-1372, Melucci versus Corcept Therapeutics Incorporated.

Counsel.

MS. HOPKINS:  Good morning, Your Honor.  This is Shannon Hopkins with Levi & Korsinsky for the plaintiffs.

MR. POTREPKA:  Good morning, Your Honor.  Gregory Potrepka also from Levi & Korsinsky for the plaintiffs.

MS. SHETH:  Good morning, Your Honor.  Manisha Sheth, Quinn Emanuel, on behalf of the defendants.

THE COURT:  Okay.  Okay.  Final approval and attorneys' fees.

Did you say there was an objector?

MR. POTREPKA:  Your Honor, there has been no objections --

THE COURT:  No objections.

MR. POTREPKA:  No objections.  And there was one request for exclusion --

THE COURT:  Oh, an opt-out.  Okay.

MR. POTREPKA:  However, it's not even clear that that individual was a class member, so the settlement has full approval of the class.

THE COURT:  Okay.  Well, there's too much to add.

PROCEEDINGS

I'll approve everything, including the fees request, mainly because it's reasonable under the circumstances, and there is a negative multiplier, as you point out.

I do withhold 25 percent.  You need to file the post-distribution accounting.

MR. POTREPKA:  Understood, Your Honor.

THE COURT:  So I'll release 75 percent of the fees, but the remaining 25 will be kept -- will be warehoused until I get the accounting.  Okay?

MR. POTREPKA:  Understood, Your Honor.

THE COURT:  Anything else?

MR. POTREPKA:  No.  Thank you, Your Honor.

MS. SHETH:  Thank you, Your Honor.

THE COURT:  Okay.  Thank you.

(Proceedings adjourned at 10:12 a.m.)

---o0o---

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:    Friday, June 28, 2024

_____
Ruth Levine Ekhaus, RMR, RDR, FCRR, CSR No. 12219
Official Reporter, U.S. District Court