**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC. and JAMES L. FERRARO, on behalf of themselves and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, and SEAN MADUCK,<br><br>  Defendants. | Case No. 3:19-CV-01372-JD<br><br>**CLASS ACTION**<br><br>**ORDER RE PLAN OF ALLOCATION**<br><br>Judge:   Honorable James Donato |

The Court granted final approval of the classwide settlement in this securities action. This order approves the plan of allocation, and is based on a draft lodged by the parties and modified according to the Court's practices and conclusions.

1. For purposes of this Order, the terms used herein have the same meanings as set forth in the Stipulation of Settlement, dated April 11, 2023. ECF No. 195-3.

2. Pursuant to Federal Rule of Civil Procedure 23, the Court finds that adequate notice was provided to Persons who are Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to such Persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

3. The Court finds that the formula for the calculation of the claims of Authorized Claimants, which is set forth in the Notice of Proposed Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund provided by the Settlement among eligible Class Members, with due consideration having been given to administrative convenience and necessity.

4. The Court finds that the Plan of Allocation, as set forth in the Notice, is fair and reasonable, and approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: September 6, 2024

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE