UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC, and JAMES L. FERRARO, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, AND SEAN MADUCK<br><br>        Defendants. | Case No. 3:19-CV-01372-JD<br><br><u>CLASS ACTION</u><br><br>Honorable James Donato<br><br>**[PROPOSED] ORDER RE DISTRIBUTION OF CLASS SETTLEMENT FUNDS** |

IT IS HEREBY ORDERED THAT:

1.    Plaintiffs' Motion for Distribution of Class Settlement Funds is granted.

2.    The Net Settlement Fund[1] (less any attorneys' fees in the amount of $875,000 and any necessary amounts to be withheld for payment of potential tax liabilities and related fees and expenses) shall be distributed on a *pro rata* basis to the Authorized Claimants identified in Exhibits D and  E to the Declaration of Kathleen Schumacher in Support of Plaintiffs' Motion for Distribution of Class Settlement Funds, dated October 4, 2024, at the direction of Class Counsel pursuant to the Stipulation (ECF 195-3), Order Re Final Approval and Judgment (ECF 215) and Order re Plan of Allocation (ECF 216).

3.    Any person asserting any rejected or subsequently filed claims are finally and forever barred from the date of this Order, and no claims and no responses to deficiency and/or rejection notices received after September 24, 2024 may be accepted for any reason whatsoever.

4.    The Court finds that the administration of the Settlement and proposed distribution of the Net Settlement Fund complies with the terms of the Stipulation and the Plan of Allocation and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Gross Settlement Fund or the Net Settlement Fund are released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members are barred from making any further claims against the Net Settlement Fund and the Released Persons beyond the amount allocated to them pursuant to this Order.

5.    The checks for initial distribution shall bear the notation "CASH PROMPTLY. VOID AND SUBJECT TO REDISTRIBUTION IF NOT CASHED BY [DATE 90 DAYS AFTER ISSUE DATE]." Subsequent distributions shall have a 30-day stale date.

---

[1] Unless otherwise stated, all capitalized terms used herein have the same definitions as assigned in the Stipulation of Settlement, dated April 11, 2023 [ECF No. 195-3] ("Stipulation"). All "ECF No. _" references herein are to the docket of *Ferraro Family Foundation, Inc., et al. v. Corcept Therapeutics Incorporated, et al.*, No. 3:19-cv-01372-JD (N.D. Cal.) (the "Action").

[PROPOSED] ORDER RE DISTRIBUTION OF CLASS SETTLEMENT FUNDS          Case No. 3:19-cv-01372-JD

2

6.     If any funds remain in the Net Settlement Fund by reason of uncashed checks or otherwise after the initial distribution, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash such checks, such funds shall be re-allocated among Authorized Claimants who negotiated the checks sent in the initial distribution and who would receive a minimum of $10 (Ten Dollars) as part of an additional distribution. If there is any balance that remains after such reallocation(s) and payments, the balance shall be donated to the Investor Protection Trust, or to any such other 501(c)(3), nonprofit charitable organization as may be approved by the Court.

7.     Following distribution of the Net Settlement Fund, A.B. Data is hereby ordered to maintain the completed Proofs of Claims on file for one year after the Effective Date as defined in the Stipulation.

8.     The Court retains jurisdiction over any further application or matter which may arise in connection with this action.

Dated: _____, 2024                    SO ORDERED:

                                            _____
                                            HON. JAMES DONATO
                                            UNITED STATES DISTRICT JUDGE