**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

*Counsel for Lead Plaintiff the*
*Ferraro Family Foundation, Inc. and*
*James L. Ferraro*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC, and JAMES L. FERRARO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, AND SEAN MADUCK<br><br>    Defendants. | Case No. 3:19-CV-01372-JD<br><br><u>CLASS ACTION</u><br><br>Honorable James Donato<br><br>**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS** |

DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF
MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS

Case No. 3:19-CV-01372-JD

Pursuant to 28 U.S.C. §1746, I, Shannon L. Hopkins, Esq., declare the following:

1.      I am over twenty-one years of age, and I am fully competent to make this Declaration. I have personal knowledge of the facts set forth in this Declaration, and if called upon, I could and would testify completely thereto.

2.      I am a Partner at the law firm of Levi & Korsinsky, LLP, Class Counsel for Lead Plaintiffs Ferraro Family Foundation, Inc., and James L. Ferraro ("Plaintiffs") and the certified Class in the above-captioned action. My office is located at 1111 Summer Street, Suite 403, Stamford, Connecticut 06905.

3.      I am a member in good standing of the Bars of the States of New York, Connecticut and the Commonwealth of Massachusetts.

4.      I make this Declaration in further support of Plaintiffs' Motion for Distribution of Class Settlement Funds ("Motion").

5.      Defendants, through counsel, confirmed they do not oppose Plaintiffs' Motion.

6.      As of October 4, 2024, the Net Settlement Fund, originally a settlement fund consisting of $14,000,000 in cash, currently contains $10,962,903.67 in cash. This amount reflects changes in the settlement fund, due to the (i) reduction of attorneys' fees in the amount of $2,625,000 (i.e., 75% of the total attorneys' fees awarded by the Court); (ii) reduction of reimbursed expenses in the amount of $576,161.71; (iii) reduction of a $5,000 award to Plaintiffs for reasonable costs, expenses, and compensatory award; and (iv) reduction of notice and administration costs of $201,093.34. *See* Order re Attorneys' Fees and Costs, and Award to Class Representative (ECF 217) at ¶¶4, 7. Additionally, the Settlement Fund currently contains $875,000 awarded to Lead Counsel as attorneys' fees that is being held in escrow until a post-distribution accounting. *See* Order re Attorneys' Fees and Costs, and Award to Class Representative (ECF 217) at ¶8.

7.      Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Kathleen Schumacher in Support of Plaintiffs' Motion for Distribution of Class Settlement Funds.

8.    I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this October 4, 2024 in Stamford, Connecticut.


*/s/ Shannon L. Hopkins*
Shannon L. Hopkins