**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
*Counsel for Lead Plaintiff the*
*Ferraro Family Foundation, Inc. and*
*James L. Ferraro*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC, and JAMES L. FERRARO, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, AND SEAN MADUCK<br><br>        Defendants. | Case No. 19-CV-01372-JD<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFF'S UNOPPOSED NOTICE OF MOTION AND MOTION TO SUBSTITUTE CY PRES RECIPIENT**<br><br>Date:    August 28, 2025<br>Time:    10:00 a.m.<br>Room:    Courtroom 11, 19th Floor<br>Judge:   Honorable James Donato |

Court-appointed Lead Plaintiff the Ferraro Group (consisting of Ferraro Family Foundation, Inc. and James L. Ferraro) ("Lead Plaintiff"), on behalf of itself and the Settlement Class, respectfully submits this memorandum of points and authorities in support of Lead Plaintiff's Unopposed Motion to Substitute Cy Pres Recipient.

Section 4.4 of the Stipulation of Settlement ("Stipulation")[1] names the Investor Protection Trust as the *cy pres* recipient of any Net Settlement Funds remaining after distribution where it is not economically feasible to redistribute them:

> If any portion of the Net Settlement Fund remains following distribution pursuant to the Plan of Allocation and is of such an amount that in the discretion of Lead Counsel it is not cost effective or efficient to redistribute the amount to the Settlement Class, then such remaining funds, after payment of any further Notice and Administration Costs and Taxes, shall be donated to the Investor Protection Trust.

The Investor Protection Trust, however, has become defunct since the Stipulation was filed. *See* Order*, Xu v. Fibrogen, Inc.,* No. 3:21-cv-2623 (N.D. Cal. June 18, 2025), ECF No. 268 ("Investor Protection Trust … has ceased operations").[2] Thus, Lead Plaintiff respectfully requests that the Court grant this motion to substitute in a new *cy pres* recipient: Loyola University Chicago School of Law's Institute for Investor Protection (the "Institute for Investor Protection"). The Institute for Investor Protection is a 501(c)(3) non-partisan, independent academic center that promotes investor protection for the individual consumer and the public and educates investors about the private remedies Congress and the judiciary envisioned would deter disclosure violations and make aggrieved investors whole.[3] Thus, the Institute for Investor Protection is an appropriate *cy pres* recipient as both this

---

[1] Capitalized terms used herein have the same meaning set forth in the Stipulation. ECF No. 195-3.

[2] *See also* http://investorprotection.org/ (former website is now inaccessible).

[3] *See* https://www.luc.edu/law/academics/centersinstitutesandprograms/instituteforinvestorprotection.

Action and the Institute for Investor Protection focus on combatting securities fraud. *See, e.g.*, *Vataj v. Johnson*, 2021 U.S. Dist. LEXIS 214678, at *6-8, n.2 (N.D. Cal. Nov. 5, 2021) (finding "there is a sufficient nexus between this alternative *cy pres* recipient and the Settlement Class" where the newly proposed recipient "represents clients in securities cases against securities broker-dealers and provides investor education and outreach programs for underserved investing communities"); *Nachshin v. AOL, LLC*, 663 F.3d 1034, 1036 (9th Cir. 2011) ("*Cy pres* distributions must account for the nature of the plaintiffs' lawsuit, the objectives of the underlying statutes, and the interests of the silent class members, including their geographic diversity") (internal citation omitted).

Indeed, the Institute for Investor Protection has been recognized in this District, as well as in others in the Ninth Circuit, as an appropriate *cy pres* recipient in securities class action settlements such as this. *See, e.g., In re Aqua Metals, Inc. Sec. Litig.*, 2022 U.S. Dist. LEXIS 36944, at *7-8, 28-30 (N.D. Cal. Mar. 2, 2022) (granting final approval of settlement, including the payment of residual amounts to Loyola University School of Law's Institute for Investor Protection); *In re Biolase, Inc. Sec. Litig.*, 2015 WL 12720318, at *5 (C.D. Cal. Oct. 13, 2015); *see also In re China Medicine Corp. Sec. Litig.*, 2014 WL 12581781, at *2 (C.D. Cal. Jan. 7, 2014).

Moreover, Lead Plaintiff's counsel has confirmed the Institute for Investor Protection is fully operational. Counsel for Lead Plaintiff conferred with counsel for Defendants[4] on July 23, 2025 and confirmed that Defendants do not oppose this Motion. Accordingly, Lead Plaintiff respectfully requests that the Court grant this Motion to Substitute Cy Pres Recipient.

---

[4] Defendants are Corcept Therapeutics Incorporated, Joseph K. Belanoff, Charles Robb, and Sean Maduck.

Case No. 19-CV-01372-JD

LEAD PLAINTIFF'S UNOPPOSED MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES TO SUBSTITUTE CY PRES RECIPIENT

2

DATED: July 23, 2025                    Respectfully submitted,

                                        **LEVI & KORSINSKY**

                                        By:    /s/ Shannon L. Hopkins
                                        SHANNON L. HOPKINS
                                        Gregory M. Potrepka
                                        1111 Summer Street, Suite 403
                                        Stamford, CT 06905
                                        Tel: (203) 992-4523
                                        Email:    shopkins@zlk.com
                                                  gpotrepka@zlk.com

                                        *Counsel for Lead Plaintiffs the
                                        Ferraro Family Foundation, Inc. and
                                        James L. Ferraro*

Case No. 19-CV-01372-JD

LEAD PLAINTIFF'S UNOPPOSED MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES TO SUBSTITUTE CY PRES RECIPIENT

3