UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC, and JAMES L. FERRARO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, AND SEAN MADUCK <br><br> Defendants. | Case No. 19-CV-01372-JD <br><br> CLASS ACTION <br><br> Honorable James Donato <br><br> **[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE CY PRES RECIPIENT** |

# [PROPOSED] ORDER

THIS MATTER having been brought before the Court upon Lead Plaintiff the Ferraro Group's Unopposed Motion to Substitute Cy Pres Recipient ("Motion") for the entry of an Order allowing Lead Plaintiff to substitute Loyola University Chicago School of Law's Institute for Investor Protection as *cy pres* recipient in place of the now defunct Investor Protection Trust, and due notice having been given to Defendants Corcept Therapeutics, Inc., Joseph K. Belanoff, Charles Robb, and Sean Maduck, and the Court having read Lead Plaintiff's unopposed Motion, and for good cause shown,

IT IS on this _____ day of _____, 2025,

ORDERED that Lead Plaintiff's Motion to Substitute Cy Pres Recipient is GRANTED.


Dated: _____



_____

The Honorable James Donato

UNITED STATES DISTRICT JUDGE

Case No. 19-CV-01372-JD

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE CY PRES RECIPIENT

1