**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FERRARO FAMILY FOUNDATION, INC. and JAMES L. FERRARO, on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CORCEPT THERAPEUTICS INCORPORATED, JOSEPH K. BELANOFF, CHARLES ROBB, and SEAN MADUCK,<br><br>        Defendants. | Case No. 3:19-CV-01372-JD<br><br>**<u>CLASS ACTION</u>**<br><br>**[PROPOSED]  ORDER  ON  POST-DISTRIBUTION  ACCOUNTING  AND RELEASING FEE HOLDBACK**<br><br>Judge:    Honorable James Donato |

The Court has reviewed Lead Counsel's Post-Distribution Accounting Form. The Court finds that all requirements as to the distribution of the Net Settlement Fund have been met.

THEREFORE, IT IS HEREBY ORDERED that Lead Counsel may be paid the remaining 25% of the awarded attorneys' fees and interest thereon. ECF No. 217 at 3, ¶8.

IT IS SO ORDERED.

Dated: _Januray 23_____, 2026        _____

THE HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE

Case No. 3:19-CV-01372-JD